Exhibit D

**SIXUVUS, LTD.**
330 West 38th Street
Suite 309
New York, NY 10018
212-904-1626
Fax: 212-904-1628
email: SixuvusLtd@aol.com

July 18, 2003

Henri Belolo
Scorpio Music
92 Av. Kleber
Paris 75116 France

Dear Henri,

First we want to thank you for taking to heart our request to you. We are grateful. Please have Mr. Kopitko prepare a document for Eric Anzalone's signature acknowledging Can't Stop Productions, Inc. ownership of the Trademark: VILLAGE PEOPLE.

Bob Reilly, will co-ordinate getting the information, regarding dates and contract amounts, to you in the timely manner according to your request.

Also, please find attached a photo and resume for Bill Whitefield, the man who covered for David in New Zealand and who we keep around, rehearsed and ready to go, just in case of an emergency. He has considerable stage experience, sings beautifully and he brings terrific energy to the stage.

Again, our thanks to you for your consideration of the matter.

Best regards,

Alex, David, Felipe, Ray & Jeff

cc.  Steve Kopitko
     Bruce Lazarus

# Exhibit E

CAN'T STOP PRODUCTIONS INC.
c/o Stephen L. Kopitko, Esq.
1780 Broadway
Suite 805
New York, NY 10019 USA

Dated: 10/8, 2003

Mr. Eric Anzalone
16 Quail Run
Jamesburg, NJ 08831

Dear Mr. Anzalone:

In consideration of the promises contained in this letter, and for other good and valuable consideration, the prior receipt of which is mutually acknowledged by CAN'T STOP PRODUCTIONS INC. ("Company") and you, this letter constitutes the agreement between Company and you as follows:

1. You acknowledge that Company owns all worldwide rights, title and interest of any and every nature whatsoever in and to the name (the "Name") of the musical group professionally known as "Village People" (the "Group") and all rights appurtenant to and/or connected with the Group and/or the Name, including but not limited to all trademarks, servicemarks and/or goodwill with respect to and/or connected with the Group and/or the Name.

2. Company hereby grants permission to you to become a member of the Group solely as the character of the "LEATHERMAN" solely in connection with personal appearances of the Group "live" and on television and solely under the following terms and conditions:

   (a) You agree that you will look solely to Sixuvus Ltd. (and not to Company) for all compensation with respect to your performances at such "live" appearances (and by its signature below, Sixuvus Ltd. agrees to be solely responsible to pay you any such compensation);

   (b) You agree that Company shall have the right to cause you to be removed from the Group with or without cause at any time at Company's sole discretion and further, following any such removal, you agree that you shall have no right to utilize the Name or make reference to the Group in any manner whatsoever;

   (c) Except for your right to perform "live" appearances as a member of the Group as set forth above, you agree that you shall have no other rights of any nature whatsoever in and to (or connected with in any manner whatsoever, directly or indirectly) the Group and/or the Name. Except as specifically set forth in this letter, all rights, title and/or interest of every and any nature whatsoever in and to the Name and/or the Group are hereby expressly reserved by Company. Without limiting the generality of the foregoing, except as expressly set forth in this letter, you agree that you shall not have any rights of any nature whatsoever to use the Name (and/or any group name[s] that are in any way similar to the Name) in connection with any audio and/or audio-visual recordings of any nature whatsoever (whether now known or hereafter invented) and/or by any other means or in any other media whatsoever (whether now known or hereafter invented) including, but not limited to any use of the Name (or any such similar name[s]) in websites or otherwise via the Internet, and/or in connection with the merchandising or other exploitation of any services or products whatsoever;

   (d) You agree that you shall have no rights, title and/or interest of any nature

whatsoever in and to any musical composition(s) or master recordings heretofore recorded by the Group; and

    (e) You agree that you will not utilize or otherwise appear in any costume(s) (or any part[s] thereof) in any media (whether now known or hereafter invented) that is (or are) in any way similar to any costume(s) (or any part[s] thereof) that is (or are) used by you (or any other member[s] of the Group at any time[s] whatsoever) as "live" performing member(s) of the Group, except directly in connection with your aforesaid "live" appearances with the Group.

  3. You agree that you and/or Sixuvus Ltd. shall be solely responsible to obtain and maintain at all times any and all insurance policies, immigration documents and/or other applicable work permits or other clearances, consents or permissions required in connection with your aforesaid "live" appearances with the Group, all of the foregoing to be obtained and maintained at your and/or Sixuvus Ltd.'s sole cost and expense. You and/or Sixuvus Ltd. (by its signature below) agree to and hereby do indemnify and hold Company (and/or Company's officers, directors, employees, agents, representatives, shareholders, designees, successors and/or assigns) harmless from and against any and all losses, damages, liability, costs and expenses (including attorneys' fees) of any nature whatsoever arising from or connected with any of your aforesaid "live" appearances with the Group or otherwise.

  4. You agree to furnish Company with a photocopy of your current valid passport (as well as provide Company with your social security number) simultaneously with your signature of this agreement.

  5. Company may assign this agreement, or any of Company's above rights, in whole or in part, to any person, firm or corporation. You may not assign this agreement, in whole or in part, to any third party. You and Company are not partners or joint venturers. You are not an employee of Company. This agreement is made and performed entirely in the State of New York and is subject to the laws of the State of New York applicable to contracts entered into and wholly performed in said State. All disputes between the parties with respect to this agreement shall be subject to the exclusive jurisdiction of the state of federal courts located in the City, County and State of New York and not elsewhere. This letter is your and Company's entire understanding and agreement regarding the above subject matter and may not be changed or terminated without Company's prior written approval.

CAN'T STOP PRODUCTIONS INC.

By: _____
Duly Authorized Signature

ACCEPTED AND AGREED:

By: _____
ERIC ANZALONE

ACCEPTED & AGREED TO:
SIXUVUS LTD.

By: _____
Duly Authorized Signature Assistant Treasurer

Exhibit F

CAN'T STOP PRODUCTIONS, INC.
1995 Broadway
16th Floor
New York, NY 10023

Dated: July 22, 2013

James F. Newman
330 West 56 St.
New York, N.Y. 10019

Dear Mr. Newman,

In consideration of the promises contained in this letter, and for other good and valuable consideration, the prior receipt of which is mutually acknowledged by CAN'T STOP PRODUCTIONS, INC. ("Company") and you, this letter constitutes the agreement between Company and you as follows:

1.  You acknowledge that Company owns all worldwide rights, title and interest of any and every nature whatsoever in and to the name (the "Name") of the musical group professionally known as "Village People" (the "Group") and all rights appurtenant to and/or connected with the Group and/or the Name, including but not limited to all trademarks, servicemarks and/or goodwill with respect to and/or connected with the Group and/or the Name.

2.  Company hereby grants permission to you to become a member of the Group under the following terms and conditions:

    (a) You agree that you will look solely to Sixuvus Ltd. (and not to Company) for all compensation with respect to your performances at "live" appearances, studio recordings or other appearances as set forth in your agreement with Sixuvus (and by its signature below, Sixuvus Ltd. agrees to be solely responsible to pay you any such compensation);

    (b) You agree that Company shall have the right to cause you to be removed from the Group with or without cause at any time at Company's sole discretion and further, following any such removal, you agree that you shall have no right to utilize the Name or make reference to the Group other than to describe your role as a former member of the Group.

    (c) Except for your right to perform "live" appearances as a member of the Group as set forth above, you agree that you shall have no other rights of any nature whatsoever in and to (or connected with in any manner whatsoever, directly or indirectly) the Group and/or the Name. Except as specifically set forth in this letter, all rights, title and/or interest of every and any nature whatsoever in and to the Name and/or the Group are hereby expressly reserved by Company. Without limiting the generality of the foregoing, except as expressly set forth in this letter, you agree that you shall not have any rights of any nature whatsoever to use the Name (and/or any group name[s] that are in any way similar to the Name) in connection with any audio and/or audio-visual recordings of any nature whatsoever (whether now known or hereafter invented) and/or by any other means or in any other media whatsoever (whether now known or hereafter invented) including, but not limited to any use of the Name (or any such similar name[s]) in websites or otherwise via the Internet, and/or in connection with the merchandising or other exploitation of any services or products whatsoever;

(d) You agree that you shall have no rights, title and/or interest of any nature whatsoever in and to any musical composition(s) or master recordings heretofore recorded by the Group; and

(e) You agree that you will not utilize or otherwise appear in any costume(s) (or any part[s] thereof) in any media (whether now known or hereafter invented) that is (or are) in any way similar to any costume(s) (or any part[s] thereof) that is (or are) used by you (or any other member[s] of the Group at any time[s] whatsoever) as "live" performing member(s) of the Group, except directly in connection with your aforesaid "live" appearances with the Group.

3. You agree that Sixuvus Ltd. shall be solely responsible to obtain and maintain at all times any and all insurance policies, immigration documents and/or other applicable work permits or other clearances, consents or permissions required in connection with your aforesaid "live" appearances with the Group, all of the foregoing to be obtained and maintained Sixuvus Ltd.'s sole cost and expense. You and/or Sixuvus Ltd. (by its signature below) agree to and hereby do indemnify and hold Company (and/or Company's officers, directors, employees, agents, representatives, shareholders, designees, successors and/or assigns) harmless from and against any and all losses, damages, liability, costs and expenses (including attorneys' fees) of any nature whatsoever arising from or connected with any of your aforesaid "live" appearances with the Group or otherwise.

4. You agree to furnish Company with a photocopy of your current valid passport (as well as provide Company with your social security number) simultaneously with your signature of this agreement.

5. Company may assign this agreement, or any of Company's above rights, in whole or in part, to any person, firm or corporation. You may not assign this agreement, in whole or in part, to any third party. You and Company are not partners or joint venturers. You are an employee of Company. This agreement is made and performed entirely in the State of New York and is subject to the laws of the State of New York applicable to contracts entered into and wholly performed in said State. All disputes between the parties with respect to this agreement shall be subject to the exclusive jurisdiction of the state of federal courts located in the City, County and State of New York and not elsewhere. This letter is your and Company's entire understanding and agreement regarding the above subject matter and may not be changed or terminated without Company's prior written approval.

CAN'T STOP PRODUCTIONS, INC.

By: _____
Duly Authorized Signature

ACCEPTED AND AGREED TO:

By: _____
James F. Newman

ACCEPTED AND AGREED TO:
SIXUVUS LTD.

By: _____
Duly Authorized Signature

Exhibit G

CAN'T STOP PRODUCTIONS, INC.
1995 Broadway
16th Floor
New York, NY 10023

Mr. William Whitefield
700 Asbury Avenue
Asbury, New Jersey 07312

Dated: December 26, 2013

Dear Mr. Whitefield,

In consideration of the promises contained in this letter, and for other good and valuable consideration, the prior receipt of which is mutually acknowledged by CAN'T STOP PRODUCTIONS, INC. ("Company") and you, this letter constitutes the agreement between Company and you as follows:

1. You acknowledge that Company owns all worldwide rights, title and interest of any and every nature whatsoever in and to the name (the "Name") of the musical group professionally known as "Village People" (the "Group") and all rights appurtenant to and/or connected with the Group and/or the Name, including but not limited to all trademarks, servicemarks and/or goodwill with respect to and/or connected with the Group and/or the Name.

2. Company hereby grants permission to you to become a member of the Group under the following terms and conditions:

    (a) You agree that you will look solely to Sixuvus Ltd. (and not to Company) for all compensation with respect to your performances at "live" appearances, studio recordings or other appearances as set forth in your agreement with Sixuvus (and by its signature below, Sixuvus Ltd. agrees to be solely responsible to pay you any such compensation);

    (b) You agree that Company shall have the right to cause you to be removed from the Group with or without cause at any time at Company's sole discretion and further, following any such removal, you agree that you shall have no right to utilize the Name or make reference to the Group

    (c) Except for your right to perform as a member of the Group as set forth above, you agree that you shall have no other rights of any nature whatsoever in and to (or connected with in any manner whatsoever, directly or indirectly) the Group and/or the Name. Except as specifically set forth in this letter, all rights, title and/or interest of every and any nature whatsoever in and to the Name and/or the Group are hereby expressly reserved by Company. Without limiting the generality of the foregoing, except as expressly set forth in this letter, you agree that you shall not have any rights of any nature whatsoever to use the Name (and/or any group name[s] that are in any way similar to the Name) in connection with any audio and/or audio-visual recordings of any nature whatsoever (whether now known or hereafter invented) and/or by any other means or in any other media whatsoever (whether now known or hereafter invented) including, but not limited to any use of the Name (or any such similar name[s]) in websites or otherwise via the Internet, and/or in connection with the merchandising or other exploitation of any services or products whatsoever;

    (d) You agree that you shall have no rights, title and/or interest of any nature whatsoever in and to any musical composition(s) or master recordings heretofore recorded by the Group; and

1

-41-

(e)    You agree that you will not utilize or otherwise appear in any costume(s) (or any part[s] thereof) in any media (whether now known or hereafter invented) that is (or are) in any way similar to any costume(s) (or any part[s] thereof) that is (or are) used by you (or any other member[s] of the Group at any time[s] whatsoever) as "live" performing member(s) of the Group, except directly in connection with your aforesaid "live" appearances with the Group.

3.    You agree that Sixuvus Ltd. shall be solely responsible to obtain and maintain at all times any and all insurance policies, immigration documents and/or other applicable work permits or other clearances, consents or permissions required in connection with your aforesaid "live" appearances with the Group, all of the foregoing to be obtained and maintained Sixuvus Ltd.'s sole cost and expense. You and/or Sixuvus Ltd. (by its signature below) agree to and hereby do indemnify and hold Company (and/or Company's officers, directors, employees, agents, representatives, shareholders, designees, successors and/or assigns) harmless from and against any and all losses, damages, liability, costs and expenses (including attorneys' fees) of any nature whatsoever arising from or connected with any of your aforesaid "live" appearances with the Group or otherwise.

4.    You agree to furnish Company with a photocopy of your current valid passport (as well as provide Company with your social security number) simultaneously with your signature of this agreement.

5.    Company may assign this agreement, or any of Company's above rights, in whole or in part, to any person, firm or corporation. You may not assign this agreement, in whole or in part, to any third party. You and Company are not partners or joint venturers. You are not an employee of Company. This agreement is made and performed entirely in the State of New York and is subject to the laws of the State of New York applicable to contracts entered into and wholly performed in said State. All disputes between the parties with respect to this agreement shall be subject to the exclusive jurisdiction of the state of federal courts located in the City, County and State of New York and not elsewhere. This letter is your and Company's entire understanding and agreement regarding the above subject matter and may not be changed or terminated without Company's prior written approval.

CAN'T STOP PRODUCTIONS, INC.

By: _____
    Duly Authorized Signature

ACCEPTED AND AGREED TO:

By: _____
    William Whitefield

ACCEPTED AND AGREED TO:
SIXUVUS LTD.

By: _____
    Duly Authorized Signature

2

-42-