UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.

         Plaintiff,

             Docket No.
   -against-        17-CV-

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE, JAMES F. **RULE 7.1 STATEMENT**
NEWMAN, RAYMOND SIMPSON and WILLAIM
WHITEFIELD,

         Defendant.
-----------------------------------------------------------------X

   Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Can't Stop Productions, Inc. certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
    August 25, 2017

                Respectfully Submitted,

                Eisenberg Tanchum & Levy LLP
                Attorney for Plaintiff
                Can't Stop Productions3, Inc.
                By_____
                 Stewart L. Levy, Esq.

                707 Westchester Avenue, Suite 300
                White Plains, New York 10604 and
                335 Madison Avenue, 9th Floor
                New York, New York 10017
                (212) 599-0777
                slevy@etllaw.com