ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, New York 10065
Phone: (646) 650-2207

*Attorneys for Defendants/Counterclaim Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X--------------------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

                Plaintiffs,

-against-

SIXUVUS, LTD., ERIC ANZALONE, ALEXANDER
BRILEY, FELIPE ROSE, JAMES F. NEWMAN,
RAYMOND SIMPSON, and WILLIAM
WHITEFIELD,

                Defendants.

X--------------------------------------------------------------X

**RULE 7.1 STATEMENT**

Case No.: 7:17-cv-06513-CS

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SIXUVUS, LTD (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

//

//

//

//

//

//

Dated: New York, New York
       November 30, 2017

Respectfully submitted,

ADELMAN MATZ P.C.

By: _____
Sarah M. Matz, Esq.
Gary Adelman, Esq.
1173A Second Ave, Suite 153
New York, New York 10065
Telephone: (646) 650-2207
E-mail: sarah@adelmanmatz.com
E-mail: g@adelmanmatz.com

*Attorneys for Defendants*