ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, NY 10065
Phone: (646) 650-2207

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

                  Plaintiff,

-against-

SIXUVUS, LTD., ERIC ANZALONE, ALEXANDER
BRILEY, FELIPE ROSE, JAMES F. NEWMAN,
RAYMOND SIMPSON, and WILLIAM WHITEFIELD

                  Defendants.
X------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No.: 7:17-cv-06513-CS

      **PLEASE TAKE NOTICE** that ADELMAN MATZ P.C., hereby appears in the above-entitled action on behalf of Defendants Sixuvus, LTD., Eric Anzalone, Alexander Briley, Felipe Rose, James F. Newman, Raymond Simpson, and William Whitefield ("Defendants") and demands that all notices and papers concerning this proceeding be served upon the undersigned at the address given below.

Dated: New York, New York
       November 30, 2017

ADELMAN MATZ P.C.

By: _____
   Gary Adelman, Esq.
1173A Second Avenue, Suite 153
New York, NY 10065
Phone: (646) 650-2207
Email: g@adelmanmatz.com
*Attorneys for Defendants*

To:   All Counsel of Record Via ECF

1