UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

                                      Case No.: 7:17-cv-06513-CS

                  Plaintiffs,

-against-                          **ORDER**

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE,
JAMES F. NEWMAN, RAYMOND SIMPSON,
and WILLIAM WHITEFIELD,

                  Defendants.
X------------------------------------------------X

      Upon the motion for a temporary restraining order and preliminary injunction supported by the declarations of Felipe Rose sworn to on the 30th day of November, 2017, Raymond Simpson sworn to on the 30th day of November, 2017 (together with the exhibits annexed thereto), Eric Anzalone sworn to on the 29th day of November, 2017, Alexander Briley, sworn to on the 30th day of November, 2017, and Gary Adelman sworn to on the 30th day of November 2017 (together with the exhibits annexed thereto), the memorandum of law in support submitted herewith, and the pleadings herein, and having heard the parties on November 30, 2017, and good and sufficient cause appearing therefore, it is hereby:

      ORDERED that, sufficient reason having been shown therefor, pending further order of the Court, Defendant Sixuvus Ltd. ("Sixuvus") can perform as "The Legendary Village People" provided that the words "Sixuvus Presents" are either on top of or to the left of "The Legendary Village People", and at least fifty percent (50%) of the size as "The Legendary Village People" on any billings and advertisements;

      ORDERED that, sufficient reason having been shown therefor, pending the hearing of Defendant's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the

Plaintiff and their agents, servants, employees, officers, directors, attorneys, successors and assigns are temporarily restrained and enjoined from directly or indirectly, interfering with or preventing Sixuvus from booking live performances, accepting live engagements and performing live as set forth above;

ORDERED that the parties shall proceed to mediation with Magistrate Judge Lisa M. Smith as soon as possible;

ORDERED that, on consent, the hearing for the preliminary injunction is on hold pending the parties' participation in said mediation;

ORDERED that this temporary restraining order be and hereby is conditioned upon Defendants filing with the Clerk of this Court, no later than December 5, 2017, an undertaking in the form of a bond or cash in the amount of $50,000 to secure payment of costs and damages as may be suffered or sustained by any party who is wrongfully restrained hereby; and

ORDERED that, at any time after the mediation either party may upon letter application to the Court request that the preliminary injunction hearing be scheduled at which time the Court will set a briefing schedule for opposition and reply papers, and a hearing date.

SO ORDERED:

DATED: White Plains, New York
December 1, 2017

_____
*Cathy Seibel*
UNITED STATES DISTRICT JUDGE