UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

                Plaintiff,

    v.

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE,
JAMES F. NEWMAN, RAYMOND SIMPSON
and WILLIAM WHITEFIELD,

                Defendants.
----------------------------------X

**ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE**

17-CV-6513 (CS)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ___ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ___ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ___ | SOCIAL SECURITY |
| | | _X_ | SETTLEMENT |
| ___ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ___ | CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| ___ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ___ | CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF _____ |
| ___ | JURY SELECTION | | |
| ___ | HABEAS CORPUS | | |

Dated: December 1, 2017
       White Plains, NY

                                      _/s/ Cathy Seibel_
                                      United States District Judge

* Do not check if already referred for General Pre-Trial.