ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, NY 10065
Phone: (646) 650-2207
*Attorneys for Defendants/Counterclaim Plaintiffs*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

                     Plaintiffs,

-against-

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE,
JAMES F. NEWMAN, RAYMOND SIMPSON,
and WILLIAM WHITEFIELD,

                     Defendants.
X------------------------------------------------X

Case No.: 7:17-cv-06513-CS

**[PROPOSED] ORDER**

      Upon the motion or a temporary restraining order and preliminary injunction supported by the Declaration of Felipe Rose sworn to on the 30th day of November, 2017, Raymond Simpson sworn to on the 30th day of November, 2017 together with the exhibits annexed thereto, the declaration of Eric Anzalone sworn to on the 29th day of November, 2017, and Alexander Briley, sworn to on the 30th day of November, 2017, the declaration of Gary Adelman sworn to on the 30th day of November 2017 together with the exhibits annexed thereto, the memorandum of law in support submitted herewith, and the pleadings herein, and good and sufficient cause appearing therefore, it is hereby:

      ORDERED, that, sufficient reason having been shown therefor, pending further order of the Court, Defendant Sixuvus Ltd. ("Sixuvus") can perform as "The Legendary Village People" provided that the words "Sixuvus Presents" is either on top of or to the left of "The Legendary Village People", and is at least fifty percent (50%) of the same size as "The Legendary Village

People" on any billings and advertisements;

ORDERED, that, sufficient reason having been shown therefor, pending the hearing of Defendant's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the Plaintiff and their agents, servants, employees, officers, directors, attorneys, successors and assigns are temporarily restrained and enjoined from directly or indirectly, interfering with or preventing Sixuvus from booking live performances, accepting live engagements and performing live as set forth above;

ORDERED, that, the parties shall proceed to mediation with Magistrate Judge Lisa M. Smith as soon as possible;

ORDERED, that, on consent the hearing for the preliminary injunction is on hold pending the parties' participation in said mediation; and

ORDERED, that, at any time after the mediation either party may upon letter application to the Court request that the preliminary injunction hearing be scheduled at which time the Court will set a briefing schedule for opposition and reply papers, and a hearing date.

SO ORDERED:

DATED: New York, New York
        December ___, 2017

_____
CATHY SEIBEL,
UNITED STATES DISTRICT JUDGE