# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                              December 4, 2017
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## SCHEDULING NOTICE

The matter of <u>Can't Stop Productions, Inc. v. Sixuvus, Ltd., et al.</u>, 17-cv-06513 (CS)(LMS), has been scheduled for an in-person settlement conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **Friday, January 5, 2018, at 2:30 p.m., in Courtroom 520**.

*Counsel should either have: full independent settlement authority; principals present; or principals readily available by telephone.*

*Please Note: Counsel seeking to reschedule an appearance must have all parties on the line prior to contacting Chambers.*

SO ORDERED: *Lisa Margaret Smith*
Hon. Lisa Margaret Smith
U.S.M.J.