# Exhibit 2

SCANNED

F I L E D
Clerk of the Superior Court
DEC 3 1 2008
By: P. WOODS, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO – CENTRAL DISTRICT

| | |
|---|---|
| SIXUVUS, Ltd., a New York limited liability company,<br><br>   Plaintiff,<br><br>v.<br><br>VICTOR WILLIS, an individual; and DOES 1 through 20, inclusive,<br><br>   Defendant. | Case No.: 37-2008-98508-CU-BT-CTL<br><br>**ORDER GRANTING SIXUVUS, LTD.'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Date:  December 31, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Ronald L. Styn<br>Dept.:  62 |

THIS MATTER came on for hearing on Plaintiff Sixuvus, Ltd.'s ("Sixuvus") *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction on December 31, 2008, at 9:00 a.m. in Department 62 of the San Diego County Superior Court, the Honorable Ronald L. Styn presiding. John Vaughn and Ben West of Luce Forward Hamilton & Scripps LLP appeared for Sixuvus. Adam Yarbrough appeared for Defendant Victor Willis ("Victor Willis").

The Court, having read the papers herein, and having heard argument of the parties, and GOOD CAUSE APPEARING THEREFORE, orders as follows:

/ / /

/ / /

1
ORDER GRANTING SIXUVUS, LTD.'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

000030

## ORDER TO SHOW CAUSE

Victor Willis is ordered to show cause before Department 61 of this Court on Wednesday, January 14, 2009, at 8:30 a.m., or as soon thereafter as the parties may be heard, why a preliminary injunction should not be entered to enjoin, restrain, and compel Victor Willis, as well as Victor Willis' associates, agents, suppliers, servants, employees, officers, directors, representatives, successors, assigns, and attorneys, and any other person(s) acting in concert or participation with Victor Willis, as follows:

    a. Enjoined from unlawfully disrupting or interfering with Sixuvus' business and business relationships;

    b. Compelled to deliver to the William Morris Agency, Clear Channel Radio, Live Nation, AEG Live, Nederlander Concerts, Jam Productions, Romeo Entertainment, Wilson Events, NBC Universal, MTV Networks, Fox Broadcasting Company and American Express Company, a letter retracting the false and defamatory statements made in the letter dated November 10, 2008, sent by Karen Willis;

    c. Enjoined from being within 200 feet of Felipe Rose, Alex Briley, David Hodo, Ray Simpson, Jeffrey Olson, and Eric Anzalone.

## TEMPORARY RESTRAINING ORDER

IT IS FURTHER ORDERED that, pending the hearing and determination of the Order to Show Cause Re: Preliminary Injunction, Victor Willis, as well as Victor Willis' associates, agents, suppliers, servants, employees, officers, directors, representatives, successors, assigns, and attorneys, and any other person(s) acting in concert or participation with Victor Willis, shall and are hereby restrained and enjoined from engaging, committing, or performing, directly or indirectly, any and all of the following acts: **Disrupting any live performance or public appearance of Sixuvus performing as the Village People.**

///
///
///
///

2
ORDER GRANTING SIXUVUS, LTD.'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

000031

1  The Court's Order shall remain in full force and effect until such time as the Court specifically
2  orders otherwise.

3
4  DATED: December 31, 2008

**RONALD L. STYN**
_____
The Honorable Ronald L. Styn
San Diego County Superior Court Judge

6
101139324.1