# Exhibit 3

F I L E D
Clerk of the Superior Court

MAR 10 2009

By: G. CERVANTES, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO – CENTRAL DISTRICT

| | |
|---|---|
| SIXUVUS, Ltd., a New York limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VICTOR WILLIS, an individual,<br><br>　　　　Defendant. | Case No. 37-2008-98508-CU-BT-CTL<br><br>**PRELIMINARY INJUNCTION ORDER**<br><br>Date:　February 24, 2009<br>Time:　8:30 A.M.<br>Dept.:　61 |
| VICTOR WILLIS, an individual,<br><br>　　　　Cross-Complainant,<br><br>v.<br><br>SIXUVUS, LTD., a New York limited Liability company; WILLIAM MORRIS AGENCY, a New York corporation; SUN BOWL ASSOCIATION, a Texas corporation; HELEN OF TROY LIMITED, a Texas limited corporation; ROMEO ENTERTAINMENT GROUP, INC., an Iowa corporation; WILSON EVENTS, a California corporation; CAN'T STOP PRODUCTIONS, INC., a New York corporation; UNIVERSAL STUDIOS ORLANDO, a Florida corporation; CLEAR CHANNEL COMMUNICATIONS, INC., a Texas corporation; LIVE NATION WORLDWIDE, INC., a California corporation; MID-SOUTH FAIR, a Tennessee non-profit organization; and DOES 1-10,<br><br>　　　　Cross-Defendants. | |

1

ORDER GRANTING PLAINTIFF'S APPLIC...

000704

THIS MATTER came on for hearing on Plaintiff Sixuvus, Ltd.'s ("Sixuvus") Order to Show Cause Re: Preliminary Injunction on February 24, 2009, at 8:30 a.m. in Department 61 of the San Diego County Superior Court, the Honorable John S. Meyer presiding. John Vaughn of Luce Forward Hamilton & Scripps LLP appeared for Sixuvus. Kevin Mirch appeared for Defendant Victor Willis.

The Court, having read the papers herein, and having heard argument of the parties, and GOOD CAUSE APPEARING THEREFORE, orders as follows:

Victor Willis, as well as Victor Willis' associates, agents, suppliers, servants, employees, officers, directors, representatives, successors, assigns, and attorneys, and any other person(s) acting in concert or participation with Victor Willis, are hereby restrained and enjoined from engaging, committing, or performing, directly or indirectly, any and all of the following acts: **Disrupting any live performance or public appearance of Sixuvus performing as the Village People.**

The Court's Order shall remain in full force and effect until such time as the Court specifically orders otherwise.

DATED: MAR 1 0 2009, 2009    JOHN S. MEYER
The Honorable John S. Meyer
San Diego County Superior Court Judge

101148457.2

000705

2
ORDER GRANTING PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION