# Exhibit 4-1

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN DIEGO
CENTRAL**

**MINUTE ORDER**

DATE: 02/22/2011    TIME: 09:00:00 AM    DEPT: C-61

JUDICIAL OFFICER PRESIDING: John S. Meyer
CLERK: Gloria Cervantes
REPORTER/ERM: Gaylene Graves CSR# 10625
BAILIFF/COURT ATTENDANT: John Pedroza

CASE NO: **37-2008-00098508-CU-BT-CTL**   CASE INIT.DATE: 12/19/2008
CASE TITLE: **Sixuvus, LTD vs. Willis**
CASE CATEGORY: Civil - Unlimited    CASE TYPE: Business Tort

**EVENT TYPE**: Civil Jury Trial

**APPEARANCES**
Jeffrey Briggs, counsel, present for Cross - Defendant,Plaintiff(s) telephonically.
Robert Besser, counsel, present for Cross - Defendant(s).
Larry Zerner, counsel, present for Defendant(s) telephonically.
Victor Willis, Defendant is present.
Karen Willis is also present.

## STATUS CONFERENCE RE SETTLEMENT

At 9:05 a.m. Court convenes with counsel and parties, as previously noted, present. Mr. Willis informs the Court that he has relieved his attorney Larry Zerner.

Mr. Besser recites the terms and conditions of the settlement for the record. The parties disagree on the terms and conditions.

At 9:20 a.m. Court is in recess to allow the parties time to discuss the settlement.

At 9:37 a.m. Court reconvenes with counsel and parties, as previously noted with the exception of Mr. Zerner, present. Mr. Besser informs the Court that the parties have agreed on a settlement. The terms and conditions are recited for the record, as fully set forth in the court reporter's notes, which include but are not limited to the following:

---all parties waive costs and fees
---the Court retains jurisdiction to enforce the settlement
---this matter is dismissed with prejudice

The Court orders the entire action dismissed with prejudice.

Case 7:17-cv-06513-CS Document 45-4 Filed 12/08/17 Page 3 of 11

CASE TITLE: Sixuvus, LTD vs. Willis    CASE NO: **37-2008-00098508-CU-BT-CTL**

At 9:41 a.m. Court is adjourned in this matter.

=gec=

# Exhibit 4-2

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO, CENTRAL DIVISION

| | |
|---|---|
| SIXUVUS, LTD., etc., <br>    Plaintiff, <br> vs. <br> VICTOR WILLIS, etc., <br>    Defendant. <br> ─────────────── <br> VICTOR WILLIS, etc., <br>    Cross-Complainant, <br> vs. <br> Sixuvus, Ltd., etc., et al., <br>    Cross and Third-Party Defendants | NO. 37-2008-00098508-CU-BT-CTL <br><br> TRANSCRIPT OF SETTLEMENT ON RECORD <br><br> Date: February 22, 2011 |

```
 1
 2                    CERTIFICATE OF REPORTER
 3
 4    STATE OF CALIFORNIA      )
                               )
 5    COUNTY OF SAN DIEGO      )
 6
 7
 8              I, Gaylene Graves, CSR No. 10625, official
 9    Court Reporter in the Superior Court of the State of
10    California, in and for the County of San Diego, hereby
11    certify that I made a shorthand record of the proceedings
12    had in the within case and that the foregoing transcript
13    is a full, true, and correct transcription of the
14    proceedings in this case.
15              Dated this 8th day of March, 2011.
16
17                              _____
                                Gaylene Graves, CSR 10625, RPR, CRR
18                              Official Court Reporter
                                San Diego Superior Court
19
20
21
22
23
24
25
26
27
28
```

1   San Diego, California; Tuesday, February 22, 2011; 9:00 A.M.
2                            -- oOo --
3   (The following telephonic hearing was reported
4   pursuant to CRC 3.670. The record will reflect proceedings
    that were telephonically transmitted. Failures in
    transmission or lack of speaker identification will be
5   noted.)
6        THE COURT: Good morning. All right, this is
7   Sixuvus. Time to put a settlement on the record. Could I
8   have appearances, please.
9        MR. BESSER: Good morning, Your Honor, Robert
10  Besser for cross-defendants Hasbro, WMS Gaming and Can't
11  Stop.
12       MR. BRIGGS: This is Jeff Briggs on the
13  telephone on behalf of plaintiff and cross-defendant
14  Sixuvus.
15       THE COURT: And Mr. Willis is present.
16  Mr. Willis, your attorney is or is not?
17       MR. WILLIS: Your Honor, Larry Zerner I had to
18  terminate last night because we weren't able to come to an
19  agreement on what the settlement was supposed to be, so I
20  plan to get another lawyer if the case goes on, but I also
21  spoke to my New York lawyer. She drafted up the
22  settlement for whatever our agreement is supposed to be,
23  what I understood it was supposed to be last week, when
24  you called me.
25       THE COURT: Is Mr. Zerner on the phone?
26       MR. ZERNER: Yes, Your Honor, I'm on the phone.
27       THE COURT: Do you know what's going on?
28       MR. ZERNER: Pardon?

1           THE COURT: Well, I don't know. I don't know.
2   Either the case is -- either we're going to put a
3   settlement on the record or we're going to start trial.
4           MR. BESSER: Can he hang up and then call back?
5           THE COURT: Whatever you want to do.
6           MR. BESSER: I'm going to call Mr. Briggs now.
7           THE COURT: Mr. Briggs, he's going to call you
8   now.
9           MR. BRIGGS: I will hang up and I'll call the
10  Court back.
11          THE COURT: When?
12          MR. BRIGGS: Do I need Mr. Zerner?
13          THE COURT: Mr. Zerner is no longer aboard.
14          MR. BESSER: He's been fired.
15              All right, Jeff, I'll call you on your cell
16  in just a minute.
17          MR. BRIGGS: All right.
18              (A recess was taken.)
19              (The following proceedings were held on the
20  record:)
21          THE COURT: All right, we're back on the record.
22          MR. BESSER: Yes, Robert Besser for
23  cross-defendants.
24          MR. BRIGGS: John Briggs for plaintiff and
25  cross-defendant Sixuvus, Ltd.
26          MR. BESSER: We've reached an agreement that I
27  can recite on the record.
28          THE COURT: Great.

1          MR. BESSER: This is, what I'm reciting right
2     now is as between Sixuvus, the plaintiff, and Mr. Willis.
3          THE COURT: All right.
4          MR. BESSER: They agree to a full mutual general
5     release of everything from the beginning of time to this
6     date, this moment, known or unknown, pursuant to Section
7     1542. As a part of their settlement agreement they agree
8     that Mr. Willis will abide by the terms of the preliminary
9     injunction that was previously entered by this Court.
10    They are asking the Court to retain jurisdiction of
11    enforcement of this settlement agreement. In the event
12    that Mr. Willis does not abide by the terms of that
13    preliminary injunction, then Sixuvus has the right to come
14    and apply to the Court for a permanent junction, which
15    would be an order of this Court enforcing that portion of
16    the settlement agreement.
17          If the Court will agree to that, then we're
18    over the hurdle.
19          THE COURT: Well, why not just make it a
20    permanent injunction.
21          MR. BESSER: Mr. Willis would not agree to that.
22    That's what we thought we had agreed to on Friday, but all
23    he will agree to, as I understand it, he's of course here
24    and can tell me if I'm wrong, but all he will agree to he
25    will abide by the terms of the preliminary injunction as
26    part of a settlement agreement. And that if the Court
27    retains jurisdiction that's acceptable to us and if it
28    violates the terms --

1      THE COURT: All right.
2      MR. BESSER: -- that's acceptable to Sixuvus I
3  should say. And then they each waive costs and attorney's
4  fees, and the entire case is to be dismissed with
5  prejudice.
6      THE COURT: Who's "they?"
7      MR. BESSER: Sixuvus and the Willis' as between
8  them. That's their settlement agreement.
9      MR. BRIGGS: That includes a dismissal of the
10 cross-complaint as against Sixuvus.
11     MR. BESSER: Right.
12         And I have been handed, Your Honor, a
13 document that when the proper box is checked off will
14 dismiss the entire cross-complaint with prejudice as
15 against my clients, and as against Sixuvus, and it's been
16 represented to me by the Willis' that we will immediately
17 proceed to the filing window and file it.
18     THE COURT: You'll immediately proceed to what?
19     MR. BESSER: The filing window, wherever we file
20 this document. In other words, the case is dismissed.
21 You can order it or we can, I think, do we need to
22 formally file a form?
23     THE COURT: I don't think so.
24     MR. BESSER: All right, then you order the case
25 dismissed with prejudice, all claims by all parties.
26     THE COURT: Right.
27     MR. BESSER: All right, that's it.
28     THE COURT: Mr. Willis, you agree with that?

1       MR. WILLIS: Yes, sir.
2       THE CLERK: I'm sorry, it's dismissed with
3  prejudice at this point?
4       MR. BESSER: Yes.
5       THE CLERK: The Court does not retain
6  jurisdiction.
7       MR. BESSER: Just to enforce the settlement
8  agreement between Mr. Willis and Sixuvus.
9       THE COURT: Okay. Anything else, Mr. Briggs,
10 anything else?
11      MR. BRIGGS: No, Your Honor.
12      THE COURT: Anything else?
13      MR. BESSER: No.
14      THE COURT: Mr. Willis, anything else?
15      MR. WILLIS: No.
16      MR. BRIGGS: I would like to thank the Court and
17 I would like to order a transcript of the last, just when
18 we went on the record, just the part from when we just
19 went on the record.
20      MR. BESSER: I'll take care of that, Mr. Briggs.
21      THE COURT: Done.
22      MR. BESSER: Done.
23      THE COURT: Thank you.
24      MR. WILLIS: Thank you.
25      THE COURT: All right.
26              (Proceedings concluded.)
27                   --o0o--
28