# Exhibit 7

NOV-21-2008 02:17 PM                                                                                       P.02

NOV-17-2008 01:35P FROM:SIXUVUS LTD.    2129041628     TO:12126887834           P.2
   11-10-2008 10:35PM   FROM VICWIL 8586221413                                  P.2

Karen L. Willis, J.D.

740 Market Street
San Diego, CA 92101
(619) 393-5828  Fax (858) 622-1413

November 10, 2008

## NOTICE AND DEMAND TO CEASE AND DESIST

Mr. Mitchell Weiss
SIXUVUS, LTD
330 West 38th Street, Suite 309
New York, NY. 10018

Dear Mr. Weiss:

You are hereby notified that SIXUVUS, LTD., has, on an ongoing basis, engaged in the promotion of itself in a manner that misleads and defrauds the public by way of concerts and other personal appearances as Village People.

SIXUVUS has engaged in the following acts that I, as well as my husband, Victor Willis, the original Village People lead singer and writer of such hits as "Y.M.C.A.," "Macho Man," "In the Navy," "Go West," and numerous other original Village People hits, find objectionable:

1. Performances, actions and or personal appearances wherein you've held your group out to be the original Village People;
2. Performances, actions and or personal appearances wherein you've held your group out to be, or have caused others to hold your group out to be, the actual original singers of such Village People hits as "Y.M.C.A.," "Macho Man," "In the Navy," "Go West," "Hot Cop," "San Francisco," and "In Hollywood (Everybody is a Star)," to name a few;
3. Performances, actions and or personal appearances wherein you've promoted, marketed, or caused to have been promoted and marketed, your group, as the original Village People through tie-ins with original "Victor Willis" Village People recordings such as "Y.M.C.A.," "Macho Man," "In the Navy," "Go West," "Hot Cop," "San Francisco," and "In Hollywood (Everybody is a Star)," and other original "Victor Willis" Village People songs. For example, when your group appears in a particular town or venue and the original "Victor Willis" Village People recordings are played on local radio stations or linked via an online wave file to promote your group's show. This act mislead fans as well as

1 of 4
Notice and Demand To Cease and Desist

000078

Case 7:17-cv-06513-CS   Document 45-7   Filed 12/08/17   Page 3 of 5

NOV-21-2008 02:18 PM                                                              P.03
NOV-17-2008 01:35P FROM:SIXUUS LTD.    2129041626    TO:12126967834    P.3
   11-10-2008 10:35PM    FROM VICWIL 8586221413                        P.3

the general public into believing that the original Village People voice, i.e., Victor Willis, that they are hearing on the radio, or online wave file, in promotion of your group's show, is in fact, the original Village People voice and singer they will see and hear at your group's concert;

4. Communications, written or verbal, including but not limited to, booking agents, promoters, entertainment coordinators or buyers wherein your group holds itself out to be, or cause such booking agents, promoters, entertainment coordinators or buyers to hold your group out to be, the original Village People, or the original singers of such hits as "Y.M.C.A.," "Macho Man," "In the Navy," "Go West," "Hot Cop," "San Francisco," and "In Hollywood (Everybody is a Star)." and numerous other original Village People hits.

5. Certain current group members claiming to be original members when in fact, they are not. For example, your current construction guy claims to be an original Village People member when he knows he is not the original construction character. Apparently, Hodo has convinced himself that he's an original Village People member. He's a replacement member and he knows it. The truth of the matter is there's only one member of your group who can be considered an original member and that is Felipe Rose. Though Rose did not sing on the first album, he had at least been recruited for the group as the first album was being recorded by Victor Willis under the auspices of Village People with use of professional background singers. Victor Willis introduced Alex Briley to the group after the first album had already started climbing the charts. Though Briley is the original army private, he is not an original Village People group member because he joined the group after the first album had already been recorded. As did the rest of the group, with exception of Rose. Any promotion to the contrary is fraudulent.

For far too long your group has misled fans, booking agents, promoters, and the like, into believing that your group are the actual singers of such hits as "Y.M.C.A.," "Macho Man," "In the Navy," "Go West," "Hot Cop," "San Francisco," and "In Hollywood (Everybody's a Star)," when in fact they are not.

To the contrary, your group is very much aware that such hits were recorded and performed by Victor Willis (original Village People lead singer) with use of professional background singers under the auspices of Village People. Your current non-authentic Village People licensed group has accomplished nothing since the original "Victor Willis" Village People hits such as "Y.M.C.A.," "Macho Man," "In the Navy," "Go West," "Hot Cop," "San Francisco," and "In Hollywood (Everybody's a Star)," etc.

Your licensed group has spent 20 years plus, imitating the numerous original Village People hits made famous by my husband's voice and written by him too. But what your group has failed to recognize over the years is that time can never replace the accomplishments and success of the original "Victor Willis" Village People of which your group is not. Nor will your non-authentic licensed group ever be the original and authentic Village People. That's only possible with use of Victor Willis. And the day of reckoning on this issue is hereby at hand.

Case 7:17-cv-06513-CS   Document 45-7   Filed 12/08/17   Page 4 of 5

NOV-21-2008 02:38 PM                                                                P.01
NOV-17-2008 01:36P FROM:SIXUVUS LTD.    2129041628    TO:12128867834    P.4
11-19-2008 10:35PM    FROM VICWIL 8586221413                            P.4

Furthermore, your group has held the original and authentic Village People hostage by denying Victor Willis' right to return to the group to perform music made famous by his voice and lyrics. The original Village People was first and foremost about "the music" and "powerful vocals of its original lead singer." The costumed characters were secondary, and were eventually assembled well after the music was recorded. But because the costume characters was the other group members only claim to fame, they managed to parlay it into prominence, in the absence of Victor Willis, while downplaying the voice and music of Village People.

Your licensed group has perverted the image of the original Village People and has turned the group on its head by suggesting that six guys prancing around on stage in costumes is more important than the group's original voice and music. This outrageous thinking is what doomed the group in 1979. And now you're cashing-in on my husband's original Village People's success. We wont stand for it any longer.

Essentially, your group's performances as Village People is tantamount to the fraud on the public perpetrated by Milli Vanilli. But unlike Milli Vanilli, your group has continued its fraud so long that you have apparently convinced yourselves, and others, that songs like "Y.M.C.A.," "Macho Man," "In the Navy," "Go West," "Hot Cop," "San Francisco," and "In Hollywood (Everybody's a Star)," and numerous others original Village People songs recorded and written by Victor Willis, are somehow your group's music, simply because you are unscrupulously licensed to perform under the trademark, Village People.

You are hereby cautioned that registered trademarks used for fraudulent purposes are legally prohibited. Your group crossed a line when it accepted a star on the Hollywood Walk of Fame as Village People while preventing the actual singer and writer of the original Village People hits from participating and reaping the benefit of his accomplishments. Therein inflicting extreme emotional distress on him.

I must put a stop to your group right now before it causes further harm to my husband and his original Village People success and legacy. If I do not stop your group now, what's next? The Rock & Roll Hall of Fame? Where you could once again take credit for hits your group did not sing? The game is over. I will not allow any further harm to my husband by your group or anyone else.

Therefore, your group must stop misleading the public by immediately adding a public disclaimer to all your performances that state's your group is not the original Village People and that you are not the original singers of Village People music. Anything less would be a continuation of fraud. As such, starting January 2, 2009, there will be zero tolerance for your group's continued shenanigans in order to line your pockets.

Please be advised that after January 2, 2009, should your group engage in any of the objectionable activities contained in paragraphs 1-5, it will be met with swift legal action against, including but not limited to, SIXUVUS, William Morris Agency and by

extension, any radio station, promoter, casino, and state, county or city fair, that knew or should known your group is not the original Village People, and that your group is not the original singers of hits like "Y.M.C.A.," "Macho Man," "In the Navy," "Go West," "Hot Cop," "San Francisco," and "In Hollywood (Everybody's a Star)," as your group is holding itself out to be.

Moreover, I have every intention of suing SIXUVUS for millions in damages to my husband caused by your group's unauthorized use of his voice and image to promote your shows over the past twenty plus years. And I will name as co-defendants any major booking agency and major concert promoter that can be shown to have known or should have known the use of my husband's voice and image to promote past Village People licensed shows, booked and promoted by said agents and promoters, was unauthorized.

I have already personally talked to Henri Belolo (Village People trademark owner) about my concerns about your group's treatment of Victor and the various legal options available to my husband. It is my hope that Mr. Belolo intercedes before this issue explodes and cause irreparable harm to the Village People brand in 2009. He has promised a meeting with Victor and me wherein I hope the issue can be amicably resolved.

Until that time, please immediately cease and desist all of the offenses set forth herein.

Sincerely,

Karen L. Willis, J.D.

CC:  Henri Belolo
     Stephen Kopitko
     Ken DiCamillo
     Clear Channel Radio
     Live Nation
     AEG Live
     Nederlander Concerts
     Jam Productions
     Romeo Entertainment
     Wilson Events
     NBC Universal
     MTV Networks
     Fox Broadcasting Company
     American Express Company