# Exhibit 8

**John Werner**



-----Original Message-----
From: jonathan belolo <jonathan.belolo@cantstop-productions.com>
To: Sixuvus Ltd. <sixuvusltd@aol.com>
Sent: Tue, May 30, 2017 11:42 am
Subject: License termination

Dear Deborah,

Following our conversation, please allow me to summarise and reconfirm the following:

The Trademark and Character license granted by Can't Stop to Sixuvus will end on June 1st.
Please advise your agents not to accept any further bookings, and provide a complete list of all booked dates as of today.

I invite you to sit down and discuss the terms of an amicable resolution of our relationship, on June 28th in New York.
Can't Stop will cover your reasonable traveling expenses.

In the mean time, and for the forceable future, you may honour the dates and contracts that have already been signed, with the current lineup.

We are in the final process of selecting a reputable PR agency in New York to independently manage the media narrative in the best possible way.
They will take control of the official social network accounts and formulate a communication strategy mindful of everyone's interests.

Until then (within the week), please refrain from communicating in any way either online or offline.

Finally, I will initiate a request to transfer ownership of the domain name officialvillagepeople.com later today.
Please arrange for the domain name to be transferred promptly.

On a more personal level, please know that I am determined to make this transition as smooth as possible, so don't hesitate to call me and/or write at any time.

my mobile: + 33 6 14 69 54 70

Kind regards,

Jonathan Belolo