# Exhibit 9

# LAW OFFICES OF ROBERT S. BESSER

17383 Sunset Boulevard Suite A-350
Pacific Palisades, California 90272
Tel: (310) 394-6611 Fax: (310) 394-6612
rsbesser@aol.com

---

Of Counsel:
Stewart L. Levy
White Plains, NY 10604
212-599-0777
slevy@etllaw.com

Christopher Chapin
San Rafael, CA 94903
415-578-2364
christopherchapin@aol.com

September 29, 2017

VIA EMAIL: KdiCamillo@wmeentertainment.com

Mr. Ken DiCamillo
William Morris Endeavor

Re:   Karen Willis Letter to Topsfield Fair

Dear Mr. DiCamillo:

We represent Can't Stop Productions and have been asked to respond to your e-mail of September 29, 2017 concerning the letter from Karen Willis to Topsfield Fair.

It is Can't Stop's belief that the contract for the performance of the Village People on October 5 at the Topsfield Fair was negotiated and/or committed to in April 2017. Assuming this is the case, the contract was done at a time that your client, Sixuvus, had the licence to use Can't Stop's Village People trademark. Accordingly Can't Stop will request that Karen Willis take no further action to interfere with the performance as scheduled.

For your information, it is Can't Stop's position that Sixuvus lost its right to book shows under the Village People trademark as of June 1, 2107. Accordingly, any commitments or contracts made after that date would be unauthorized.

Nothing contained herein is intended to be a waiver of our client's rights or remedies, all of which are hereby reserved.

Sincerely,

ROBERT S. BESSER
cc:   Client