# Exhibit 10

# KAREN L. WILLIS, J.D.
## HARLEM WEST ENTERTAINMENT

220 West G Street, Suite E.   San Diego, CA.  92101 (619) 206-5311

**VIA EMAIL**

September 30, 2017

Ken DiCamillo
William Morris Endeavour

Dear Mr. DiCamillo:

This is to confirm that my letter to the Topsfield Fair is correct in every respect and that the letter to you from Besser was highly inappropriate and a incorrect representation of the license agreement between my company and Can't Stop Productions, Inc., related to the former group members' use of the VILLAGE PEOPLE trademark.

I've since had a discussion with Can't Stop about Mr. Besser's behavior and false representation and I can assure you that he will make no further comments to you about this issue without my knowledge and approval.

Under the terms of my agreement with Can't Stop, the Sixuvus rights to perform under the Village People mark ceased as of June 1, 2017. I know of no arrangement, special or otherwise, currently in affect that would allow the Sixuvus to continue performing as of June 1, 2017 in the face of the termination of their license.

Moreover, I know of no case law, or statute that would allow for their continued performances after the termination of their license to do so (effective on June 1, 2017) except by special arrangement by me for which there is none.

Accordingly, should the Topsfield performance take place in the face of my exclusive worldwide rights to the Village People mark, in order to protect my interest in the mark, I will sue the responsible parties.

Sincerely,

Karen L. Willis

CC: Brian Caplan, Robert Besser, Jonathan Belolo, James O'Brien