# Exhibit 11

Karen L. Willis, J.D.
Harlem West Entertainment
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

September 28, 2017

James O'Brien
Essex Agricultural Society
Topsfield Fair

NOTICE OF INTENT TO BRING SUIT

Dear Mr. O'Brian:

I am the exclusive licensee of the mark VILLAGE PEOPLE for purposes of live performances.

Accordingly, you are hereby on notice of my intent to bring suit against the Topsfield Fair (Essex Agricultural Society ) and it's major sponsors including but not limited to Chevrolet and Coca Cola for including but not limited to trademark infringement should any performance take place with use of the mark VILLAGE PEOPLE.

You are further on notice that any such use of the VILLAGE PEOPLE mark for purposes of live performances at the Topsfield Fair will result in prompt legal action against your company and any sponsors of the performance.

Finally, I'm not suggesting that you can't allow a particular group to perform at your venue, I'm simply warning you that should you allow such live performance to take place under the name/mark VILLAGE PEOPLE, you and any and all sponsor of the live performance **will** be sued.

Sincerely,

Karen L. Willis
President