# Exhibit 2

# INTRODUCING THE NEXT CHAPTER OF VILLAGE PEOPLE®



## FEATURING ORIGINAL LEAD SINGER: VICTOR WILLIS®
## ALL NEW WEBSITE AND SOCIAL MEDIA COMING SOON!

INTERIM BOOKING INQUIRIES:

ERIC GODTLAND MANAGEMENT:

eric@egminc.com (mailto:eric@egminc.com)

FOR ADDITIONAL INFORMATION:

HARLEM WEST ENTERTAINMENT:

karen@harlemwestentertainment.com (mailto:karen@harlemwestentertainment.com)

Village People® is a registered trademark of

Can't Stop Productions, Inc.

Victor Willis® is a registered trademark of

Harlem West Entertainment

© 2017   All rights reserved.   Can't Stop Productions

Harlem West Entertainment    Harlem West Music Group

(https://www.facebook.com/Village-People-) (https://twitter.com/RealVillagePpl) (https://instagram.com/villagepeople/)