# Exhibit 3









11/29/2017

nimbus screenshot app

screenshot-www.facebook.com-2017-11-29-12-11-53-696
https://www.facebook.com/officialvillagepeople/posts/10155142508281025
29.11.2017

chrome-extension://bpconjcammlapcogcnnelfmaeghhagj/edit.html

1/2









**NamoInExelsis**
@NamoInExile

Follow

Did y'all know there's a war afoot with the Village People who have been touring forever and 2-yr member Victor Willis? 1/

12:39 PM - 27 Oct 2017

♡ 1    ↻    ♡



**NamoInExelsis** @NamoInExile · Oct 27
Replying to @NamoInExile
He recently called the touring version (which we saw last summer and loved despite ourselves, yay cowboy Jim Newman) "karaoke faces" 2/

♡ 1    ↻    ♡

**NamoInExelsis** @NamoInExile · Oct 27
while calling himself and some mostly miserable looking extras "real." We are totally team Sixvuvs and root for the V people we've been 3/

♡ 1    ↻    ♡

**NamoInExelsis** @NamoInExile · Oct 27
watching over the decades. Ray Simpson was a cop longer then you, Victor. Your cowboy is no Jim Newman, that's for sure. 4/

