Exhibit 4 – SEE CD