Exhibit 5 – SEE CD