# Exhibit 6

**MCA MARGARET COURT ARENA**

MELBOURNE OLYMPIC PARKS | ROD LAVER ARENA | AAMI Park | Hisense Arena | MELBOURNE PARK FUNCTION CENTRE

Search | All Venues ▼

EVENTS | TICKETS | ARRIVING & ACCESS | FUNCTIONS | CONTACT | ABOUT

**EVENT COUNTDOWN**
012 : 08 : 27
DAYS   HR    MIN

SHARE

**Buy Tickets**

### KC + The Sunshine Band, Village People & Sister Sledge

Tuesday 12 December

Get set to put on your boogie shoes and party when disco legends KC & THE SUNSHINE BAND, VILLAGE PEOPLE and SISTER SLEDGE combine for a huge Australian tour this December.

All artists will perform with full bands, including an impressive 15-piece outfit with KC & THE SUNSHINE BAND. The Australian tour sees the welcome return of the original lead singer and 'cop'; Victor Willis, to the VILLAGE PEOPLE – the first time he's performed with the group in more than 25 years. Picture this: The king of boogie and the queens of disco sharing the same stage with a cowboy, a construction worker, a Native American, a policeman, a biker and a soldier at an event jam-packed with guaranteed party-starters. Can you dig it! We're talking:

With irresistible elements of funk, disco and R&B, KC's music has resonated with fans for four decades. The Grammy Award-winners have sold more than 100 million records and were honoured with a star on the prestigious Hollywood Walk of Fame. In 2015 KC & THE SUNSHINE BAND released Feeling You! The '60s, KC's tribute to the era that shaped him. Celebrating more than 40 years of making booties shake, they've been a frequent visitor to our shores over the decades and were last here in 2014.

Also celebrating 40 years in show business, VILLAGE PEOPLE have sold more than 100 million records and ingrained themselves into pop culture history with some of the biggest hits and most memorable characters of all time. Created by French music producer and composer Jacques Morali in 1977, the VILLAGE PEOPLE quickly became one of the most successful acts of the disco era with their flamboyant albums and catchy songs, including the Top 10 smash hits on the Australian charts – Can't Stop The Music, Y.M.C.A, In The Navy and Macho Man. The guys are also great mates with KC – he wrote and produced their 2013 single Let's Go Back To The Dance Floor.

The VILLAGE PEOPLE have always shared a special bond with their Australian fans. The Can't Stop The Music movie – starring the VILLAGE PEOPLE, Valerie Perrine, Bruce Jenner and Steve Guttenberg – found its biggest audience in Australia, and is now shown every New Year's Eve on Channel Nine. In 2004, the band performed at the NRL Grand Final and even made a film here in 1998 called Village People Go North Down Under, sharing music and culture with Indigenous communities in the Northern Territory.

In 1979 SISTER SLEDGE teamed with Chic's Nile Rodgers and Bernard Edwards and released their iconic album We Are Family. The album's first single, He's The Greatest Dancer, shook up dancefloors around the world, while the follow-up title track skyrocketed the group into disco royalty. Other hits include Lost In Music, Thinking Of You and 1985 saw them back at the top of the charts with Frankie. As one of the original "girl groups", Grammy Award-

11/30/2017                                                                 nimbus screenshot app

