ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, New York 10065
Tel: (646) 650-2207
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

                Plaintiffs,

-against-                                  Index No.: 7:17-cv-06513-CS

SIXUVUS, LTD., ERIC ANZALONE, ALEXANDER
BRILEY, FELIPE ROSE, JAMES F. NEWMAN,
RAYMOND SIMPSON, and WILLIAM
WHITEFIELD,

                Defendants..
X------------------------------------------------------------X

## CERTIFICATE OF SERVICE

SARAH M. MATZ, pursuant to 28 U.S.C. § 1746, certifies under the penalty of perjury as follows: that on the 30th day of November, 2017, a true and accurate copy of the foregoing **ORDER TO SHOW CAUSE; MEMORANDUM OF LAW; DECLARATION OF GARY ADELMAN WITH EXHIBITS 1-7; DECLARATION OF RAYMOND SIMPSON 1-11; DECLARATION OF ALEXANDER BRILEY; DECLARATION OF JAMES ERIC ANZALONE; DECLARATION OF FELIPE ROSE** were served by personally delivering physical copies by hand in person to:

    Stewart L. Levy at approximately 3:00 p.m. while we were at:

    The Hon. Charles L. Brieant Jr.
    Federal Building and Courthouse
    Southern District of New York
    300 Quarropas Street
    White Plains, NY 10601-4150

I certify under penalty of perjury, that the foregoing is true and correct.

Executed on December 11, 2017 in New York, New York.

_____
SARAH M. MATZ