Brian D. Caplan
Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, NY 10022
Telephone (212) 209-3059
bcaplan@reitlerlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CAN'T STOP PRODUCTIONS, INC.,

Plaintiff,

                7:17-cv-06513-CS

  -against-

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE, JAMES
F. NEWMAN, RAYMOND SIMPSON, and
WILLIAM WHITEFIELD,
     Defendants.


-------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned appears as counsel of record for Karen Willis d/b/a Harlem West Entertainment, Intervenor, and that all notices given or required to be given in the above-captioned matter and all papers served or required to be served in the above-captioned matter be served upon:

 Brian D. Caplan
 Reitler Kailas & Rosenblatt LLC
 885 Third Avenue, 20th Floor
 New York, NY 10022
 Telephone (212) 209-3059
 bcaplan@reitlerlaw.com

207013        1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referenced in the above-captioned matter, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, schedule, report, plan, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, or otherwise.

Dated: December 12, 2017

Reitler, Kailas & Rosenblatt, LLC
885 Third Avenue
New York, New York 10022
(212) 209-3050
(212) 371-5500 (fax)

By: /s/ Brian D. Caplan
Brian D. Caplan
Counsel for Karen Willis
d/b/a Harlem West Entertainment
(212) 209-3059 (direct)
bcaplan@reitlerlaw.com