Exhibit A



Email or Phone    Password    Log In
Forgot account?

## Photos



**VILLAGE PEOPLE** featuring Ray Simpson

The trademark "Village People" is the subject of litigation. There are two groups performing as Village People

See All

## Videos

Victor Willis "Y.M.C.A." Live...

👍 118    💬 23

Just watched my wife marin...    There's NO need to feel do...

👍 72  💬 8    👍 7.5K  💬 1

See All

## Posts



**Victor Willis**
1 hr · 🌐

Hey Village People fans: Get a load of these phonies attempting to push a nobody named RAY SIMPSON who's never had a hit in his life, LOL, and who's greatest claim to fame is emulating me for the past 30 or so years. Oh, and Ray, you can shave off my trademark beard and mustache now. And you can stop copying my trademark "aaahoowwww" when singing my songs too which was lifted right off all of my Village People recordings. It's my style of singing Ray, not yours, even if you continue copying me for the next 100 years.

But fans, here's what's really going on with their use of the Village People mark which is only temporary.

Can't Stop who owns the Village People mark sued the Sixuvus (former Village People members). In response, the Sixuvus filed a cross-complaint against Can't Stop Productions with a ridiculous claim that it is actually them, who are the true owners of the Village People mark.

In addition, the former members (Sixuvus) claim that Can't Stop failed to supervise use of the mark over the years and that this constitutes "blanket licensing," which can result in the loss of a trademark. They further claim that if blanket licensing has occurred, the Village People trademark is invalid. Yes, I know, they're out of your minds. Especially, considering Can't Stop micromanaged everything they did with the Village People mark and controlled their every move for the last 30 years or so (fools).

As a result, they wont get anywhere with that ridiculous claim (guaranteed). However ridiculous their claim might sound, if you make such a claim to the court, the court has an obligation to sort out the truth (which wont take long after evidence is presented) of their claim to ownership based on blanket licensing and other ridiculous theories, all of which will fail and my wife will see to it.

So, it is my understanding that the court granted them temporary relief to use the Village People mark (on a temporary basis) until the court can sort out the truth of their claim against Can't Stop.

As a result, many fans noticed the following statement on their social media: "We are the Legendary Village People." This was absolutely false, the court never gave them permission to call themselves that.

One week later, my wife intervened in their lawsuit against Can't Stop, and shut down their use of "Legendary Village People." Now they're referring to themselves temporarily as "Village People featuring Ray Simpson," LOL! They tried to stop my wife from intervening because they know once Karen enters the case, it curtains for them, CURTAINS, LOL!

But here's the kicker, if after looking at the evidence, the court concludes that their blanket claim is bogus, it is my understanding they will owe my wife big bucks for trademark infringement for their temporary use of "Village People featuring Ray Simpson."



**VILLAGE PEOPLE** featuring Ray Simpson

The trademark "Village People" is the subject of litigation. There are two groups performing as Village People.

👍 Like    💬 Comment

Rodney Barrick, Gary Dunaier, Siobhan Heffernan and 3 others like this.    Top Comments ▾

View all 3 comments

Exhibit B

screenshot-www.facebook.com-2017-12-11-18-26-55-885
https://www.facebook.com/officialvictorwillis/?hc_ref=ARR5gWO3Jqwg4-2_mg7Te0TNz06Cafhdjj-l9Bi0GwpVKomZqn_PqAkp2vnDt9Ecfyg&fref=nf
11.12.2017

**Posts**



Exhibit C

screenshot-www.facebook.com-2017-12-13-14-37-08-060
https://www.facebook.com/RealVillagePeople/
13.12.2017





screenshot-www.facebook.com-2017-12-13-14-40-52-637
https://www.facebook.com/officialvictorwillis/
13.12.2017





12/13/2017
Case 7:17-cv-06513-CS     Document 53-1     Filed 12/14/17     Page 11 of 23
chrome-screenshot.html

screenshot-www.officialvillagepeople.com-2017-12-13-14-41-28-565
http://www.officialvillagepeople.com/
13.12.2017



screenshot-www.villagepeople.com-2017-12-13-14-50-21-704
http://www.villagepeople.com/
13.12.2017



screenshot-twitter.com-2017-12-13-14-51-29-445
https://twitter.com/wevillagepeople
13.12.2017



Exhibit D

photos-screenshot.jpg

screenshot-www.facebook.com-2017-12-14-13-44-47-848
https://www.facebook.com/officialvictorwillis/
14.12.2017



screenshot-www.facebook.com-2017-12-14-13-41-33-852
https://www.facebook.com/RealVillagePeople/
14.12.2017



screenshot-www.facebook.com-2017-12-14-13-43-31-893
https://www.facebook.com/RealVillagePeople/
14.12.2017



screenshot-www.instagram.com-2017-12-14-13-57-49-239
https://www.instagram.com/realvillagepeople/
14.12.2017



screenshot-www.officialvillagepeople.com-2017-12-14-13-39-39-899
http://www.officialvillagepeople.com/
14.12.2017



screenshot-pyramid-ent.com-2017-12-14-13-46-50-912
http://pyramid-ent.com/talentProfile.php?talid=206
14.12.2017



Book - Bell Biv Devoe | (book Bell Biv Devoe for a concert or live event)
Book - KC & the Sunshine Band | (book KC & the Sunshine Band for a concert or live event)
Book - Sister Sledge | (book Sister Sledge for a concert or live event)
Book - Big Daddy Kane | (book Big Daddy Kane for a concert or live event)
Book - Doug E Fresh | (book Doug E Fresh for a concert or live event)

screenshot-twitter.com-2017-12-14-13-47-53-162
https://twitter.com/wevillagepeople
14.12.2017



*screenshot-www.villagepeople.com-2017-12-14-13-40-52-938*
*http://www.villagepeople.com/*
*14.12.2017*

