

**Sarah M. Matz**
PARTNER
SARAH@ADELMANMATZ.COM
DIR: (646) 650-2213

December 14, 2017

<u>**VIA ECF AND E-MAIL**</u>

The Hon. Judge Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom: 621
White Plains, NY 10601-4150
chambersnysdseibel@nysd.uscourts.gov

  Re: *Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al.* 7:17-cv-06513-CS

Hon. Judge Seibel:

  We represent the defendants in the above referenced action. We write pursuant to rule 1.E of Your Honor's Individual Practices, to respectfully request that the conference scheduled for tomorrow, December 15, 2017 at 11:30 am be moved to 3:30pm, or other later time tomorrow afternoon that is convenient for the Court.

  We greatly appreciate the Court scheduling the conference on an expedited basis, however the undersigned has a deposition of a third party subpoenaed witness tomorrow morning beginning at 9:30 am. Unfortunately, because of a discovery cutoff in another case in this District that is scheduled for Monday, and the fact that we have the other remaining deposition in that case scheduled for Monday, we are unable to move the deposition tomorrow, nor can we have it in the afternoon because one of the other attorneys on that case is observant and needs to leave at 2 pm.

  As such, if the Court's schedule permits, we respectfully request that tomorrow's conference be rescheduled for 3:30 pm, or at a time thereafter tomorrow that is convenient for the Court.

  We have not asked for any prior extensions of this conference. I have conferred with both counsel for Plaintiff and Mrs. Willis, who have both advised that they are available at 3:30 pm tomorrow.

  We appreciate the Court's time and consideration, and should Your Honor need any further information, we are available at the Court's convenience.

**ADELMAN MATZ P.C.**
PHONE: (646) 650-2207 • FAX: (646) 650-2108
MAILING:        OFFICE:
1173A SECOND AVENUE, SUITE 153     780 THIRD AVENUE, 14TH FLOOR
NEW YORK, NEW YORK 10065      NEW YORK, NEW YORK 10017

Respectfully Submitted,

ADELMAN MATZ P.C.

Sarah M. Matz, Esq.


Cc.     All Counsel of Record