UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

CAN'T STOP PRODUCTIONS, INC.,

                    Plaintiff,

   -against-

SIXUVUS, et al.,

                17 Civ. 06513 (CS)

                **MOTION FOR ADMISSION**

                **PRO HAC VICE**

_____ Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Robert S. Besser hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for CAN'T STOP PRODUCTIONS, INC in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 12/15/2017

Respectfully Submitted,

Robert S. Besser

Applicant Signature: RTB

Applicant's Name: Robert S. Besser

Firm Name: _____

Address: 17383 Sunset Blvd. #A-350

City/State/Zip: PACIFIC PALISADES, CA 90272

Telephone/Fax: (310) 394-6611

Email: rsbesser@aol.com