UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

        Plaintiff,

-against-

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE,
JAMES F. NEWMAN, RAYMOND
SIMPSON, and WILLIAM WHITEFIELD,

        Defendants.
-------------------------------------------------X

17 Civ.06513 CS

AFFIDAVIT OF ROBERT S. BESSER IN SUPPORT OF MOTION TO BE ADMITTED *PRO HAC VICE* IN THIS CASE

I, Robert S. Besser, hereby affirm, depose and say:

1. I have been an attorney licensed to practice in California since 1970 and have always been in good standing with the State Bar of California.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There have been no disciplinary proceedings commenced against me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 15, 2017 at Pacific Palisades, California.

                                                 /s/ Robert S. Besser
                                                 ROBERT S. BESSER