UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAN'T STOP PRODUCTIONS, INC.,
                    Plaintiff,

-against-

SIXUVUS, LTD., et. al
                    Defendant.

17cv06513 (CS)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Robert Stephen Besser, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California; and that his/her contact information is as follows (please print):

Applicant's Name: Robert S. Besser
Firm Name: Law Offices of Robert S. Besser
Address: 17383 Sunset Blvd. SR A-350
City / State / Zip: Pacific Palisades, CA 90272
Telephone / Fax: (310) 394-6611

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Can't Stop Productions, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____    _____

United States District / Magistrate Judge