UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CAN'T STOP PRODUCTIONS, INC.,

                Plaintiff,

                                                       Civil Action No.

        -against-                            17-cv-06513-CS

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE, JAMES
F. NEWMAN, RAYMOND SIMPSON, and
WILLIAM WHITEFIELD,

---------------------------------------------------------------x
KAREN WILLIS d/b/a HARLEM WEST
ENTERTAINMENT

                Intervenor-Plaintiff,

        - against -

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE, JAMES
F. NEWMAN, RAYMOND SIMPSON, and
WILLIAM WHITEFIELD,

                Defendants.
---------------------------------------------------------------x

**STIPULATION AND ORDER FOR WITHDRAWAL OF COUNSEL
FOR INTERVENOR KAREN WILLIS D/B/A HARLEM WEST ENTERTAINMENT
AND GRANTING INTERVENOR PERMISSION TO PROCEED *PRO SE***

        Upon the stipulation of undersigned counsel for Intervenor Karen Willis d/b/a Harlem West Entertainment ("Intervenor") and Intervenor, Intervenor is hereby substituted for the law firm of Reitler Kailas & Rosenblatt LLC, 885 Third Avenue, New York, New York 10022, and may proceed *pro se*. Reitler Kailas & Rosenblatt LLC shall have no further

responsibility for Intervenor in this action, and all pleadings, correspondence or other documents required to be served on counsel for Intervenor should be served on Karen Willis at the address shown below.

Dated: December 21, 2017

| | |
|---|---|
| REITLER KAILAS & ROSENBLATT, LLC | KAREN WILLIS D/B/A HARLEM WEST ENTERTAINMENT |
| By: Brian D. Caplan, Esq.<br>885 Third Avenue, 20th Floor<br>New York, New York 10022<br>(212) 209-3050<br>bcaplan@reitlerlaw.com<br>*Current Attorney for Intervenor* | By: Karen L. Willis, J.D.<br>220 West G Street, Suite E<br>San Diego, California 92101<br>(619) 206-5311<br>karen@harlemwestentertainment.com<br>*Intervenor, Pro Se* |

SO ORDERED THIS 22d DAY OF December, 2017

*(signature)*
CATHY SEIBEL, U.S.D.J.

The Clerk shall send a copy of this Order to Karen Willis at the address above.

- 2 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CAN'T STOP PRODUCTIONS, INC.,

                Plaintiff,

                -against-

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE, JAMES
F. NEWMAN, RAYMOND SIMPSON, and
WILLIAM WHITEFIELD,

                Defendants.
-----------------------------------------------------------x
KAREN WILLIS d/b/a HARLEM WEST
ENTERTAINMENT

                Intervenor-Plaintiff,

                - against -

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE, JAMES
F. NEWMAN, RAYMOND SIMPSON, and
WILLIAM WHITEFIELD,

                Defendants.
-----------------------------------------------------------x

Civil Action No.
17-cv-06513-CS

**AFFIDAVIT OF BRIAN D. CAPLAN IN SUPPORT OF STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

        BRIAN D. CAPLAN, being duly sworn, deposes and says:

        1.     I am an attorney at Reitler Kailas & Rosenblatt LLC, which is seeking to be substituted out as counsel for Intervenor Karen Willis d/b/a Harlem West Entertainment ("Intervenor") in this Action pursuant to the request of Intervenor. I make

207895

and respectfully submit this Affidavit in accordance with Local Rule 1.4, in support of my firm's application to be relieved as counsel to Intervenor.

2. On or about December 8, 2017, my firm appeared in the above captioned action as counsel to Intervenor, and both I and my colleague, Robert W. Clarida, filed our respective notices of appearance with the Court on December 12, 2017.

3. I am informed that Intervenor prefers to represent herself in this matter and proceed *pro se*. Therefore, my firm is seeking to be relieved as counsel for Intervenor.

4. My firm is not asserting a retaining or charging lien.

5. The case is in its early stages; Defendants' time to respond to Intervenor's pleading has not yet expired and discovery has not yet begun. This matter will not be delayed by the requested relief.

6. Accordingly, Reitler Kailas and Rosenblatt LLC respectfully requests that the Court permit Reitler Kailas & Rosenblatt LLC to withdraw as counsel for Intervenor in favor of Ms. Willis proceeding *pro se*.

_____
Brian D. Caplan

Sworn to before me this 21st
day of December, 2017

_____
Notary Public
Lauren K. Rhode
Notary Public, State of New York
No. 02KL5045624
Qualified in New York County
Commission Expires June 26, 2021

207895

-2-