Karen L. Willis, J.D.
Harlem West Entertainment
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

December 22, 2017

**VIA EMAIL**

The Hon. Judge Cathy Seibel
The Hon. Charles L. Brieant jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

RE: Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al. 7:17-cv-06513-CS
Ex Parte Motion to Vacate of Modify the Order of December 14, 2017 (TRO)

Dear Hon. Judge Seibel:

I am the Intervenor in the above referenced action (proceeding pro se) and respectfully request an immediate conference to vacate or modify the Order of December 14, 2017.

Intervenor will deliver the ex parte papers and memorandum of law at the time of the conference substantiating an error in the ruling requiring the above referenced Order (TRO) being immediately vacated, or at minimum, substantially modified.

The application presents no reason why I should hear one party without the others, so the application to be heard ex parte is denied. I will, however, entertain a motion to vacate or modify my 12/14/17 Order. Ms. Willis should file her written motion and then I will set a date for opposition papers and a hearing. I hope the parties nevertheless plan to go forward with the scheduled mediation in good faith.

Respectfully submitted,

Karen L. Willis, J.D.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.        December 26, 2017

cc: Counsel for all parties

The Clerk of Court is respectfully directed to send a copy of this endorsment to Ms. Willis at the address above.