> I am not sure what the emergency is. We don't serve the parties by dropping papers at the last minute. The Court and the other parties need time to read and absorb them before the Court appearance. I still have no idea what the emergency is or what new facts are going to be presented, and I therefore don't know if there is justification for an emergency hearing tomorrow or not. (I am not available on December 29.) In order to put an end to the letters and get the matter teed up, and in recognition that Ms. Willis is *pro se* (although she apparently has a law degree), I will schedule the matter for January 2, 2018 at 11 am. Ms. Willis' papers should be provided to the Court and the parties no later than 5 pm on December 28, 2018. If there is a reason this matter must be heard *on* December 28, 2018, Ms. Willis should provide it in writing by 5 pm today, and I will advise whether the parties should appear tomorrow.
>
> SO ORDERED.
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.
> December 27, 2017

**Karen L. Willis, J.D.**
Harlem West Entertainment
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

December 27, 2017

**VIA EMAIL**

The Hon. Judge Cathy Seibel
The Hon. Charles L. Brieant jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

RE: Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al. 7:17-cv-06513-CS

Dear Hon. Judge Seibel:

In response to the Order of December 26, 2017 granting the urgent conference, the papers are being readied and in any event, will be available to the court at the time of the hearing.

But I will attempt to finish up and have the papers ready for the court several hours prior to any hearing on December 28th or December 29th. I shall be in New York later tonight.

However, if the hearing is scheduled for December 28th, I request that the hearing commence at any point after 11AM. But I'm available all day on December 29th.

Respectfully submitted,

Karen L. Willis, J.D.

Cc: Counsel for all parties