**EISENBERG TANCHUM & LEVY LLP**
NEW YORK | WHITE PLAINS

TELEPHONE: (212) 599-0777
TELECOPIER: (212) 599-0770

335 MADISON AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10017

707 WESTCHESTER AVENUE
WHITE PLAINS, NEW YORK 10604

December 27, 2017

Hon. Magistrate Judge Lisa Margaret Smith
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Can't Stop Productions, Inc. v. Sixuvus, Ltd., et al.
      17 Civ. 06513 (CS)

Dear Magistrate Judge Smith:

I am the attorney for Can't Stop Productions Inc., the plaintiff in the above-captioned action. I am writing this letter on behalf of myself as well as with the approval of Gary Adelman, the attorney for Sixuvus, Ltd. and Karen Willis, doing business as Harlem West Entertainment, pro se, to request that the in-person settlement conference currently set for Friday January 5, 2018 at 2:30 p.m. be rescheduled.

In accordance with Rule 1(D) of your individual practice rules I have attempted to reach your courtroom deputy but have been unsuccessful in doing so. I assume that a reduced holiday schedule is the reason for this. As a result, I am writing this letter to request another date for the conference. All counsel have agreed to the following alternative dates: January 25, February 13, 14, and 16, 2018, although our preference, if the Court can accommodate us, is for January 25, 2018.

No prior requests have been made for an adjournment.

Respectfully submitted,

Stewart L. Levy

cc:   Gary Adelman, Esq. Attorney for Sixuvus, Ltd. (email and mail)
      Karen Willis, Esq. Attorney pro se Harlem West Entertainment (email and mail)