Copy Mailed by Chambers to Pro se Defendant

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

December 27, 2017

## RE-SCHEDULING NOTICE

The matter of Can't Stop Productions, Inc. v. Sixuvus, Ltd., et al., 17-cv-06513 (CS) (LMS) has been *re-scheduled* from an in-person settlement conference on Friday, January 5, 2018, at 2:30 p.m., before the Hon. Lisa Margaret Smith, United States Magistrate Judge, to an in-person settlement conference on **Thursday, January 25, 2018, at 2:30 p.m.,** in Courtroom 520.

*Counsel should either have: full independent settlement authority; principals present; or principals readily available by telephone.*

*Please Note: Counsel seeking to reschedule an appearance must have all parties on the line prior to contacting Chambers.*

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.