It seems that Ms. Willis interprets the term "ex parte" differently than I do. "Ex parte" means that the Court hears one party without the other parties participating. That is not going to happen here, as no reason to exclude the other parties has been presented.

As for concerts being canceled if the TRO is not immediately modified or vacated, that is the matter on which I need more facts. I have no idea what it is about the TRO that would prevent a concert from occurring or when those concerts are to take place. My order said that I would schedule the hearing once I knew when I would be getting the papers. Ms. Willis did not state when I would get the papers, instead putting the cart before the horse by saying the papers would precede the hearing by several hours. Because that is insufficient notice, I scheduled the hearing for January 2. If Ms. Willis wants to try again, she can explain (before 5 pm) what it is about the TRO that would cause the cancellation of concerts and when that might occur. I will then consider whether to see the parties tomorrow or Tuesday. I am sorry if Ms. Willis booked a flight based on a misunderstanding of my order.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

The Clerk shall send a copy of this endorsement to Ms. Willis.

---

Karen L. Willis, J.D.
Harlem West Entertainment
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

December 26, 2017

VIA EMAIL

The Hon. Judge Cathy Seibel
The Hon. Charles L. Brieant jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

RE: Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al. 7:17-cv-06513-CS   December 27, 2017

Dear Hon. Judge Seibel:

Pursuant to Order of December 27, 2017, I simply provided the information requested by the Court, that is, when will the papers be available.

The hearing should take place tomorrow because I am unavailable on January 2, 2018 and there's a high likelihood of several concerts being canceled if the TRO is not immediately vacated or altered. Moreover, based on the court's order of December 26, 2017, I purchased my airline ticket to New York.

The ex parte conference should be allowed because absent immediate relief from the Order of December 14, 2017, Intervenor will suffer immediate and irreparable harm. However, I wish not to be perceived as a unknowledgeable pro se litigant worthy of chastisement. I simply responded as the court had requested.

Respectfully submitted,

Karen L. Willis, J.D.