EISENBERG TANCHUM & LEVY LLP
NEW YORK | WHITE PLAINS

TELEPHONE: (212) 599-0777
TELECOPIER: (212) 599-0770

335 MADISON AVENUE, 9TH FLOOR                                    707 WESTCHESTER AVENUE
NEW YORK, NEW YORK 10017                                          WHITE PLAINS, NEW YORK 10604

December 27, 2017

**Email: chambersnydseibel@nysd.uscourts.gov**
Hon. Cathy Seibel
Judge, United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: Can't Stop Productions, Inc. v. Sixuvus, Ltd., et al.
     17-cv-06513-CS

Dear Judge Seibel,

  I am the attorney for Can't Stop Productions, Inc., the plaintiff in the above-captioned action. In an endorsed letter of earlier today, the Court stated that it would schedule either tomorrow or on Tuesday January 2, 2018 at 11:00 a.m. a court hearing in response to an application by Karen Willis, the *pro se* intervenor. I am writing this letter to inform the Court of personal travel plans which may interfere with my appearance on January 2nd and a few other days in January.

  My daughter-in-law, who lives in Los Angeles with her husband, my son, is currently in labor and we hope to have a new grandson joining the family later today or tomorrow. In accordance with Jewish custom, a bris will be held eight days later. My wife and I plan to fly out to Los Angeles this weekend and stay through approximately January 7. Although, if need be, I could take a flight to Los Angeles after January 2nd, so that I can make a court appearance, I would rather spend the time with my newborn grandson and his older brother (age two). Shortly thereafter, my wife and I are committed to house and dog sitting in Virginia Beach for my daughter and her husband so that they can take our two grand-daughters on a Disney vacation. We will be gone from January 12 through January 20. Even though my wife can certainly handle matters in Virginia without me, this is a major family event, especially for my grand-daughters, ages five and two and a half and I would very much like to be a part of it.

  From what I understand, Ms. Willis' application is directed more at Sixuvus than at my client, so my presence should not be vital. In any event, my office can send someone to attend on

EISENBERG TANCHUM & LEVY LLP

my behalf, although I would prefer to have the option to attend any court dates myself. I therefore request that I be permitted to appear by telephone on such dates.

Thank you for your consideration in this matter.

Respectfully submitted,

Stewart L. Levy

cc: Gary Adelman, Esq. Attorney for Sixuvus, Ltd.
Karen Willis, Attorney pro se doing business as Harlem West Entertainment