**EISENBERG TANCHUM & LEVY LLP**
NEW YORK | WHITE PLAINS

TELEPHONE: (212) 599-0777
TELECOPIER: (212) 599-0770

335 MADISON AVENUE, 9TH FLOOR                                707 WESTCHESTER AVENUE
NEW YORK, NEW YORK 10017                                     WHITE PLAINS, NEW YORK 10604

December 27, 2017

**Email: chambersnydseibel@nysd.uscourts.gov**
Hon. Cathy Seibel
Judge, United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    Can't Stop Productions, Inc. v. Sixuvus, Ltd., et al.
            17-cv-06513-CS

Dear Judge Seibel,

      I am the attorney for Can't Stop Productions, Inc., the plaintiff in the above-captioned action. In an endorsed letter of earlier today, the Court stated that it would schedule either tomorrow or on Tuesday January 2, 2018 at 11:00 a.m. a court hearing in response to an application by Karen Willis, the *pro se* intervenor. I am writing this letter to inform the Court of personal travel plans which may interfere with my appearance on January 2nd and a few other days in January.

      My daughter-in-law, who lives in Los Angeles with her husband, my son, is currently in labor and we hope to have a new grandson joining the family later today or tomorrow. In accordance with Jewish custom, a bris will be held eight days later. My wife and I plan to fly out to Los Angeles this weekend and stay through approximately January 7. Although, if need be, I could take a flight to Los Angeles after January 2nd, so that I can make a court appearance, I would rather spend the time with my newborn grandson and his older brother (age two). Shortly thereafter, my wife and I are committed to house and dog sitting in Virginia Beach for my daughter and her husband so that they can take our two grand-daughters on a Disney vacation. We will be gone from January 12 through January 20. Even though my wife can certainly handle matters in Virginia without me, this is a major family event, especially for my grand-daughters, ages five and two and a half and I would very much like to be a part of it.

      From what I understand, Ms. Willis' application is directed more at Sixuvus than at my client, so my presence should not be vital. In any event, my office can send someone to attend on

**EISENBERG TANCHUM & LEVY LLP**

my behalf, although I would prefer to have the option to attend any court dates myself. I therefore request that I be permitted to appear by telephone on such dates.

Thank you for your consideration in this matter.

Respectfully submitted,

Stewart L. Levy

cc: Gary Adelman, Esq. Attorney for Sixuvus, Ltd.
Karen Willis, Attorney pro se doing business as Harlem West Entertainment

I am still unclear on the nature of the application to be made Tuesday, or even if Ms. Willis still intends to pursue it (given that no papers have yet arrived), but Mr. Levy may attend by phone.  He should contact my courtroom deputy, Alice Cama, 914-390-4271, on Tuesday morning to make arrangements.

SO ORDERED.

CATHY SEIBEL, U.S.D.J.

December 28, 2017

The Clerk of Court is respectfully directed to send a copy of this endorsement to Ms. Willis at the address on Doc. 68.

A:\APPL\PUBDOC\03114\SIXUVUS LTD.2017\Letter To Judge Seibel 12.27.17.Docx