Karen L. Willis, J.D.
Harlem West Entertainment
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

December 28, 2017

**VIA EMAIL**

The Hon. Judge Cathy Seibel
The Hon. Charles L. Brieant jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

RE: Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al. 7:17-cv-06513-CS
Withdrawal of Request for Hearing

Dear Hon. Judge Seibel:

I am simply not available (even by phone) on January 2, 2017 because I'm flying from the east coast (Florida area) back to the west coast.

Therefore, I hereby withdraw my request for a hearing. Moreover, the time has past for me to be granted the relief I hoped would prevent me from having to deal with a particular aspect of the TRO.

Finally, I simply wanted the court to know that I did not oppose the other side attending the emergency hearing I sought, ex parte or otherwise.

Respectfully submitted,

Karen L. Willis, J.D.