UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

CAN'T STOP PRODUCTIONS, INC.,

                Plaintiff,

SIXUVUS, LTD., et al.,

                Defendant.

-----------------------------------------------------X

17CV06513 CS

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, *Robert S. Besser* hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff *Can't Stop Productions, Inc.* in the above-captioned matter.

I am in good standing with the California Supreme Court and the State Bar of California. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached my affidavit testifying to such pursuant to Local Rule 1.3.

Dated: December 28, 2017

Respectfully submitted,
Robert S. Besser, Esq.

LAW OFFICES OF ROBERT S. BESSER
17383 Sunset Blvd., Suite A-350
Pacific Palisades, CA 90272
Tel: (310) 394-6611
Email: rsbesser@aol.com