UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

        Plaintiff,

   -against-

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE,
JAMES F. NEWMAN, RAYMOND
SIMPSON and WILLIAM WHITEFIELD,

        Defendants.
-------------------------------------------------X

17 Civ.06513 CS

AFFIDAVIT OF ROBERT S. BESSER IN SUPPORT OF MOTION TO BE ADMITTED *PRO HAC VICE* IN THIS CASE

I, Robert S. Besser, hereby affirm, depose and say:

1. I have been an attorney licensed to practice in California since 1970 and have always been in good standing with the State Bar of California and with the California Supreme Court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There have been no disciplinary proceedings commenced against me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 2, 2017 at Pacific Palisades, California.

                                                             /s/ RSB
                                                    ROBERT S. BESSER