

# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### ROBERT STEPHEN BESSER

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that Robert Stephen Besser, #46541, was on the 26th day of June 1970 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 19th day of December 2017.*

JORGE E. NAVARRETE
Clerk of the Supreme Court

By: _____
F. Coello, Deputy Clerk