UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

       Plaintiff,                17 Civ.06513 CS

   -against-                ORDER FOR ADMISSION
                                      PRO HAC VICE

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE,
JAMES F. NEWMAN, RAYMOND
SIMPSON, and WILLIAM WHITEFIELD,

       Defendants.
-------------------------------------------------X

The motion by Robert Stephen Besser for admission to practice *Pro Hac Vice* in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing with the State Bar of California and that his contact information is as follows:

      Robert S. Besser
      LAW OFFICES OF ROBERT S. BESSER
      17383 Sunset Blvd.  Suite A-350
      Pacific Palisades, CA 90272
      (310) 394-6611      rsbesser@aol.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for <u>Plaintiff Can't Stop Productions, Inc</u>. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                _____
                                    United States District Judge