Application granted. The Clerk of Court is respectfully directed to forward this endorsement to Attorney Services to create an ECF account for Ms. Willis.

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

January 5, 2018

Karen L. Willis, J.D.
**Harlem West Entertainment**
**220 West G Street, Suite E.**
San Diego, CA. 92101
**(619) 206-5311**

January 3, 2018

**VIA EMAIL**

The Hon. Judge Cathy Seibel
The Hon. Charles L. Brieant jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

**LETTER MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

RE: Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al. **7:17-cv-06513-CS**

Dear Hon. Judge Seibel:

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Regulations, available at http://nysd.uscourts.gov/ecf/ECF%20Rules%20Revision%20031714.pdf, and agree to abide by them.

2. I affirm that there's no need for me ("Intervenor") to complete the Court's CM/ECF introduction course because I am very experienced with the CM/ECF system and is still an approved active CM/ECF filer in the U.S. District Court Southern District of California, as well as an active CM/ECF filer in the Ninth Circuit Court of Appeals. (See Exhibit A attached hereto). Accordingly, Intervenor respectfully request a waiver with respect to the CM/ECF introduction course as not needed.

3. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

4. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

5. I understand how to convert a document to PDF-A format.

6. I have regular access to the technical requirements necessary to e-file successfully, i.e., computer with internet access and word processor (Microsoft Word, 2017) (HP All in One), an email account (karen@harlemwestentertainment.com) to receive notifications from the Court and notices from the e-filing system; a scanner to convert documents that are only in paper format into electronic files; a PDF reader and a PDF writer to convert word-processing documents into PDF formats, the only electronic format in which documents can be e-filed. I will be using Adobe Acrobat-DC reader and writer; I also have a very fast printer and scanner.

7. I maintain an active Pacer account.

8. I understand that I must review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

Respectfully submitted

Karen L. Willis, J.D.

# EXHIBIT A

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| 9 SCORPIO MUSIC (BLACK SCORPIO) S.A. and CAN'T STOP PRODUCTIONS, 10 INC., | Case No. 11cv01557 BTM (RBB) |
| 11              Plaintiff, | ORDER GRANTING MOTION BY KAREN L. WILLIS FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS |
| 12      vs. | |
| 13 VICTOR WILLIS, | |
| 14              Defendant. | |
| 15 VICTOR WILLIS, | |
| 16              Counterclaimant, | |
| 17 vs. | |
| 18 SCORPIO MUSIC (BLACK SCORPIO) S.A., CAN'T STOP PRODUCTIONS, INC. 19 and HENRI BELOLO | |
| 20              Counterclaim-Defendants. | |

21
22
23
24
25
26
27
28

11cv01557 BTM (RBB)

1    Karen L. Willis, who seeks to intervene in this action, has filed a motion for
2    leave to electronically file documents.    In accordance with Section 2.b. of the
3    Electronic Case Filing Administrative Policies & Procedures Manual ("Manual"), Ms.
4    Willis explains that she has all the necessary equipment and software capabilities and
5    agrees to follow all rules and policies in the Manual.

6        The Court **GRANTS** Ms. Willis permission to electronically file documents in
7    this case only.

8    IT IS SO ORDERED.

9

10   DATED:  July 2, 2015

                                        Hon. Barry Ted Moskowitz, Chief Judge
                                        United States District Court

Judgment                                          1
Case No. 11-CV-01557-BTM (RBB)