Karen L. Willis, J.D.
Harlem West Entertainment
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

January 18, 2018

**VIA EMAIL**

The Hon. Judge Cathy Seibel
The Hon. Charles L. Brieant jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150


RE: Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al. 7:17-cv-06513-CS

Dear Hon. Judge Seibel:

Mr. Levy's declaration dated January 18, 2018 is the best example of the need to intervene. Indeed, Mr. Levy's declaration is at the heart of my motion in that things occurred and arrangements were made that sought to affect my rights and indeed has affected my rights, without my presence, without me being named as a party, and without me ever having notice of the hearing.

Whatever deal that was made or agreed to between Can't Stop and the Sixuvus related to a TRO, was a deal or agreement struck without my involvement. The TRO must be stayed or dissolved on that basis alone. And my motion is timely (14 days exceeded) and relates to an appeal, not an agreed upon period of time between the other parties.

I filed an emergency motion requesting relief no later than January 17, 2018. The Court deferred a ruling and ordered the Sixuvus and Can't Stop to respond by January 19, 2018. Now, the Sixuvus is seeking to delay their response to January 22, 2018 for which I oppose. I'm asking the Court to not alter it's date of January 19, 2018 for all responses.

Respectfully submitted,

Karen L. Willis, J.D.