Karen L. Willis, J.D.
Harlem West Entertainment
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

January 18, 2018

**VIA EMAIL**

The Hon. Judge Cathy Seibel
The Hon. Charles L. Brieant jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

RE: Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al. 7:17-cv-06513-CS

Dear Hon. Judge Seibel:

The Sixuvus attempts to make substantive arguments, through its counsel, that I knew of the December 8, 2017 hearing and was represented by counsel. Nowhere in my motion for a stay do I argument that I was unaware or not represented at the December 8, 2017 subsequent TRO hearing where I requested that I be allowed to intervene and that the TRO of December 1, 2017 be vacated for failure to name an indispensable party. The December 14, 2017 Order is currently on appeal.

If the Court erred by it's failure to grant my motion to vacate the Order of December 1, 2017, the December 8, 2017 hearing wherein I was represented and subsequent order of December 14, 2017 modifying the TRO, is void. And should be vacated by the Court of Appeals.

I'm simply seeking a stay or the Order of December 14, 2017 pending a decision from the Second Circuit wherein I requested relief from the district court on or before January 17, 2017. We are past that time now.

The Court delayed its ruling pending responses no later than January 19, 2018. Because of the urgency of the stay I am seeking, I must oppose the Sixuvus request for an extension which serves only to delay my emergency motion for a stay.

Respectfully submitted,

Karen L. Willis, J.D.