Karen L. Willis, J.D.
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

January 19, 2018

**VIA EMAIL**

The Hon. Judge Cathy Seibel
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

**Notice of Withdrawal of Motion For Emergency Stay**

Dear Hon. Judge Seibel:

Pursuant to FRAP 8, I sought an emergency stay of the court's Order dated December 14, 2017 pending a ruling from the Second Circuit on the pending appeal. My date for emergency relief was Wednesday January 17, 2018. However, this Court deferred a ruling on the motion and granted opposing parties until January 19, 2018 to respond.

The Sixuvus, Ltd., sought a 3 day (or one business day) extension through its counsel under the auspices that one of her clients is out of the country and therefore unavailable to provide a declaration.

I opposed this reason as insufficient and designed to cause delay considering counsel could have easily obtained a signature on a declaration in this age of computers, scanners and emails. Notwithstanding this, the court granted the extension.

As a result, I have lost all faith that this Court is treating the motion as an emergency. Moreover, I believe the relief sought is futile because when you factor in my time to review the Sixuvus response and reply (the Court did not set a time for my reply) there is no time certain when this Court would rule on the emergency motion.

Accordingly, I hereby withdraw my request for a Stay in the District Court as moot in lieu of an Emergency Stay of the TRO in the Second Circuit for which such filing is imminent.

Respectfully submitted,

Karen L. Willis, J.D.