UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X-------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

                Plaintiff,

  -against-

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE,
JAMES F. NEWMAN, RAYMOND SIMPSON,
and WILLIAM WHITEFIELD,

                Defendants.
X-------------------------------------------------X

Case No.: 7:17-cv-06513-CS

**NOTICE**

       On January 19, 2018, this Court issued an Order alerting the parties that if the mediation scheduled for January 25, 2018, is unsuccessful, the Court is prepared to begin the hearing on the preliminary injunction motion on Monday, January 29, 2018.  (Doc. 86.)  The hearing will begin with testimony at 9:30 a.m. and will continue until approximately 3:30 p.m., when the Court has other matters scheduled.  The hearing will continue day-to-day as necessary, subject to the Court's other scheduled matters.  At this point the expected schedule for January 29 to 31 is as follows:  January 29 from 9:30 a.m. – 3:30 p.m., January 30 from 10:00 a.m. – 3:30 p.m., and January 31 from 2:00 p.m. – 4:30 p.m.  If the parties anticipate calling witnesses from out of town and for whom a date certain is needed, the parties should discuss scheduling among themselves and agree on a time within the above schedule for any such witnesses.

SO ORDERED:

DATED: January 23, 2018
       White Plains, New York

                                                  *Cathy Seibel*
                                      _____
                                      UNITED STATES DISTRICT JUDGE