Karen L. Willis, J.D.
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

January 26, 2018

**VIA EMAIL**

The Hon. Judge Cathy Seibel
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

APPLICATION TO BRING PERSONAL ELECTRONIC DEVICE

Dear Hon. Judge Seibel:

Intervenor submits the attached application to bring with her, personal electronic devices, during the preliminary injunction hearings starting January 29, 2018.

Respectfully submitted,

Karen L. Willis, J.D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────── x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
─────────────────────────────────────── x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned CAN'T STOP PRODUCTIONS, INC. V, SIXUVUS, LTD. LTD. , No. 17-06513-CS .

The date(s) for which such authorization is provided is (are) JAN. 29-31, 2018 .

| Attorney | Device(s) |
| --- | --- |
| 1. KAREN L. WILLIS (PRO SE) | 1 Lap top; 1 cell phone smart device |
| 2. | |
| 3. | |

(Attach Extra Sheet If Needed)

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 1/26/2018

_____
United States Judge

Revised: February 26, 2014