UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

Plaintiff,

-against-

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE,
JAMES F. NEWMAN, RAYMOND SIMPSON,
and WILLIAM WHITEFIELD,
               Defendants,

KAREN L. WILLIS dba HARLEM WEST
ENTERTAINMENT
               Intervenor.
-----------------------------------------------------------X

7:17-cv-06513-CS

INTERVENOR'S LIST OF WITNESSES

In accordance with the preliminary injunction proceedings scheduled to start on January 29, 2018, Karen L. Willis ("Intervenor") submits the following list:

(1) Sal Michaels.

Notwithstanding the above, Intervenor may call as a witness, any and all disclosed on the Sixuvus, Ltd., ("Sixuvus") list of witnesses for purposes of impeachment and/or other appropriate examination.

Dated: January 27, 2018

KAREN L. WILLIS, J.D.