UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Can't Stop Productions, Inc.
_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

7:17 cv 06513 ( C )( S )

-against-

NOTICE OF APPEAL

The Sixuvus, Ltd, et al.
_____
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Karen L. Willis (Intervenor)
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☒ order   entered on: 2/2/2018
(date that judgment or order was entered on docket)

that: The District Court has Subject matter Jurisdiction over a Preliminary Injunction hearing pending appeal of the Preliminary Injunction
(If the appeal is from an order, provide a brief description above of the decision in the order.)

2/12/2018
Dated

_____
Signature*

Karen L. Willis
Name (Last, First, MI)

220 West 6 St   Ste E.   San Diego, Ca.   92101
Address           City        State              Zip Code

619 206-5311
Telephone Number

KarenCharlemWestEntertainment.Com
E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13