UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

                Plaintiff,

-against-

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE,
JAMES F. NEWMAN, RAYMOND SIMPSON,
and WILLIAM WHITEFIELD,

                Defendants.
----------------------------------------------------------X

**ORDER**

17-CV-6513 (CS)

Seibel, J.

      On February 12, 2018, at the Court's direction, Intervenor Karen Willis filed on the ECF system certain documents that her then-counsel had previously conveyed to chambers in person. (Doc. 110.)  The Court filed certain documents that Intervenor had previously conveyed to the Court only by email.  (Docs. 108-09.)  To clarify the record, the Court notes that Intervenor's request in her February 2, 2018 letter that the Court reconsider whether it has jurisdiction over the preliminary injunction hearing, (Doc. 108), was denied from the bench on February 6, 2018; her February 9, 2018 letter regarding newly discovered evidence, (Doc. 109), will be addressed in connection with the Court's upcoming ruling on Sixuvus's motion for a preliminary injunction; and her motion to intervene and to vacate or modify the temporary restraining order dated December 7, 2017, (Doc. 110), was granted in part and denied in part from the bench on December 8, 2017.  The Clerk of Court is respectfully directed to terminate the pending motion, Doc. 110.

SO ORDERED.

DATED: February 13, 2018
       White Plains, New York

                                          _____
                                          UNITED STATES DISTRICT JUDGE