Karen L. Willis, J.D.
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

February 14, 2018

**VIA EMAIL**

The Hon. Judge Cathy Seibel
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

**AMENDED LETTER MOTION TO INTRODUCE NEWLY DISCOVERED EVIDENCE**

Dear Hon. Judge Seibel:

Intervenor hereby amends her motion to introduce new evidence to add an additional supportive piece of evidence in support of the newly discovered trademark application for the Sixuvus's bonafide intent to perform (not as Village People) but as "The Kings of Disco.

This supportive piece of evidence is attached hereto as Exhibit A, wherein on February 4, 2018 and in the midst of the Sixuvus preliminary injunction hearing, Felipe Rose, President of the Sixuvus, Ltd., posted a **notice** to fans via his RealFelipeRose Facebook page that this is his "next solo performance as his group VP [Village People] transitions into a new name." What this means is that the Sixuvus knew all along that it intended to start performing as "The Kings of Disco" and discontinue use of Village People as they blatantly mislead the court into believing that if not allowed to continue performing as Village People, they would be irreparably harmed.

Well, the new evidence before the court clearly show the Sixuvus claim of a need to continuing performing as Village People, was simply a sham. And likely designed only to bring irreparable harm to Intervenor and Village People featuring Victor Willis who intend only to perform under Village People as exclusively licensed. The Sixuvus on the other hand, evidently, have other plans which entail them ceasing to perform live shows as Village People, and to "transition" into "The Kings of Disco," as sworn to in their application for intent to use with the U.S.P.T.O.

This Court must decide based on the evidence. Was the Sixuvus lying **then** to the U.S. Trademark Office when they swore of their intent to perform as "The Kings of Disco" under penalty of perjury? Or is the Sixuvus lying **now** to this Court when they claim a need to continue performing as Village People "for life." Which is it? This is a question that the court cannot ignore and this court should not turn a blind eye towards the Sixuvus and its counsels, **fraud on the court**.

This amendment and supporting evidence is astounding and **material** to deciding the motion for preliminary injunction. As your honor stated several times during the hearing, admission of evidence is liberally allowed during a preliminary injunction hearing. Here too, this newly discovered material evidence should likewise be received by the Court.

Accordingly, the Sixuvus motion for preliminary injunction and relevant supporting testimony must be rejected as unreliable and full of everything but the truth.

Respectfully submitted,

Karen L. Willis, J.D.

# EXHIBIT A



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Feb 14 04:51:45 EST 2018

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

# THE KINGS OF DISCO

| | |
|---|---|
| **Word Mark** | THE KINGS OF DISCO |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment services in the nature of live musical performances; Entertainment services in the nature of live vocal performances by musical group; Live performances by a musical group |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87581260 |
| **Filing Date** | August 23, 2017 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 9, 2018 |
| **Owner** | (APPLICANT) Sixuvus, Ltd. CORPORATION NEW YORK 329 Tecumseh Avenue Mt. Vernon NEW YORK 10553 |
| **Attorney of Record** | Sarah M. Matz |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



https://www.facebook.com/Following-Felipe-175595535827162/?hc_ref=ARRDQ6-YlSTuJDWgksFCtJbT3WziqgntylOy3iY5xCwS24_Nxc1Hxu_yJIQj0IfUjsg

**Following Felipe**
February 4 at 4:28pm ·

My next solo performance as my group VP, transitions into a new name.

Disco De Mayo: Macho Men Of Disco @ WestburyTheater on May 5th, 2018

Starring:
Tavares
Harold Melvin's Blue Notes
Double Exposure
Felipe- Native American of
Village People fame
Disco Unlimited
Carl Carlton "Everlasting
George McCrae
"Rock Your Baby"
Gonzalez -
Haven't Stop Dancing Yet
Leroy Gomez-Don't Let Me Be
Misunderstood
Freddie James - "Get Up & Boogie"
Host Joe Causi
Host France Joli, "Special Guest/ Performance

For information - 516-247-5211

**Following Felipe**
February 4 at 4:28pm ·

My next solo performance as my group VP, transitions into a new name.

Disco De Mayo: Macho Men Of Disco @ WestburyTheater on May 5th, 2018

Starring:
Tavares
Harold Melvin's Blue Notes
Double Exposure
Felipe- Native American of
Village People fame

Disco Unlimited
Carl Carlton "Everlasting
George McCrae
"Rock Your Baby"
Gonzalez -
Haven't Stop Dancing Yet
Leroy Gomez-Don't Let Me Be
Misunderstood
Freddie James - "Get Up & Boogie"
Host Joe Causi
Host France Joli, "Special Guest/ Performance

For information - 516-247-5211