# EXHIBIT A

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Feb 14 04:51:45 EST 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# THE KINGS OF DISCO

| | |
|---|---|
| **Word Mark** | THE KINGS OF DISCO |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment services in the nature of live musical performances; Entertainment services in the nature of live vocal performances by musical group; Live performances by a musical group |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87581260 |
| **Filing Date** | August 23, 2017 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 9, 2018 |
| **Owner** | (APPLICANT) Sixuvus, Ltd. CORPORATION NEW YORK 329 Tecumseh Avenue Mt. Vernon NEW YORK 10553 |
| **Attorney of Record** | Sarah M. Matz |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



https://www.facebook.com/Following-Felipe-175595535827162/?hc_ref=ARRDQ6-YlSTuJDWgksFCtJbT3WziqgntylOy3iY5xCwS24_Nxc1Hxu_yJIQj0IfUjsg

**Following Felipe**
February 4 at 4:28pm ·

My next solo performance as my group VP, transitions into a new name.

Disco De Mayo: Macho Men Of Disco @ WestburyTheater on
May 5th, 2018

Starring:
Tavares
Harold Melvin's Blue Notes
Double Exposure
Felipe- Native American of
Village People fame
Disco Unlimited
Carl Carlton "Everlasting
George McCrae
"Rock Your Baby"
Gonzalez -
Haven't Stop Dancing Yet
Leroy Gomez-Don't Let Me Be
Misunderstood
Freddie James - "Get Up & Boogie"
Host Joe Causi
Host France Joli, "Special Guest/ Performance

For information - 516-247-5211

**Following Felipe**
February 4 at 4:28pm ·

My next solo performance as my group VP, transitions into a new name.

Disco De Mayo: Macho Men Of Disco @ WestburyTheater on
May 5th, 2018

Starring:
Tavares
Harold Melvin's Blue Notes
Double Exposure
Felipe- Native American of
Village People fame

Disco Unlimited
Carl Carlton "Everlasting
George McCrae
"Rock Your Baby"
Gonzalez -
Haven't Stop Dancing Yet
Leroy Gomez-Don't Let Me Be
Misunderstood
Freddie James - "Get Up & Boogie"
Host Joe Causi
Host France Joli, "Special Guest/ Performance

For information - 516-247-5211