UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

                      Plaintiff,

  -against-

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE,
JAMES F. NEWMAN, RAYMOND SIMPSON,
and WILLIAM WHITEFIELD,

                     Defendants.
----------------------------------------------------------X

**ORDER**

17-CV-6513 (CS)

Seibel, J.

     Before the Court is Defendants' motion for a preliminary injunction. (*See* Doc. 41.) The motion is denied, and the amended temporary restraining order that was previously imposed, (Doc. 52), is now lifted. The Court will separately issue a memorandum order in due course stating its reasons for the denial of the preliminary injunction.

SO ORDERED.

DATED: February 16, 2018
        White Plains, New York

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE