**MANDATE**

S.D.N.Y.–W.P.
17-cv-6513
Seibel, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of February, two thousand eighteen.

Present:
    Amalya L. Kearse,
    Debra Ann Livingston,
        *Circuit Judges*,
    Jeffrey Alker Meyer,*
        *District Judge*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 21, 2018

Karen Willis, DBA Harlem West Entertainment,

    *Intervenor-Appellant*,

Can't Stop Productions, Inc.,

    *Plaintiff-Counter-Defendant*,
v.

    18-55 (L)
    18-407 (Con)

Sixuvus, Ltd., Eric Anzalone, Alexander Briley, Felipe Rose, James F. Newman, Raymond Simpson, William Whitefield,

    *Defendants-Counter-Claimants-Appellees*.

Appellant moves to dismiss her appeals because the district court has dissolved the temporary restraining order and denied the defendants' motion for a preliminary injunction. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeals are DISMISSED. It is further ORDERED that Appellant's stay motion is DENIED as moot.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

MANDATE ISSUED ON 02/21/2018

* Judge Jeffrey Alker Meyer, of the United States District Court for the District of Connecticut, sitting by designation.