**EISENBERG TANCHUM & LEVY LLP**
NEW YORK | WHITE PLAINS

TELEPHONE: (212) 599-0777
TELECOPIER: (212) 599-0770

335 MADISON AVENUE, 9TH FLOOR707 WESTCHESTER AVENUE
NEW YORK, NEW YORK 10017WHITE PLAINS, NEW YORK 10604

March 12, 2018

**Email - chambersnysdseibel@nysd.uscourts.gov**
Hon. Judge Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: Can't Stop Productions, Inc. v. Sixuvus, Ltd., et al.
    Civil Action No. 17 cv. 06513(CS) (LMS)

Dear Judge Seibel:

  I am one of the attorneys for Can't Stop Productions, Inc., the plaintiff in the above-captioned action.

  Although the Court has recently ruled that Sixuvus, Ltd. and the individual defendants in the above-captioned action who have performed under the name Village People have no right to continue to do so, they continue to exploit the mark and the related trademark costumes. Enclosed is a copy of the Facebook entry listed under, "Official Village People." It shows the individual defendants in Village People regalia and is captioned as "The Kings of Disco, formerly Village People."

  On Monday March 5th my co-counsel, Robert Besser, and I spoke with Gary Adelman, Sixuvus' attorney, to express our concerns about the trademark infringement and to demand that the offending material be removed. Mr. Adelman represented that he would review the matter and respond to us the next day. A week has elapsed since that conversation, however, and Mr. Adelman has not responded and the offensive entry remains on the Facebook page.

  The defendants' continued violation of Can't Stop's trademark rights is in defiance of the Court's recent decision. While Can't Stop is prepared to seek injunctive and other relief against defendants' offending conduct, in light of the upcoming status conference scheduled for March 28th, and in the interest of judicial economy, it might be more efficient if this matter is added to

**EISENBERG TANCHUM & LEVY LLP**

the agenda for the conference. If, however, the Court believes that motion practice would be more appropriate, my client is prepared to go ahead with same.

                                                                            Respectfully submitted,

                                                                            Stewart L. Levy

cc:    Gary Adelman, Esq. (email)
        Adelman Matz, P.C.
        780 Third Avenue
        New York, New York 10017

        Karen Willis (email)

Like    Share    Suggest Edits

Send Message

Forgot account?

## Official Village People
**@OfficialKingsOfDisco**



Home
About
Photos
Events
Videos
Posts
Community

Photos



You were redirected here from the unofficial Page: **Village People**

Musician

Community    See All

👍 41,211 people like this

🔊 39,795 people follow this

About    See All

📞 212-904-1626

💬 Contact Official Village People on Messenger

🎵 Musician · Musician/Band

✏️ Suggest Edits

People

**41,211** likes

People Also Like

Willis   Musician/Band

**See more of Official Village People on Facebook**

or



**Official Village People**
@OfficialKingsOfDisco

Posts

 **Official Village People** updated their cover photo.
March 1 at 4:14pm ·



Like    Comment

Jennifer Sherwin, DJ Maynard, Rosemary Ribas and 11 others like this.    Chronological

View 3 more comments

 **David Harris** Damn Victor Willis.
March 1 at 4:42pm

 **Rolyat EdirBcm Einaphets** This is what happens when people abandon their destiny-- VP was a thing that was meant to be (HOW could Victor(the icing on the cake) just walk away form that what ever the deal? How could Randy leave? and where is sweet sweet David? ) I hope they manage to find an agreement, a way for the original VP members to pull it together and get some version of that big money Vegas deal everyone's getting these days...
13 hrs

 **Official Village People** updated their cover photo.
February 27 at 9:21pm ·

Kings Of Disco!
Former members of Village People



You were redirected here from the unofficial Page: **Village People**



**See more of Official Village People on Facebook**

or

Disco, former members of Village People

**Official Village People**
@OfficialKingsOfDisco



Like  Comment

Jim Newman, Jerry Gerard, Jane Kiyonaga and 80 others like this.  Chronological

6 Shares

View 15 more comments

 **Vonceil Natasha Brown** HAPPY VALENTINE'S DAY TO VILLAGE PEOPLE* FEATURING RAY SIMPSON, AND WE LOVE YA VERY MUCH, AND HEALTH WELL!!!!! 💗💜🎶🎵🎶🎵🎶
1 · February 14 at 2:47pm

 **Teresa Crain** Thank you for the love my dear Village People* featuring Ray Simpson. LOVE, Love love back to all of you - ALWAYS. 💗💜💜💜💜
2 · February 15 at 6:21pm

 **Official Village People**
January 23 ·



You were redirected here from the unofficial Page: **Village People**



**See more of Official Village People on Facebook**

or

4/11

2 · February 23 at 3:20am

 **Malte Elpunkt** Fatih Tatlıgün

1 · February 28 at 2:19am

1 Reply

**Official Village People**

@OfficialKingsOfDisco

 **Official Village People** is celebrating New Year's Eve.
December 29, 2017 ·

Wishing all of our Friends, Family & Fans a Happy New Year!
Village People* Featuring Ray Simpson*
The trademark "Village People" is the subject of litigation. There are two groups performing as Village People.

3.5K Views

Like    Comment

Cristel Cristal Ve, Pedro Reis, Dave Rossi and 271 others like this.    Chronological

30 Shares

View previous comments

 **Maria Gonzalez** Hola Village people Feliz Año Nuevo 2018
Saludos bendiciones
    Hello village people happy new year 2018
    Greetings blessings
    Automatically Translated
January 3 at 12:48pm

 **Ryan Julius A. Perez** my fan

1 · January 23 at 3:25am

 **Official Village People**
December 27, 2017 · Varina, VA ·

You were redirected here from the unofficial Page: **Village People**

very safe and Happy New Year but want to let all of you know that Ray, Alex,



**See more of Official Village People on Facebook**

or



**Official Village People**
@OfficialKingsOfDisco

Like    Comment

Pedro Reis, Keith Watson, Mario Carro Casillas and 215 others like this.    Chronological

7 Shares

View 37 more comments

 **Irene Willey** happy new yr eric &vps hope 2018 agood one lots lve irenexxxxx
December 31, 2017 at 12:09am

 **Jay Stefanson** As always we won't stop the music........Australia is with you
1 · January 26 at 12:53pm

 **Kevin Elms**



TENOR

1 · January 28 at 2:31am

 **Official Village People** is celebrating the holidays.
December 19, 2017 ·

Have A Cool Yule!

You were redirected here from the unofficial Page: **Village People**



## See more of Official Village People on Facebook

or

**Official Village People**
@OfficialKingsOfDisco

13 Shares

View 37 more comments


**Lenny Key West** Saw you guys New Year's Eve last year in Palm Springs - it was a blast - YOU are the only VP we'll see!
2 · December 23, 2017 at 7:22am

**Mari Reme Jimenez Garcia** Os deseo FELIZ NAVIDAD de corazón. Muchas gracias por hacerme feliz en vuestros conciertos. Y VILLAGE PEOPLE solo sois VOSOTROS!!! Espero veros pronto!
December 23, 2017 at 1:57pm


**Official Village People**
December 18, 2017 ·

All You Need Is Love! Congratulations to all of our friends & fans in Australia 💜
Village People* Featuring Ray Simpson
*The trademark "Village People" is the subject of litigation.
There are two groups performing as Village People.
#70s #entertainment #icons #TMZ #music

4.6K Views

Like    Comment

Ali Babar, Mario Carro Casillas, Felipe Rose and 241 others like this.    Chronological

39 Shares

View 30 more comments


**Barb Vandyke** Totally awesome. The best Boy Band EVER! Great harmony. Great voices! I love you guys. THE One and ONLY Village People!

You were redirected here from the unofficial Page: **Village People**

Maria Kearney Love you guys.


Formerly VILLAGE PEOPLE

**See more of Official Village People on Facebook**

or



Like    Comment

Daniele Vanni, Official Village People, Marianne Merlot and 785 others like this.

200 Shares

View previous comments

**Official Village People**
@OfficialKingsOfDisco

 Cristina Fanjul Andrea Alonso Rodrigo Metropoli 2018
December 17, 2017 at 1:23pm

1 Reply

**Official Village People** shared Jim Newman's post.
December 7, 2017 ·

#Villagepeople #entertainers #legends #cantstopwontstop



You were redirected here from the unofficial Page: Village People



See more of Official Village People on Facebook

or

**Official Village People**
@OfficialKingsOfDisco

 **Official Village People**
December 7, 2017 ·

To our dear and loyal fans, let us reiterate that Alex, Felipe, Ray, Eric, Bill and Jim are not the group performing in Australia. We still look and sound great. Please don't judge us by what you are now seeing and reading. We are sorry if anyone has been deceived. #villagepeople, #villagestrong



Like    Comment

Daniele Vanni, James Zeigler, Theo Juliet and 115 others like this.    Chronological

19 Shares

View previous comments

 **Rowan Greaves** I saw the imposters (aka Victor's Village Idiots) last night, having bought tickets thinking that it was for you guys. It was a car crash. Mercifully, it was brief. And when Victor was off stage the poor guys he has recruited tried their hardest. Howev... See More
2 · December 14, 2017 at 10:24pm

 **Kylie Bean** They were so bad me any my kids were so disappointed, singing was bad they looked like they didn't want to be there thank god KC and the sunshine band blew every one away to make up for woeful village ppl 😊
2 · December 17, 2017 at 9:12pm · Edited

You were redirected here from the unofficial Page: **Village People**



**See more of Official Village People on Facebook**

or

 Scott Scheinhaus I have seen and I Believe. I want to see again.
1 · December 5, 2017 at 4:32pm

 Cássio Henrique Sorry, Victor Willis! You're a legend, but the "real" VP resembles a Bogus Deep Purple in 1980!

(sorry for my bad english, im brazilian)
2 · December 6, 2017 at 3:14pm

**Official Village People**
@OfficialKingsOfDisco

**Official Village People**
December 2, 2017 ·

We are Kings Of Disco, former members of Village People. 2018 tour dates coming soon!



 Like    Comment

James Smart, Sergio Mc Mahan Salas, Ilky Cook and 555 others like this.    Chronological

56 Shares

View previous comments

 Daniel Cherry San Francisco , Please,,,
1 · December 20, 2017 at 8:57am

 Janice Pliszczak Are you the group performing on the 2019 disco cruise?
December 28, 2017 at 12:10pm

**Official Village People**
November 23, 2017 · Varina, VA ·

We are thankful for you and you and all of our loyal friends and fans. Don't

You were redirected here from the unofficial Page: **Village People**



**See more of Official Village People on Facebook**

or

**Official Village People**
@OfficialKingsOfDisco

4 Shares

View 19 more comments

 **Elizabeth Reichmann** I'm thankful for having you guys as part of my life!!!!!!!!
1 · November 27, 2017 at 11:29am · Edited

 **Official Village People**    We are especially thankful for you.
November 27, 2017 at 8:28am

 **April Magri** So I take it that the Village people as we know them are no longer the Village people now?
December 1, 2017 at 12:55pm

View 1 more reply

 **Official Village People**    We know that this is confusing to our Fans however right now Victor Willis has put together his own band nonetheless we are still performing & will post our new 2018 dates soon.
December 7, 2017 at 10:32am

See More

**See more of Official Village People on Facebook**

or