

**Sarah M. Matz**
Partner
sarah@adelmanmatz.com
Dir: (646) 650-2213

March 14, 2018

*Counsel for Defendants may appear by phone (landline only, please). They should contact Emily in my chambers to make arrangements (914-390-4271).*

**VIA ECF AND E-MAIL**

The Hon. Judge Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom: 621
White Plains, NY 10601-4150
chambersnysdseibel@nysd.uscourts.gov

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

3/15/18

Re:   *Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al.* 7:17-cv-06513-CS

Hon. Judge Seibel:

We represent the Defendants in the above referenced action. We received an email from Mrs. Willis today notifying us that she intends to seek a temporary restraining order this Friday, March 16, 2018 at 9:30 am.

We write to respectfully request that the undersigned be allowed to appear telephonically for this hearing on Friday, March 16, 2018. As set forth in our letter dated March 13, 2018, both Mr. Adelman and myself are traveling on business this week out of state, in Austin, Texas for a conference, and will not be back in New York until after Friday. *See* Dckt. No 124.

As such, to the extent that the application is presented on Friday, March 16, 2018, we request that we be allowed to appear telephonically.

We appreciate the Court's time and consideration, and should Your Honor need any further information or if the Court would like to discuss any of the above, we are available telephonically at the Court's convenience.

Respectfully Submitted,

ADELMAN MATZ P.C.

Sarah M. Matz, Esq.

**Adelman Matz P.C.**
Phone: (646) 650-2207 • Fax: (646) 650-2108

Mailing:
1173A Second Avenue, Suite 153
New York, New York 10065

Office:
780 Third Avenue, 14th Floor
New York, New York 10017

Case 7:17-cv-06513-CS   Document 126   Filed 03/15/18   Page 2 of 2
Case 7:17-cv-06513-CS   Document 125   Filed 03/14/18   Page 2 of 2

MARCH 14, 2018
PAGE 2 OF 2

Cc.     (*Via ECF and E-Mail*)
Counsel for Plaintiff
Karen Willis