# Exhibit A

screenshot-www.instagram.com-2018.03.19-10-41-35
https://www.instagram.com/officialvillagepeople/
19.03.2018

Instagram

Log in

**Sorry, this page isn't available.**

The link you followed may be broken, or the page may have been removed. Go back to Instagram.

ABOUT US    SUPPORT    BLOG    PRESS    API    JOBS    PRIVACY    TERMS                                    © 2018 INSTAGRAM

*screenshot-twitter.com-2018.03.19-10-42-31*
*https://twitter.com/villagepeople*
*19.03.2018*



Exhibit B

screenshot-www.facebook.com-2018.03.19-10-45-31
https://www.facebook.com/officialvillagepeople
19.03.2018

**facebook**  Sign Up                                            Join or Log Into Facebook ▾

## This page isn't available

The link you followed may be broken, or the page may have been removed.



Go back to the previous page · Go to News Feed · Visit our Help Center

English (US)  Español  Français (France)  中文(简体)  العربية  Português (Brasil)  Italiano  한국어  Deutsch  हिन्दी  日本語  +

Sign Up    Log In    Messenger    Facebook Lite    Mobile    Find Friends    People    Pages    Places    Games    Locations    Celebrities    Marketplace    Groups
Recipes    Sports    Look    Moments    Instagram    Local    About    Create Ad    Create Page    Developers    Careers    Privacy    Cookies    Ad Choices▷    Terms
Help

Facebook © 2018

Exhibit C

screenshot-www.facebook.com-2018.03.19-10-46-31
https://www.facebook.com/OfficialKingsOfDisco/
19.03.2018



# Exhibit D

screenshot-www.facebook.com-2018.03.19-10-49-02
https://www.facebook.com/OfficialKingsOfDisco/
19.03.2018



# Exhibit E

screenshot-www.facebook.com-2018.03.19-12-49-19
https://www.facebook.com/pg/OfficialKingsOfDisco/posts/
19.03.2018



# Exhibit F

screenshot-www.facebook.com-2018.03.19-12-39-48
https://www.facebook.com/officialvictorwillis/posts/1622917161128968
19.03.2018



**Victor Willis** ✔
March 7 at 1:03pm · ♥

NOTICE TO VILLAGE PEOPLE FANS, AGENTS, PROMOTERS, AND
VENUES: Here is the District Court ruling against the former Village People
members (Sixuvus) denying their request to continue performing live under
a group name they do not own, and performing music they did not record
nor write. The truth of the matter is, Village People is owned by Henri
Belolo (Can´t Stop Productions/Scorpio Music) France, always has, and
the former members know this.

However, they attempted to make the ridiculous (Naked Licensing) claim
that somehow they now own the Village People name because they have
been performing my music for 30 years. They even recruited former
members David Hodo and Randy Jones (named in the official Sixuvus
court witness list) to assist them, and still lost. David Hodo went so far as
to post a petition at his Facebook page (what a loser).

As everyone will see in the court's ruling, the former members are outright
liars! Can't Stop owns Village People, my wife owns the Village People
exclusive license, I wrote the lyrics to all of our biggest hits and recorded
each and every hit without any of the former members on any of those
records with me. Jacques, Henri and I used professional background
singers to perform behind me on all my Village People recordings. And
that's the truth. Sorry to have to break this to fans, but many already knew.
That's simply how it was done during the disco era.

The bottom line is, it's our (Can't Stop/Harlem West Ent.) group, and our
music (I own 33%--50% of the Village People music catalog). WE OWN IT,
including the Village People characters (trade dress, etc.). And the former
members think I don't have the right to return to sing my own music in a
group I co-founded and who's voice is heard on all the hits, not Ray
Simpson). They're out-right mad. The former members didn't keep the
Village People music alive. My Village People music kept them alive and
their pockets lined. They had a great run but now it's over and they must
move on as i did years ago.

But I warned them not to take on my wife and Can't Stop on this issue. You
can't stop the return of a group's original lead singer and writer, no matter
how much time has passed. So, the former members should stop lying to
their handful of fans about how they have the right to continue after so
many years. Their license was terminated effective June 1, 2017. They're
finished!

Again, its our music and group. We own it, not the former members. But
regardless of the stunts they pulled (while being driven off the cliff by Ray
Simpson) we wish the former members well. #OneVillagePeople

http://www.villagepeople.com/legal.html

# VILLAGE PEOPLE ®

See more of Victor Willis on Facebook

| Log In | or | Create New Account |

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▾
Facebook © 2018