ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, NY 10065
Phone: (646) 650-2207

*Attorneys for Defendants/Counterclaim Plaintiffs/Appellants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X----------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

Case No.: 7:17-cv-06513-CS

Plaintiff,

-against-                                        **NOTICE OF APPEAL**

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE,
JAMES F. NEWMAN, RAYMOND SIMPSON,
and WILLIAM WHITEFIELD,

Defendants.
X----------------------------------------------------X

PLEASE TAKE NOTICE, that Sixuvus, Ltd., Eric Anzalone, Alexander Briley, Felipe

Rose, James F. Newman, Raymond Simpson, and William Whitefield, defendants in the above

named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the

Orders denying Defendants' motion for a preliminary injunction entered in this action on

February 16, 2018 and March 6, 2018.

Dated: New York, New York          Respectfully submitted,
         March 19, 2018             ADELMAN MATZ P.C.


By: _____
      Sarah M. Matz, Esq.
1173A Second Avenue, Suite 153
New York, New York 10065
T: (646) 650-2207
F: (646) 650-2108
sarah@adelmanmatz.com
*Attorneys for Defendants/Counterclaim
Plaintiffs/Appellants*

To:   Stewart L. Levy, Esq.
      Eisenberg Tanchum & Levy
      707 Westchester Avenue
      White Plains, New York 10604
      *Counsel for Plaintiff*

      Robert S. Besser, Esq.
      Law Offices of Robert S. Besser
      17383 Sunset Blvd., #A-350
      Pacific Palisades, California 90272
      *Counsel for Plaintiff*

      Karen Willis d/b/a Harlem West Entertainment
      220 West G Street, Suite E
      San Diego, California 92101
      *Plaintiff-Intervenor Pro Se*