Karen L. Willis, J.D.
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

March 19, 2018

**VIA EMAIL**

The Hon. Judge Cathy Seibel
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

**REPLY TO EMERGENCY REQUEST FOR MODIFICATION OF TRO**

Dear Hon. Judge Seibel:

The Sixuvus and their counsel continue to prove that the Court cannot believe a word coming out of either of their mouths. The truth of the matter is, with respect to the official Village People Facebook page and other social media, the page still clearly state "OfficialVillagePeople." The Sixuvus has simply added the name "The Kings of Disco" to "OfficialVillagePeople." What is worse, they are currently directing the official Village People facebook to the Kings of Disco, when means that when people search Official Village People, the Kings of Disco will show up as "Official Village People.

This is yet another level of the Sixuvus trickery and backdoor use of the Village People mark. Unless the court get tough with them by modifying the Order especially with respect to their connecting The Kings of Disco with the Official Village People URL, the Sixuvus will continue their infringement, passing-off, and public confusion. Accordingly, the court should modify the order as requested.

2

Respectfully submitted,

Karen L. Willis, J.D.