UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

                        Plaintiff,

   -against-

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE,
JAMES F. NEWMAN, RAYMOND SIMPSON,
and WILLIAM WHITEFIELD,

                       Defendants.
----------------------------------------------------------X

**ORDER**

17-CV-6513 (CS)

Seibel, J.

      Intervenor Karen Willis d/b/a Harlem West Entertainment submitted a letter via e-mail requesting that the Court sanction Defendants and modify the March 16, 2018 temporary restraining order ("TRO"). (Doc. 132.) The parties have since filed numerous letters. (Docs. 129, 130, 133, 134.) The Court does not regard Defendants as in violation of the TRO, and does not believe that sanctions or modification of the TRO is necessary. The Clerk of Court is respectfully directed to terminate the pending motion. (Doc. 132.)

SO ORDERED.

DATED:  March 20, 2018
              White Plains, New York

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE