UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Can't Stop,

                          Plaintiffs,                    **O R D E R**

      - against -

                                                       7:17 Civ. 06513 (CS)

Sixuvus,

                          Defendants.
----------------------------------------------------------X

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

      SO ORDERED.

Dated: White Plains, New York
       March 28, 2018

                                                         _____
                                                         CATHY SEIBEL, U.S.D.J.