EISENBERG TANCHUM & LEVY LLP
NEW YORK | WHITE PLAINS

TELEPHONE: (212) 599-0777
TELECOPIER: (212) 599-0770

335 MADISON AVENUE, 9TH FLOOR707 WESTCHESTER AVENUE
NEW YORK, NEW YORK 10017WHITE PLAINS, NEW YORK 10604

April 27, 2018

**Email - chambersnysdseibel@nysd.uscourts.gov**
Hon. Judge Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: Can't Stop Productions, Inc. v. Sixuvus, Ltd., et al.
    Civil Action No. 17 cv. 06513(CS) (LMS)

Dear Judge Seibel:

  I am one of the attorneys for Can't Stop Productions, Inc. ("Can't Stop"), the plaintiff in the above-captioned action (the "Action").

  The Action was settled on March 28, 2018, at a mediation session held that day before Magistrate Judge Smith and its terms are memorialized in the transcript of the proceedings (the "Transcript"). Magistrate Judge Smith instructed the parties to incorporate the terms set forth in the Transcript into a written settlement agreement and noted that "If there are a few details which remain potentially unresolved [in the course of drafting a written document], then you call me, you come back and we will iron out those details." (see page 47 of the Transcript, a copy of which is annexed hereto as Exhibit A).

  This Court, having received the report of Magistrate Judge Smith that the claims in the Action had been settled, on March 28, 2018 ordered that the Action, subject to one proviso, be "discontinued with prejudice but without costs." That proviso was that the Court gave Can't Stop, the plaintiff in the Action, the right to restore the Action to the Court's calendar upon letter application submitted within the thirty-day period for restoration. A copy of the Court's order is annexed hereto as Exhibit B.

**EISENBERG TANCHUM & LEVY LLP**

   Can't Stop does **not** wish to restore the Action to the calendar. In fact, Can't Stop and the Sixuvus Defendants have agreed on a written settlement document which memorializes the terms agreed upon at the March 28th mediation session and which appear in the Transcript. It is my understanding, however, that the Intervenor in the Action, Karen Willis, doing business as Harlem West Entertainment, has a dispute over Internet usage which has prevented the full execution of the written settlement agreement.

   Under the circumstances, Can't Stop requests that the Court clarify that the terms of the settlement are those set forth in the Transcript, that the Action has been discontinued with prejudice, and that any disputes among the parties are to be brought to the attention of the Court (Smith, Magistrate Judge) which retains continuing jurisdiction over any disputes concerning the provisions of the settlement.

   Gary Adelman and Sarah Matz, the attorneys for the Sixuvus Defendants, join in this request.

Respectfully submitted,

*/s/ Stewart L. Levy*

Stewart L. Levy

cc: Hon. Lisa M. Smith (email)

   Gary Adelman, Esq. (email)
   Sarah Matz, Esq. (email)
   Adelman Matz, P.C.
   780 Third Avenue
   New York, New York 10017

   Karen Willis (email)

Exhibit A

SEALED PROCEEDINGS

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
     CAN'T STOP PRODUCTIONS, INC.,
 3
                 Plaintiff,
 4
            v.                              17 Civ. 6513(CS)
 5
     SIXUVUS, LTD., et al.,
 6
                 Defendants.
 7

 8          v.

 9   KAREN WILLIS, doing business
     as Harlem West Entertainment,
10
                 Intervenor.
11   ------------------------------x
                                            United States Courthouse
12                                          White Plains, N.Y.
                                            March 28, 2018
13

14   Before:

15
                    THE HONORABLE LISA M. SMITH,
16                     United States Magistrate Judge

17

18

19   EISENBERG, TANCHUM & LEVY
            Attorneys for Plaintiff
20   BY:    STEWART L. LEVY

21
     ADELMAN, MATZ, P.C.
22          Attorneys for Defendants
     BY:    GARY PHILIP ADELMAN
23          SARAH MATZ

24   KAREN WILLIS, Pro Se Intervenor

25
```

Angela O'Donnell, RPR, 914-390-4025

SEALED PROCEEDINGS

1       THE COURT: Good. All right.

2       MS. WILLIS: If I do that, I'm not agreeing to this.

3       THE COURT: Ms. Willis, we understand that. We
4  understand that. We have.

5       MS. WILLIS: Okay.

6       THE COURT: We have a record. I have the specifics
7  written down that we discussed. This will be incorporated into
8  a written settlement agreement. You'll have plenty of
9  opportunity to discuss it at length and in detail with
10 Mr. Levy, and similarly, Mr. Levy and Mr. Adelman will have
11 plenty of time to review it if there's language that needs to
12 be tweaked to make sure it incorporates the spirit of what
13 we've been talking about. I'm sure that we can work that out.
14 If there are a few details which remain potentially unresolved,
15 then you call me, you come back and we will iron out those
16 details.

17      MR. ADELMAN: Is it --

18      MS. WILLIS: Good. And you know the settlement is
19 confidential, and I'm not agreeing that (indiscernable)
20 statement, the statements to the media is completely -- it's
21 confidential. I want to make sure they understand that.

22      THE COURT: That's a new wrinkle.

23      MS. WILLIS: Well (indiscernable) --

24      THE COURT: That's a completely new wrinkle. You
25 know from the Me Too movement that the issue of confidential

Angela O'Donnell, RPR, 914-390-4025

50

SEALED PROCEEDINGS

1           Thank you very much.  Thank you for making yourself
2   available, Ms. Willis.
3           MS. WILLIS:  Thank you.
4           MR. LEVY:  Thank you.
5           THE COURT:  All right.  We're adjourned.
6           MR. ADELMAN:  Thank you, Judge.
7           (Proceeding concluded)
8   CERTIFICATE:  I hereby certify that the foregoing is a true and
    accurate transcript, to the best of my skill and ability, from
9   my stenographic notes of this proceeding.
    _____
10  Angela A. O'Donnell, RPR, Official Court Reporter, USDC, SDNY
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Angela O'Donnell, RPR, 914-390-4025

Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Can't Stop,

                       Plaintiffs,        **ORDER**

      - against -

                                     7:17 Civ. 06513 (CS)

Sixuvus,

                       Defendants.
-------------------------------------------------------X

Seibel, J.

     It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

     SO ORDERED.

Dated: White Plains, New York
          March 28, 2018

                                                      _Cathy Seibel_
                                              CATHY SEIBEL, U.S.D.J.