The period set forth below is extended 14 days, to May 11, 2018. The parties should contact Judge Smith about resolving the open issues.

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

4/27/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Can't Stop,

                     Plaintiffs,

      - against -

Sixuvus,

                     Defendants.
----------------------------------------------------------X

**O R D E R**

7:17 Civ. 06513 (CS)

Seibel, J.

     It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

     SO ORDERED.

Dated: White Plains, New York
       March 28, 2018

*Cathy Seibel*
_____
CATHY SEIBEL, U.S.D.J.