**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  
**Hon. Lisa Margaret Smith**  
United States Magistrate Judge

May 1, 2018

## SCHEDULING NOTICE

The matter of <u>Can't Stop Productions, Inc. v. Sixuvus Ltd., et al.</u>, 17-cv-06513 (CS) (LMS), has been scheduled for an in-person status conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **Wednesday, May 2, 2018, at 2:15 p.m., in Courtroom 520.** Intervenor Karen Willis is to appear by telephone and should call chambers at said time.

*Please note: counsel seeking to reschedule an appearance must have all parties on the line prior to contacting chambers.*

SO ORDERED: _____  
Hon. Lisa Margaret Smith  
U.S.M.J.