# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                        May 2, 2018
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## RE-SCHEDULING NOTICE

The matter of <u>Can't Stop Productions, Inc. v. Sixuvus Ltd., et al.</u>, 17-cv-06513 (CS) (LMS), has been *re-scheduled* from an in-person status conference on Wednesday, May 2, 2018, at 2:15 p.m., before the Hon. Lisa Margaret Smith, United States Magistrate Judge, to an in-person status conference on **Friday, May 4, 2018, at 12:00 p.m., in Courtroom 520.**

Intervenor Karen Willis is to appear by telephone and should call chambers at said time.

*Please Note: Counsel seeking to reschedule an appearance must have all parties on the line prior to contacting Chambers.*

SO ORDERED: /s/ Lisa Margaret Smith
Hon. Lisa Margaret Smith
U.S.M.J.