**MANDATE**

N.Y.S.D. Case #
17-cv-6513(CS)

## UNITED STATES COURT OF APPEALS
### for the
### SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of April, two thousand and eighteen,

_____

Karen Willis, DBA Harlem West Entertainment,

       Intervenor - Appellee,

Can't Stop Productions, Inc,

       Plaintiff-Counter-Defendant,

v.

Eric Anzalone, Alexander Briley, Sixuvus, Ltd, Raymond Simpson, James F. Newman, Felipe Rose, William Whitefield,

       Defendants-Counter-Claimants - Appellants.

v.

_____

**ORDER**
Docket Number: 18-760

```
┌─────────────────────────────────────┐
│ USDC SDNY                           │
│ DOCUMENT                            │
│ ELECTRONICALLY FILED                │
│ DOC #:   _____            │
│ DATE FILED: May 23, 2018            │
└─────────────────────────────────────┘
```

A notice of appeal was filed on March 19, 2018. Appellant's Form C and D were due April 2, 2018. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective April 25, 2018 if the forms are not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

*Catherine O'Hagan Wolfe*

**MANDATE ISSUED ON 05/23/2018**