UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

                                             Case No.: 7:17-cv-06513 (CS) (LMS)

            Plaintiffs,

   v.                                  **NOTICE OF MOTION**

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE, JAMES
F. NEWMAN, RAYMOND SIMPSON, and
WILLIAM WHITEFIELD,

            Defendants.
X------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law dated May 25, 2018, the Declaration of Gary Adelman dated May 25, 2018, with the exhibits annexed thereto, Adelman Matz P.C., will move this Court before the Honorable Lisa M. Smith, United States Magistrate Judge for the Southern District of New York, at the United States Courthouse, 300 Quarropas St. White Plains, NY 10601-4150, for an order enforcing the settlement agreement between the parties, and such other and further relief as this Court deems just and proper.

Dated: New York, New York               ADELMAN MATZ P.C.
       May 25, 2018

                                               By: _____
                                                 Sarah M. Matz, Esq.
                                                 Gary Adelman, Esq.
                                                 1173A Second Avenue, Suite 153
                                                 New York, New York 10065
                                                 Tel: (646) 650-2207
                                                 Email: sarah@adelmanmatz.com
                                                 Email: g@adelmanmatz.com

To:   *All parties via ECF with unredacted copies via E- Mail and FedEx*