Exhibit 10

screenshot-www.facebook.com-2018.05.25-17-16-18
https://www.facebook.com/OfficialKingsOfDisco/
25.05.2018



screenshot-www.facebook.com-2018.05.25-17-22-14
https://www.facebook.com/OfficialKingsOfDisco/
25.05.2018





Cassio Henrique Sorry, Victor Willis. You're a legend, but the "real" VP resembles a Bogus Deep Purple in 1980!

(sorry for my bad english, im brazilian)

24w

See more of Kings Of Disco on Facebook

Log In          or          Create New Account

screenshot-www.facebook.com-2018.05.25-17-21-52
https://www.facebook.com/OfficialKingsOfDisco/
25.05.2018



screenshot-www.facebook.com-2018.05.25-17-21-23
https://www.facebook.com/OfficialKingsOfDisco/
25.05.2018



screenshot-www.facebook.com-2018.05.25-17-21-09
https://www.facebook.com/OfficialKingsOfDisco/
25.05.2018



screenshot-www.facebook.com-2018.05.25-17-20-58
https://www.facebook.com/OfficialKingsOfDisco/
25.05.2018



screenshot-www.facebook.com-2018.05.25-17-20-44
https://www.facebook.com/OfficialKingsOfDisco/
25.05.2018



screenshot-www.facebook.com-2018.05.25-17-20-32
https://www.facebook.com/OfficialKingsOfDisco/
25.05.2018



screenshot-www.facebook.com-2018.05.25-17-20-18
https://www.facebook.com/OfficialKingsOfDisco/
25.05.2018



screenshot-www.facebook.com-2018.05.25-17-20-06
https://www.facebook.com/OfficialKingsOfDisco/
25.05.2018



screenshot-www.facebook.com-2018.05.25-17-19-51
https://www.facebook.com/OfficialKingsOfDisco/
25.05.2018



screenshot-www.facebook.com-2018.05.25-17-19-25
https://www.facebook.com/OfficialKingsOfDisco/
25.05.2018



screenshot-www.facebook.com-2018.05.25-17-19-11
https://www.facebook.com/OfficialKingsOfDisco/
25.05.2018



screenshot-www.facebook.com-2018.05.25-17-18-50
https://www.facebook.com/OfficialKingsOfDisco/
25.05.2018

