ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, New York 10065
Tel: (646) 650-2207
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

                Plaintiffs,

-against-                                        Index No.: 7:17-cv-06513
                                                       (CS) (LMS)
SIXUVUS, LTD., ERIC ANZALONE, ALEXANDER
BRILEY, FELIPE ROSE, JAMES F. NEWMAN,
RAYMOND SIMPSON, and WILLIAM
WHITEFIELD,

                Defendants.
X------------------------------------------------------------X

## CERTIFICATE OF SERVICE

JOHN WERNER, pursuant to 28 U.S.C. § 1746, certifies under the penalty of perjury as follows: that on the 25th day of May, 2018, a true and accurate unredacted copies of the following **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS MOTION TO ENFORCE THE SETTLEMENT AGREEMENT; AND EXHIBITS 2-9 AND 11 OF THE DECLARATION OF GARY ADELMAN**; was served within the time permitted by the court rules, as follows:

    By depositing the above, enclosed in a wrapper, into the custody of FedEx for prepaid overnight delivery, addressed to the following at the addresses set forth below:

    Stewart Levy, Esq.
    Eisenberg Tanchum & Levy LLP
    707 Westchester Avenue, Suite 300
    White Plains, New York 10604

Karen L. Willis
220 West G Street, Suite E.
San Diego, CA 92101
(619) 206-5311

By electronic mail addressed to the following at the address set forth below:

Slevy@Etllaw.com
Karen@harlemwestentertainment.com

I certify under penalty of perjury, that the foregoing is true and correct.

Executed on May 25, 2018 in New York, New York.

_____
JOHN J. WERNER III