UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X--------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

                     Plaintiffs,

-against-

SIXUVUS, LTD., ERIC ANZALONE, ALEXANDER BRILEY, FELIPE ROSE, JAMES F. NEWMAN, RAYMOND SIMPSON, and WILLIAM WHITEFIELD,

                     Defendants.
X--------------------------------------------------X

Case No.: 7:17-cv-06513 (CS) (LMS)

**DECLARATION OF GARY ADELMAN IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT**

GARY ADELMAN, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury, as follows:

1. I am an attorney for the Defendants in this action and submit this declaration in further support of Defendants' motion.

2. Annexed hereto as Exhibit 12 is a disk containing a true and correct copy of the recording of the hearing held in front of the Hon. Lisa M. Smith on March 28, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2018, in New York, New York.

_____
GARY ADELMAN

1