UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X--------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

                              Case No.: 7:17-cv-06513-CS

                Plaintiffs,

-against-

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE,
JAMES F. NEWMAN, RAYMOND
SIMPSON, and WILLIAM WHITEFIELD,

                Defendants.
X--------------------------------------------------X

## DECLARATION OF FELIPE ROSE IN FURTHER SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT

Felipe Rose, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury, as follows:

1. I am a defendant in the within action. The facts stated herein are true and correct and of my own personal knowledge and if called and sworn as a witness, I could and would testify competently thereto under oath.

2. I submit this declaration in further support of Defendants motion to enforce the settlement agreement in this case.

3. I agree to the terms of the settlement agreement that were agreed to on the record at the March 28, 2018 settlement conference.

4. Without divulging any privileged communications, I can also confirm that I did receive a copy of the written draft of the settlement agreement that reflected the terms of the

settlement agreed to on the record, and spoke with my prior counsel at Adelman Matz P.C., about it in April of 2018 at the time it was being exchanged.

5. I support Defendants' motion to enforce the settlement agreement that was filed.

6. Even though I may not continue to perform with Sixuvus, that has no bearing on the fact that I agreed to and will abide by the terms of the settlement agreement personally.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2018, in the state of New Jersey, in Neptune. .

_____Felipe Rose_____ *Felipe Rose* (signature)
Felipe Rose

2

Scanned by CamScanner