Docket and File



# Hill Wallack LLP
Attorneys at Law

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 main | 609.452.1888 fax

www.hillwallack.com

WRITER'S DIRECT DIAL: (609) 734-4459

Wednesday, July 11, 2018

**VIA EMAIL**

All Counsel on Attached Service List

    **RE:**  CAN'T STOP PRODUCTIONS, INC. V. SIXUVUS, LTD. ET AL
          Civil Case Docket No. 7:17-cv-06513-CS (SDNY)

Dear Counsel,

    This firm has been retained by Felipe Rose to represent him in his personal capacity with respect to the above litigation in which he is a named defendant. Mr. Rose has advised me of the status of the litigation and I have reviewed what is available publicly on the docket report via ECF/Pacer. The public record indicates that the case was terminated on March 28, 2018, as it was reported to the Court that the matter had settled. (Docket Entry No. 140). However, among other filings, a motion was made by intervenor Karen Willis d/b/a Harlem West Entertainment on May 3, 2018 (Docket Entry No. 146) and a motion to enforce the settlement by the defendants on May 25, 2018 (Docket Entry Nos. 149-153). There have been various other filings of note post-termination, including a letter declaration filed on July 9, 2018 by Ms. Willis (Docket Entry No. 164).

    I would ask that effective immediately all communications concerning Mr. Rose be sent to me and that no attempts be made to contact him directly. In addition, as Adelman Matz P.C. is currently named attorney of record for Mr. Rose per ECF, a Substitution of Attorney will be forthcoming.

    I am currently out of the office this afternoon, but I will be available tomorrow to speak directly with anyone. In the meantime, please feel free to forward any email to me.

Very truly yours,

RICHARD A. CATALINA, JR.

RAC:ds

Princeton, NJ | Cedar Knolls, NJ | Yardley, PA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/18

## SERVICE LIST

CAN'T STOP PRODUCTIONS, INC. V. SIXUVUS, LTD. ET AL
Civil Case Docket No. 7:17-cv-06513-CS
Southern District of New York (White Plains)

Robert Stephen Besser, Esq.
Law Offices of Robert S. Besser
17383 Sunset Blvd, Suite A-350
Pacific Palisades, CA 90272
(310)-394-6611
Fax: (310)-394-6612
Email: rsbesser@aol.com
Attorney for plaintiff Can't Stop Productions, Inc.

Stewart L. Levy, Esq.
Eisenberg Tanchum & Levy
707 Westchester Avenue.
White Plains, NY 10604
212-599-0777
Fax: 212-599-0770
Email: slevy@etllaw.com
Attorney for plaintiff Can't Stop Productions, Inc.

Gary Philip Adelman
Adelman Matz P.C.
1173A Second Ave, Ste 153
NY, NY 10065
(646) 650-2207
Fax: (646) 650-2108
Email: g@adelmanmatz.com
Attorney for Sixuvus, Ltd.

Sarah Michal Matz
Adelman Matz P.C.
1173A Second Ave, Ste 153
NY, NY 10065
(646) 650-2207
Fax: (646)650-2108
Email: sarah@adelmanmatz.com
Attorney for Sixuvus, Ltd.

Karen Willis d/b/a Harlem West Entertainment
*Pro Se*
Email: karen@harlemwestentertainment.com



&lt;karen@harlemwestentertainment.com&gt;

07/11/2018 07:43 PM

To &lt;chambersnysdseibel@nysd.uscourts.gov&gt;, &lt;chambersnysdsmith@nysd.uscourts.gov&gt;

cc

bcc

Subject Fw: Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al, Civil Case Docket No. 7:17-cv-06513-CS (SDNY)

1 attachment



L-Counsel_2018-07-11 (06215036xA1E35).pdf

Your honors, please see attached.

Karen Willis

**From:** Richard A. Catalina, Jr.
**Sent:** Wednesday, July 11, 2018 1:15 PM
**To:** rsbesser@aol.com ; slevy@etllaw.com ; g@adelmanmatz.com ; sarah@adelmanmatz.com ; karen@harlemwestentertainment.com
**Cc:** Richard A. Catalina, Jr.
**Subject:** Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al, Civil Case Docket No. 7:17-cv-06513-CS (SDNY)

Counsel,

This firm has been retained by Felipe Rose regarding the above matter. Please see the attached letter. I will be in the office on tomorrow and Friday to discuss further.

Thank you for your cooperation.

Regards,

Richard

Richard A. Catalina, Jr., Esq.
609-734-4459 *voice*
609-452-1888 *fax*
rcatalina@HillWallack.com | vCard
www.hillwallack.com



Hill Wallack LLP
Attorneys at Law

IMPORTANT NOTICE: This message and any attachments contain confidential or

privileged information and/or legal advice which is intended only for the use of the intended recipients of this message.
If you are not the intended recipient of this message, please notify the sender by return email, and delete this and all copies of this message and any attachments from your system.  Any unauthorized disclosure, use, distribution or reproduction of this message or any attachments is prohibited and may be unlawful.  We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses.

IRS CIRCULAR 230 DISCLOSURE: Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments)is not intended or written to be used, and cannot be used or relied upon by you or any other person,for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.