HILL WALLACK LLP
21 Roszel Road
Princeton, New Jersey 08540
Phone: 609.924.0808

*Attorneys for Defendant Felipe Rose*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAN'T STOP PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>    -against-<br><br>SIXUVUS, LTD., ERIC ANZALONE, ALEXANDER BRILEY, FELIPE ROSE, JAMES F. NEWMAN, RAYMOND SIMPSON, and WILLIAM WHITEFIELD,<br><br>    Defendants.<br><br>KAREN L. WILLIS dba HARLEM WEST ENTERTAINMENT,<br><br>    Intervenor. | **NOTICE OF APPEARANCE**<br><br>Case No. 7:17-cv-06513-CS |

**PLEASE TAKE NOTICE** that HILL WALLACK LLP hereby appears in the above-entitled action on behalf of Defendant Felipe Rose and demands that all notices and papers concerning this proceeding be served upon the undersigned at the address given below.

Dated: Princeton, New Jersey
       Tuesday, July 17, 2018

HILL WALLACK LLP

By:  /*Eric I. Abraham*/
     Eric I. Abraham
21 Roszel Road
Princeton, New Jersey 08540
Phone: 609.924.0808
Email: eabraham@hillwallack.com

*Attorneys for Defendant Felipe Rose*

To:  All Counsel of Record via ECF