Karen L. Willis, J.D.
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

October 26, 2018

**VIA EMAIL**

The Hon. Judge Cathy Seibel                                           17-CV-6513
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

**LETTER OF INQUIRY RE MOTION TO ENFORCE**

Dear Hon. Judge Seibel:

    I am the Intervenor in the case of Can't Stop v. Sixuvus, Ltd. In certain situations motions are deemed DENIED if more than 120 days has lapsed since the time in which the motion was fully briefed.

    Here, the Sixuvus, Ltd., filed a motion to enforce an alleged settlement agreement which is approaching, if not already surpassed, 120 days.

    Accordingly, Intervenor would simply like to know if the court intends to issue an order related to the motion. The purpose of this is my intent to file an independent complaint immediately upon any ruling on the motion.

Respectfully submitted,

Karen L. Willis

As I understand it, Magistrate Judge Smith is preparing a Report and Recommendation on the motion to enforce. I will rule on any objections thereto that are timely filed. I also understand the Magistrate Judge Smith will call the parties in to discuss the serious issues raised in Mr. Levy's recent letter.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.                    10/29/18