**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  　　　　　　　　　　　　　　　　　　　October 30, 2018
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## SCHEDULING NOTICE

The matter of <u>Can't Stop Productions, Inc. v. Sixuvus, Ltd., et al.</u>, 17-cv-6513 (CS)(LMS), has been scheduled for an in-person status conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **Friday, November 9, 2018, at 12:00 p.m.**, **in Courtroom 520.**

*Please note: counsel seeking to reschedule an appearance must have all parties on the line prior to contacting chambers.*

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.