EISENBERG TANCHUM & LEVY LLP
NEW YORK | WHITE PLAINS

TELEPHONE: (212) 599-0777
TELECOPIER: (212) 599-0770

335 MADISON AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10017

707 WESTCHESTER AVENUE
WHITE PLAINS, NEW YORK 10604

November 5, 2018

**Email - ChambersNYSDSmith@nysd.uscourts.gov**
Hon. Magistrate Judge Lisa Margaret Smith
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Can't Stop Productions, Inc. v. Sixuvus, Ltd., et al.
      17 Civ. 06513 (CS)(LMS)

Dear Magistrate Judge Smith:

I am the attorney for Can't Stop Productions, Inc., the plaintiff in the above-captioned action.

In contemplation of the status conference ordered by the Court to be held on Friday, November 9, 2018 at 12:00 p.m. in Courtroom 520, request is hereby made for permission to bring to the conference an I-pad and projector. (The request form is attached hereto)

In my October 25, 2018 letter to the Court (Seibel, J.) I requested a conference before the Court to discuss the manner in which the Sixuvus defendants have been using the Village People trademarks during the pendency of the current motion to determine whether a settlement agreement has been entered into in this action. I suggested that the Court's analysis of footage available on the Internet of two Sixuvus concerts might be helpful in assisting the parties in this dispute. You have, in response, scheduled the conference.

I believe it may be helpful if at the conference I can project the two pieces of concert footage so that all those present will have a better view of them. For this reason, I ask for permission to bring the I-pad and projector.

Respectfully submitted,

Stewart L. Levy

EISENBERG TANCHUM & LEVY LLP

cc:    Gary Adelman, Esq. (email)
       Adelman Matz, P.C.
       780 Third Avenue
       New York, New York 10017
       (Attorneys for Defendants)

       Karen Willis (email)
       (Attorney pro se for Intervenor)

       Eric I. Abraham, Esq.
       Hill Wallack LLP
       21 Roszel Road
       Princeton, New Jersey 08540 (email)
       eabraham@hillwallack.com
       (Attorney for Defendant Felipe /Rose)