

GARY ADELMAN
PARTNER
G@ADELMANMATZ.COM
DIR: (646) 650-2198

November 7, 2018

<u>VIA ECF</u>
<u>AND E-MAIL</u>

Hon. Judge Lisa M. Smith
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom: 520
White Plains, NY 10601-4150
chambersNYSDSmith@nysd.uscourts.gov

    Re:   *Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al.* 7:17-cv-06513-CS

Hon. Judge Smith:

    As you know, we represent the Defendants Sixuvus, Ltd., Eric Anzalone, Alexander Briley, James Newman, Raymond Simpson and William Whitefield in the above referenced action. We write in connection with the status conference ordered by the Court to be held on Friday, November 9, 2019 at 12:00 p.m. in Courtroom 520, to specifically request permission to bring to the conference a phone and a laptop. The request form is attached.

    We were under the impression that this was a Status Conference, but we would like to bring a laptop, in the event that we need to show the Court anything in the discussions.

    We appreciate the Court's time and consideration, should Your Honor need any further information, we are available at the Court's convenience.

                                      Respectfully Submitted,

                                      ADELMAN MATZ P.C.

                                      Gary Adelman, Esq.

---

ADELMAN MATZ P.C.
PHONE: (646) 650-2207 • FAX: (646) 650-2108

MAILING:
1173A SECOND AVENUE, SUITE 153
NEW YORK, NEW YORK 10065

OFFICE:
780 THIRD AVENUE, 14TH FLOOR
NEW YORK, NEW YORK 10017

Cc.   (*Via ECF*)  
Counsel for Plaintiff  
Karen Willis  
Counsel for Defendant Felipe Rose  

(*Via E-Mail*)  
Richard A. Catalina, Jr. (rcatalina@HillWallack.com)