



**GARY ADELMAN**
PARTNER
G@ADELMANMATZ.COM
DIR: (646) 650-2198

November 16, 2018

**VIA EMAIL w/o enclosure**
**AND FEDEX**

Hon. Judge Lisa M. Smith
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom: 520
White Plains, NY 10601-4150
chambersNYSDSmith@nysd.uscourts.gov

    Re:    *Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al.* 7:17-cv-06513-CS

Hon. Judge Smith:

    As you know, we represent the Defendants Sixuvus, Ltd., Eric Anzalone, Alexander Briley, James Newman, Raymond Simpson and William Whitefield in the above referenced action. Enclosed, please find a DVD of the two Kings of Disco performances as requested during the November 9, 2018 Status Conference. Both videos can be accessed through the folder titled "Video."

    We also attach some helpful information for viewing the first hour long video performance and two pictures of the current Village People from their Facebook page. The information should not be construed as a response to Mr. Levy's letter, even though some of the information reference's it. We are providing this information to correct some of the items he mentioned in the letter. This is solely for informational purposes and we are not asking Your Honor to agree or disagree with the enclosed or make any ruling based on it.

    If Your Honor need any further information, we are available at the Court's convenience.

                            Respectfully Submitted,

                            ADELMAN MATZ P.C.

                            Gary Adelman, Esq.

**ADELMAN MATZ P.C.**
PHONE: (646) 650-2207 • FAX: (646) 650-2108

MAILING:
1173A SECOND AVENUE, SUITE 153
NEW YORK, NEW YORK 10065

OFFICE:
780 THIRD AVENUE, 14TH FLOOR
NEW YORK, NEW YORK 10017

*NOVEMBER 16, 2018*
*PAGE 2 OF 2*

Cc.     (Via Email w/o enclosure)
        Counsel for Plaintiff (slevy@etllaw.com)
        Karen Willis (karen@harlemwestentertainment.com)
        Counsel for Defendant Felipe Rose
        Richard A. Catalina, Jr. (rcatalina@HillWallack.com)