

**GARY ADELMAN**
PARTNER
G@ADELMANMATZ.COM
DIR: (646) 650-2198

Opposition is due no later than December 14, 2018, with reply,
if any, due no later than December 20, 2018.

November 26, 2018

11/28/18    SO ORDERED:    _Lisa Margaret Smith_
                          Hon. Lisa Margaret Smith
                          U.S.M.J.

**VIA ECF**

Hon. Judge Lisa M. Smith
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom: 520
White Plains, NY 10601-4150
chambersNYSDSmith@nysd.uscourts.gov

     Re:    *Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al.* 7:17-cv-06513-CS

Hon. Judge Smith:

As you know, we represent defendants Sixuvus, Ltd., Eric Anzalone, Alexander Briley, James Newman, Raymond Simpson and William Whitefield (collectively the "Sixuvus Defendants") in the above referenced action. We write this letter to respectfully request Your Honor's guidance as to when the Sixuvus Defendants' opposition to Intervener's motion [Dckt. No. 178], which was filed today, would be due.

In accordance with 2.A the Court's Individual Practices, a pre-motion conference letter is usually required, and the Court would set a briefing schedule at such a conference. Here, as that was not done, and as the Sixuvus Defendants do not want to make assumptions, we are writing to request guidance from the Court as to whether Your Honor intends to set a briefing schedule for opposition and replies for this motion or whether we should treat the opposition as being due in 14 days in accordance with FRCP 6 and Local Rule 6.1(b)(2).

We appreciate the Court's time and consideration in this matter and if Your Honor needs any further information, we are available at the Court's convenience.

     Respectfully Submitted,

     ADELMAN MATZ P.C.

     Gary Adelman, Esq.

---

**ADELMAN MATZ P.C.**
PHONE: (646) 650-2207 • FAX: (646) 650-2108
MAILING:                           OFFICE:
1173A SECOND AVENUE, SUITE 153      780 THIRD AVENUE, 14TH FLOOR
NEW YORK, NEW YORK 10065            NEW YORK, NEW YORK 10017

Cc.      (*Via ECF*)
         Counsel for Plaintiff
         Karen Willis

         (*Via Email*)
         Eric I. Abraham, Esq. (eabraham@hillwallack.com)
         Richard A. Catalina, Jr., Esq. (rcatalina@hillwallack.com)
         *Counsel for defendant Felipe Rose*