## DECLARATION OF KAREN L. WILLIS
## IN SUPPORT OF MOTION FOR RECUSAL

I, Karen L. Willis, declare the following:

1. That I am the Intervenor in the case of Can't Stop v. Sixuvus.
2. That I make this declaration in support of the motion for recusal of Judge Smith in deciding the Sixuvus motion to enforce.
3. That everything stated in the motion for recusal, and subsequent reply, is true and correct to the best of my recollection.
4. That I was under duress, pressured, and frightened into agreeing to a settlement in the case of Can't Stop v. Sixuvus after Judge Smith threatened to malign my character before Judge Cathy Seibel if I did not listen to her and settle the case.
5. That I was afraid if Judge Smith made good on her threat to tell Judge Seibel the things she warned she'd say about me, Judge Seibel would come to dislike me for being characterized as an obstructionist, attempting to micromanage the Sixuvus performances, and wanting things that at the end of the day, could not be obtained even if I won every aspect of the case.
6. That I believed, and still believe the things threatened by Judge Smith to be communicated about me, are false, and not supported by the record, or law.
7. But that I believed the reporting of such false information about me to Judge Seibel would malign me and damage my reputation before that judge, so I sought to prevent it.
8. That as a result, I agreed to a settlement, not because I really wanted to settle, but because I was afraid that if I did not settle, I would be maligned before Judge Seibel resulting in damage my reputation that would make it difficult for me to continue the case, absent a settlement.
9. That I did not seek recusal sooner because I, as well as, Can't Stop's counsel believed that Judge Seibel, not Judge Smith, would be deciding the Sixuvus motion to force a settlement and that Can't Stop's counsel Bob Besser communicated this to me.
10. That it wasn't until Judge Seibel stated on the record that actually Judge Smith would be deciding the motion, not her, did I know this information and subsequently sought recusal within a timely manner after gaining knowledge.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

This __19th__ day of December 2018

_____
Karen L. Willis
Intervenor