ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, New York 10065
Tel: (646) 650-2207
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

               Plaintiffs,

-against-                                  Index No.: 7:17-cv-06513
                                               (CS) (LMS)

SIXUVUS, LTD., ERIC ANZALONE, ALEXANDER
BRILEY, FELIPE ROSE, JAMES F. NEWMAN,
RAYMOND SIMPSON, and WILLIAM
WHITEFIELD,

               Defendants.
X------------------------------------------------------------X

## CERTIFICATE OF SERVICE

JOHN WERNER, pursuant to 28 U.S.C. § 1746, certifies under the penalty of perjury as follows: that on the 4th day of February, 2019, a true and accurate unredacted copies of the following **THE SIXUVUS DEFENDANTS' OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE HONORABLE LISA M. SMITH;** was served within the time permitted by the court rules, as follows:

      By depositing a true and correct copy of the above, enclosed in a plain, post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, to be delivered via first class mail, addressed to the following at the address set forth after each name:

      Stewart Levy, Esq.
      Eisenberg Tanchum & Levy LLP
      707 Westchester Avenue, Suite 300
      White Plains, New York 10604

Karen L. Willis
220 West G Street, Suite E.
San Diego, CA 92101

Eric I Abraham, Esq.
Richard Catalina, Esq.
Hill Wallack LLP
21 Roszel Road
Princeton, New York 08540

By electronic mail addressed to the following at the address set forth below:

Slevy@Etllaw.com
Karen@harlemwestentertainment.com
rcatalina@hillwallack.com
eabaraham@hillwallack.com

I certify under penalty of perjury, that the foregoing is true and correct.

Executed on February 4, 2019 in New York, New York.

_____
JOHN J. WERNER III