

**Sarah M. Matz**
Partner
sarah@adelmanmatz.com
Dir: (646) 650-2213

February 4, 2019

**VIA ECF AND E-MAIL**

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom: 621
White Plains, NY 10601-4150
chambersnysdseibel@nysd.uscourts.gov

  Re: *Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al.* 7:17-cv-06513-CS

Hon. Judge Seibel:

  We represent defendants Sixuvus, Ltd., Eric Anzalone, Alexander Briley, James Newman, Raymond Simpson and William Whitefield (collectively the "Sixuvus Defendants") in the above referenced action. We write pursuant to 1.A of the Court's Individual Practices, in connection with the Sixuvus Defendants' Objections to the Report and Recommendation of the Hon. Judge Lisa M. Smith recommending that the Court deny the Sixuvus Defendants' Motion to enforce the Settlement Agreement (the "Objections") that are being filed today. Specifically, we respectfully request that the Court issue an order allowing the Sixuvus Defendants to temporarily file the un-redacted copies of the Sixuvus Defendants' Objections under seal.

  At the March 28, 2018 Settlement Conference, Intervenor requested the Settlement Agreement be confidential, which was mutually agreed to with one exception as also agreed to on the record. Because of this, the Sixuvus Defendants previously filed certain parts of their moving and reply papers that discussed or reflected specific terms of the Settlement Agreements in redacted form on ECF and under seal pursuant to the permission of Judge Smith. Additionally, Judge Smith's Report and Recommendation was similarly published in redacted form on ECF.

  As such, the Sixuvus Defendants Objections to said Report and Recommendation that are being filed on ECF, which discuss or reflect specific terms of the Settlement Agreement or redacted parts Report and Recommendation, are redacted.

  We respectfully request that the Sixuvus Defendants be allowed to file un-redacted copies of their Objections under seal. Furthermore, to the extent that the Court requires a more specific showing, the defendants respectfully request that any party, such as Intervenor, who wishes for any of these materials to remain under seal be allowed to file a letter motion identifying those materials

**Adelman Matz P.C.**
Phone: (646) 650-2207 • Fax: (646) 650-2108

| Mailing: | Office: |
|---|---|
| 1173A Second Avenue, Suite 153 | 780 Third Avenue, 14th Floor |
| New York, New York 10065 | New York, New York 10017 |

and providing the reasons for permeant sealing with in accordance with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

Judge Smith granted similar requests to temporarily seal parts of Defendants' moving and reply papers on June 6, 2018 and June 21, 2018. [Dckt. Nos. 153 and 162].

We appreciate the Court's time and consideration, and should Your Honor need any further information, we are available at the Court's convenience.

        Respectfully Submitted,

        ADELMAN MATZ P.C.

        Sarah M. Matz, Esq.

Cc.   (*Via ECF*)
      Counsel for Plaintiff
      Karen Willis

      (*Via Email*)
      Eric I. Abraham, Esq. (eabraham@hillwallack.com)
      Richard A. Catalina, Jr., Esq. (rcatalina@hillwallack.com)
      *Counsel for defendant Felipe Rose*