

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

WRITER'S DIRECT DIAL: (609) 734-4459

Tuesday, February 05, 2019

**VIA ECF and EMAIL** (chambersNYSDSeibel@nysd.uscourts.gov)

Hon. Cathy Seibel, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom: 621
White Plains, NY 10601-4150

      **RE:** CAN'T STOP PRODUCTIONS, INC. v. SIXUVUS, LTD. ET AL
           Civil Case No. 7:17-cv-06513-CS (SDNY)

Dear Judge Seibel,

    This firm represents defendant Felipe Rose, individually, in the above matter. Mr. Rose joins in the Objections [Dckt. No. 185] filed late yesterday by defendants Sixuvus, Ltd., Eric Anzalone, Alexander Briley, James F. Newman, Raymond Simpson, and William Whitefield (collectively, Mr. Rose and the additional aforementioned defendants, the "Defendants") to the Report and Recommendation [Dckt. No. 183] dated January 18, 2019 by the Honorable Lisa M. Smith, United States Magistrate Judge for the Southern District of New York (the Report and Recommendation), recommending that Defendants' Motion to Enforce the Settlement Agreement [Dckt. No. 149, etc.] be denied.

    For the reasons set forth in the Objections, as well as the reasons set forth in Defendants' prior moving papers, Mr. Rose respectfully requests that the Court reject the Report and Recommendation and grant Defendants' Motion to Enforce the Settlement Agreement, together with such other and further relief as this Court may deem just and proper.

                                          Respectfully submitted,

                                          /s/ *Eric I. Abraham*
                                          ERIC I. ABRAHAM

EIA:ds
All Counsel via ECF