UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Can't Stop Productions, Inc.,

                        Plaintiff,

                                            **NOTICE OF COURT CONFERENCE**

    -against-

                                            7:17-CV-06513 (CS)

Sixuvus, Ltd., et al.,

                        Defendant.
-------------------------------------------------------x

A Status conference is scheduled for **March 29, 2019 at 11:30 a.m.** before the Hon. Cathy Seibel at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, Courtroom 621.

                                        /s/ Walter Clark, Courtroom Deputy

Dated:   March 12, 2019
             White Plains, New York