UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
Can't Stop Productions, Inc.,

                      Plaintiff(s),

                                    Notice of Change of Date and
                                        Time of Conference

        -against-

                                         7:17-CV-06513 (CS)

Sixuvus, Ltd., et al.,

                      Defendant(s).
---------------------------------------------------------

The Status conference previously scheduled before this Court for **March 29, 2019 at 11:30 a.m.** will be held on **April 17, 2019 at 10:00 a.m.** at the United States Courthouse, 300 Quarropas St., White Plains, NY 10601.

                                            /s/ Walter Clark, Courtroom Deputy

Dated: March 12, 2019
        White Plains, New York