UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
CAN'T STOP PRODUCTIONS, INC.,

                  Plaintiff,

- against -

SIXUVUS, LTD., ERIC ANZALONE, ALEXANDER
BRILEY, FELIPE ROSE, JAMES F. NEWMAN,
RAYMOND SIMPSON and WILLIAM WHITEFIELD,

                  Defendants.
----------------------------------------------------------------------x

**ORDER**

No. 17-CV-6513 (CS)

Seibel, J.

      On February 4, 2019, Defendants filed objections, (Doc. 185), to Magistrate Judge Lisa Margaret Smith's Report and Recommendation, (Doc. 183). On March 13, 2019, the Court issued an Opinion and Order, (Doc. 196), addressing these objections, filed it under seal, and provided it to the parties by email. The parties are ordered to confer and provide the Court with proposed redactions to the Opinion and Order by a joint letter submitted no later than Wednesday, March 27, 2019. In the meantime, the decision will remain temporarily under seal.

SO ORDERED.

DATED: March 13, 2019
       White Plains, New York

                                              _____
                                              UNITED STATES DISTRICT JUDGE