March 27, 2019

**VIA ECF**

Hon. Judge Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom: 621
White Plains, NY 10601-4150
chambersNYSDSeibel@nysd.uscourts.gov

    Re:   *Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al.* 7:17-cv-06513-CS

Hon. Judge Seibel:

    The undersigned counsel for the parties, plaintiff Can't Stop Productions, Inc., defendants Sixuvus, Ltd., Eric Anzalone, Alexander Briley, James Newman, Raymond Simpson, William Whitefield and Felipe Rose, along with pro se Intervenor Karen Willis in the above referenced action respectfully submit this joint letter pursuant to Your Honor's Order dated March 13, 2019 [Dckt. 197].

    The parties have conferred, and no party has any proposed redactions to this Court's Opinion and Order dated March 13 [Dckt. 196].

    We appreciate the Court's time and consideration in this matter.

                                Respectfully Submitted,

EISEINBERG TANCHUM & LEVY LLP        ADELMAN MATZ P.C.

_____                    _____
Stewart L. Levy, Esq.                                 Sarah M. Matz, Esq.

                                                       HILL WALLACK LLP

_____                    _____
Karen Willis, J.D.                                       Richard A. Catalina, Jr., Esq.