AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CAN'T STOP PRODUCTIONS, INC.<br><br>*Plaintiff(s)*<br>v.<br>SIXUVUS, LTD, ET. AL.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 7:17-CV-06513-CS<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SEE ATTACHED RE AMENDED SUMMONS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> KAREN L. WILLIS, J.D.
> 220 WEST G STREET, SUITE E.
> SAN DIEGO, CA. 92101
> (619) 206-5311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

**ATTACHMENT TO AMENDED SUMMONS** (7:17-CV-06513-CS)

**TO THE FOLLOWING DEFENDANTS:**

1. **Sixuvus, Ltd.**
   c/o Adelman Matz
   1173A Second Avenue, Suite 153
   New York, NY. 10065

2. **Felipe Rose**
   c/o Hill Wallack
   21 Roszel Road, P.O. Box 5226,
   Princeton NJ 08543-5226

3. **Alexander Briley**
   c/o Adelman Matz
   1173A Second Avenue, Suite 153
   New York, NY. 10065

4. **Raymond Simpson**
   c/o Adelman Matz
   1173A Second Avenue, Suite 153
   New York, NY. 10065

5. **Eric Anzalone**
   2587 Lakeshore Cir.
   Port Charlotte, FL. 33952

6. **James F. Newman**
   c/o Adelman Matz
   1173A Second Avenue, Suite 153
   New York, NY. 10065

7. **William Whitefield**
   c/o Adelman Matz
   1173A Second Avenue, Suite 153
   New York, NY. 10065

8. **Red Entertainment Agency**
   505 8th Avenue, Suite 1004
   New York, NY. 10018

9. **Pennsylvania Horticultural Society**
   100 North 20th Street
   Philadelphia, PA. 19103

**A LAWSUIT HAS BEEN AMENDED AGAINST EACH OF YOU. SEE ATTACHED AMENDED SUMMONS.**