# UNITED STATES DISTRICT COURT
для the
Southern District of New York

| | |
|---|---|
| CAN'T STOP PRODUCTIONS, INC. <br><br> *Plaintiff(s)* <br> v. <br> SIXUVUS, LTD, ET. AL. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 7:17-CV-06513-CS ) ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>KAREN L. WILLIS, J.D.
>220 WEST G STREET, SUITE E.
>SAN DIEGO, CA. 92101
>(619) 206-5311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

## ATTACHMENT TO SUMMONS
### 7:17-CV-06513-CS

**TO THE FOLLOWING DEFENDANTS:**

1. **Red Entertainment Agency**
   505 8th Avenue, Suite 1004
   New York, NY. 10018
2. **Pennsylvania Horticultural Society**
   100 North 20th Street
   Philadelphia, PA. 19103
3. **Facebook, Inc.**
   1 Hacher Way
   Menlo Park, CA. 94025
4. **Mewes Entertainment Group**
   Friedrich-Ebert-Damm 145
   22047 Hamburg, Germany
5. **Universal Attractions Agency, Inc.**
   15 West 36th Street, 8th Fl.
   New York, NY. 10018
6. **Celebrity Direct Entertainment, Inc.**
   2587 Lakeshore Cir.
   Port Charlotte, FL. 33952
7. **Andrew Pacho**
   37 West 26th St. 9th Fl.
   New York, NY. 10010
8. **Texan Theatre**
   102 E. Houston Street
   Houston, TX. 77327

**A LAWSUIT HAS BEEN FILED AGAINST EACH OF YOU. SEE ATTACHED SUMMONS.**