Karen L. Willis, J.D.
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

April 30, 2019

**VIA EMAIL**

The Hon. Judge Cathy Seibel
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

Ms. Willis may attend by phone. She shall provide my courtroom deputy (Walter Clark, 914-390-4077) with a landline number where she can be reached at 2:30 pm east coast time on Thursday.

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

5/1/19

**REQUEST TO MAKE TELEPHONIC APPEARANCE**

Dear Hon. Judge Seibel:

    My schedule has suddenly changed which now require that I be in Los Angeles on Friday May 3rd. There are no available flights to get me back from New York to San Diego in time. Therefore, I am requesting to appear telephonically at the status conference hearing.

Respectfully submitted,

Karen L. Willis