**EXHIBIT A**



REITLER KAILAS & ROSENBLATT LLC

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022-4834
Tel: (212) 209-3050
Fax: (212) 371-5500

**Princeton**
4 Independence Way, Suite 120
Princeton, NJ 08540
Tel: (609) 514-1500
Fax: (609) 514-1501

EIN: 13-3850679                    www.reitlerlaw.com

**INVOICE**
January 1, 2018

Harlem West Entertainment
c/o Karen Willis
2400 Alpine Blvd #109
Alpine, CA 92101

**REMITTANCE INSTRUCTIONS**

**WIRE TRANSFERS:**
Bank: Bank of America
350 Fifth Avenue
New York, New York
ABA: 026 009593
ACH: 021000322
SWIFT: BOFAUS3N
Account Name: **Reitler Kailas & Rosenblatt LLC Operating Account**
Account Number: **94177 14659**

**CHECKS:**
Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, NY 10022-4834

Please identify your check or wire transfer with the following numbers:
Invoice No. 858129
Client Code: 7368

---

For Legal Services Rendered through 12/31/17
CLIENT: **7368 - Harlem West Entertainment**

| Matter | Fees | Expenses | Total |
|---|---|---|---|
| 01 - Sixuvus dispute | 53,170.00 | 240.55 | $53,410.55 |
| Total Due This Invoice | | | $53,410.55 |

Prepaid Balance: $0.00

Please pay invoice within 30 days of receipt.

Client Ref:    7368 - 01  
Invoice No. 858129

January 1, 2018  
Page 2

Re:    7368-01  
Sixuvus dispute

## Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/17 | BDC | Multiple calls with Karen and Stewart; review court order. | 0.90 | 495.00 |
| 12/02/17 | BDC | Telephone Karen 5x(.4); review order (.2); email with Karen, Levy, (.3); telephone Levy (.3). | 1.20 | 660.00 |
| 12/03/17 | BDC | Multiple calls with Karen; telephone and email Stewart; email team re: T.R.O modification application. | 1.70 | 935.00 |
| 12/04/17 | JW | Review emails from B. Caplan and K. Willis; Office discussions with B. Caplan and R. Clarida; Phone calls with K. Willis and Sal Michaels; Review answer and counterclaims; Review preliminary injunction and TRO motion papers; Draft S. Michaels affidavit; Office discussion with B. Caplan regarding draft affidavit. | 5.50 | 1,512.50 |
| 12/04/17 | RWC | Meet with B. Caplan; call with Client re: OTSC. | 1.30 | 715.00 |
| 12/04/17 | RWC | Research/draft brief re: intervention. | 3.70 | 2,035.00 |
| 12/04/17 | BDC | Telephone Karen multiple times; telephone and email Stewart Levy (3x); review Sixuvus motion papers; revise draft affidavits; lawyer meeting to strategize TRO and motion to intervene; review Sixuvus answer and license contract. | 4.50 | 2,475.00 |
| 12/04/17 | EPG | Conferring re: legal issues relating to contemplated motion to intervene in new Federal action. | 0.30 | 157.50 |
| 12/05/17 | JW | Email K. Willis; Office discussions with B. Caplan. | 0.20 | 55.00 |
| 12/05/17 | RWC | Research/draft brief and counterclaim. | 6.80 | 3,740.00 |
| 12/05/17 | BDC | Calls with Karen; review draft affidavits; attorney meetings re: motion to intervene and relief sought; telephone Stewart Levy; emails with Levy, Besser; review 2009 Preliminary injunction order and settlement. | 2.40 | 1,320.00 |
| 12/06/17 | BVB | Research whether an injunction can be vacated for failure to include an indispensable party. Edit memorandum of law | 1.10 | 330.00 |
| 12/06/17 | JW | Office discussions with B. Caplan and R. Clarida; Review emails and narratives from K. Willis; Draft K. Willis declaration and related office discussions with B. Caplan; Email client; Review draft brief and office discussions with B. Van Benthysen and B. Caplan regarding legal research. | 6.50 | 1,787.50 |
| 12/06/17 | RWC | Research/draft brief and counterclaim. | 7.90 | 4,345.00 |

Client Ref:    7368 - 01  
Invoice No. 858129

January 1, 2018  
Page 3

## Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/06/17 | BDC | Review and revise affidavits; draft complaint; memo of law; telephone and emails with Karen; email Levy and Adelman. | 4.80 | 2,640.00 |
| 12/07/17 | BVB | Research procedure for filing OTSC. research standard for mandatory injunction | 1.20 | 360.00 |
| 12/07/17 | JW | Multiple phone calls with K. Willis; Revise and finalize K. Willis Declaration and prepare exhibits thereto; Draft B. Caplan Declaration and exhibits thereto; Prepare Order to Show Cause; Revise brief and proposed pleading; Finalize Sal Michaels' Declaration and related email correspondence and phone calls with S. Michaels; Finalize all motion papers and supporting documents. | 7.90 | 2,172.50 |
| 12/07/17 | JAR | Production of all papers in support of order to show cause. | 1.60 | 320.00 |
| 12/07/17 | RWC | Draft/revise brief and pleading; call with Client. | 6.00 | 3,300.00 |
| 12/07/17 | RWC | Finalize papers; prepare for hearing. | 1.60 | 880.00 |
| 12/07/17 | BDC | Review and revise brief, pleading, order to show cause, Karen's affidavit; my declaration; review of new exhibits of violations of TRO; prep for oral argument; telephone and email Karen, telephone Levy, Adelman. | 4.70 | 2,585.00 |
| 12/08/17 | JW | Office discussions with B. Caplan regarding results of hearing; Review email to client regarding hearing outcome. | 0.30 | 82.50 |
| 12/08/17 | RWC | Prepare and attend intervention hearing. | 5.50 | 3,025.00 |
| 12/08/17 | RWC | Meet with B. Caplan re: revised TRO. | 0.70 | 385.00 |
| 12/08/17 | BDC | Attendance at court in White Plains; oral argument/hearing on TRO. | 6.30 | 3,465.00 |
| 12/09/17 | BDC | Calls with Karen re: court appearance and TRO; review transcript of oral argument; emails with Karen. | 1.20 | 660.00 |
| 12/10/17 | BDC | Call with Karen; follow up with Clarida. | 0.60 | 330.00 |
| 12/11/17 | RWC | Draft letter to Court re: defendant violation of modified TRO. | 1.50 | 825.00 |
| 12/11/17 | RWC | Review/edit modified TRO language. | 0.40 | 220.00 |
| 12/11/17 | JW | Prepare notices of appearance for R. Clarida and B. Caplan; Review draft letter to Judge. | 0.20 | 55.00 |
| 12/11/17 | BDC | Letter to Clarida outlining arguments; review proposed order; emails Karen and Clarida; review emails from opposing counsel. | 1.20 | 660.00 |
| 12/12/17 | RWC | Call with B. Caplan; redline proposed new TRO; email with Client. | 1.60 | 880.00 |
| 12/12/17 | RWC | Calls with Client and S. Matz. | 1.40 | 770.00 |

Client Ref: 7368 - 01  
Invoice No. 858129  
January 1, 2018  
Page 4

## Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/12/17 | JW | File Notices of Appearance for R. Clarida and B. Caplan. | 0.30 | 82.50 |
| 12/12/17 | BDC | Follow up emails with Clarida. | 0.30 | 165.00 |
| 12/13/17 | RWC | Emails with graphic designer, Client, adversary; review redline TRO. | 1.90 | 1,045.00 |
| 12/13/17 | JW | Office discussions with R. Clarida; Review social media sites to ascertain whether and how Sixuvus complied or failed to comply with Judge's modified TRO. | 0.60 | 165.00 |
| 12/14/17 | BDC | Review motion for contempt/sanctions; review multiple emails; telephone Clarida re: strategy. | 1.10 | 605.00 |
| 12/14/17 | RWC | Review revised TRO and pre-motion letter; emails with Client and graphic artist. | 2.70 | 1,485.00 |
| 12/15/17 | RWC | Draft letter to Court; emails with Client re: fixing online material. | 3.70 | 2,035.00 |
| 12/15/17 | RWC | Revise letter; prepare/attend court conference. | 5.20 | 2,860.00 |
| 12/21/17 | JW | Prepare stipulation and proposed order to substitute out as counsel and permit K. Willis to proceed pro se, and draft supporting affidavit of B. Caplan; Email correspondence with K. Willis; Office discussions with B. Caplan. | 1.80 | 495.00 |
| 12/22/17 | JW | Phone calls with White Plains clerk and pro se clerk regarding filing of motion/stipulation to withdraw. | 0.20 | 55.00 |

## Summary of Services

| Atty | | Rate | Hours | Amount |
|---|---|---|---|---|
| BVB | Brett Van Benthysen | 300.00 | 2.30 | 690.00 |
| BDC | Brian D. Caplan | 550.00 | 30.90 | 16,995.00 |
| EPG | Edward P. Grosz | 525.00 | 0.30 | 157.50 |
| JW | Julie Wlodinguer | 275.00 | 23.50 | 6,462.50 |
| JAR | Jessica A. Rodriguez | 200.00 | 1.60 | 320.00 |
| RWC | Robert W. Clarida | 550.00 | 51.90 | 28,545.00 |
| | | | 110.50 | $53,170.00 |

## Disbursements

| Date | Expenses | Amount |
|---|---|---|
| | COPY/SCAN/PRINT thru 12/31/17 | 59.20 |
| | TELEPHONE thru 12/31/17 | 0.52 |
| | MISCELLANEOUS CLIENT DISBURSEMENTS thru 12/31/17 | 169.83 |
| | TRAVEL, TAXI AND TRANSPORTATION thru 12/31/17 | 11.00 |
| | | $240.55 |

Client Ref:    7368 - 01  
Invoice No. 858129

January 1, 2018  
Page 5

|  |  |
|---|---|
| Total Due This Invoice | $53,410.55 |



REITLER KAILAS & ROSENBLATT LLC

**INVOICE**
January 1, 2018

Harlem West Entertainment
c/o Karen Willis
2400 Alpine Blvd #109
Alpine, CA 92101

EIN: 13-3850679                                    www.reitlerlaw.com

## REMITTANCE INSTRUCTIONS

**WIRE TRANSFERS:**
Bank: Bank of America
350 Fifth Avenue
New York, New York
ABA: 026 009593
ACH: 021000322
SWIFT: BOFAUS3N
Account Name: **Reitler Kailas & Rosenblatt LLC Operating Account**
Account Number: **94177 14659**

**CHECKS:**
Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, NY  10022-4834

Please identify your check or wire transfer with the following numbers:
Invoice No.  858129
Client Code: 7368

---

**REMITTANCE COPY**

Matter Name:    Sixuvus dispute
Matter Code:    01

Total Fees                               53,170.00

Total Expenses                              240.55

Total Due This Invoice                  $53,410.55

Amount Enclosed:                    $_____