**EXHIBIT B**

# CROWNE PLAZA
## WHITE PLAINS - DOWNTOWN

06-24-19

**Karen Willis**
9115 Judicial Dr
San Diego CA 92122-4617
United States

Folio No. :
A/R Number :
Group Code :
Company :
Membership No. :
Invoice No. :

Room No. : 1011
Arrival : 01-23-18
Departure : 02-07-18
Conf. No. : 68976083
Rate Code : IDARP
Page No. : 1 of 5

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 01-23-18 | | Room# 1011 : CHECK# 36807 | | |
| 01-23-18 | | Room# 1011 : CHECK# 36808 | | |
| 01-23-18 | Room Service Dinner - Food | Room# 1011 : CHECK# 33118 | 96.77 | |
| 01-23-18 | Accommodation | | 308.00 | |
| 01-23-18 | State Sales Tax 8.375% | | 25.80 | |
| 01-23-18 | Occupancy Tax 3% | | 9.24 | |
| 01-23-18 | City Tax 3% | | 9.24 | |
| 01-23-18 | Valet Parking | | 24.00 | |
| 01-24-18 | | Room# 1011 : CHECK# 100694 | | |
| 01-24-18 | Accommodation | | 255.00 | |
| 01-24-18 | State Sales Tax 8.375% | | 21.36 | |
| 01-24-18 | Occupancy Tax 3% | | 7.65 | |
| 01-24-18 | City Tax 3% | | 7.65 | |
| 01-24-18 | Valet Parking | | 24.00 | |
| 01-25-18 | | Room# 1011 : CHECK# 100781 | | |
| 01-25-18 | Mix Bar Dinner - Food | Room# 1011 : CHECK# 36906 | 38.54 | |
| 01-25-18 | Accommodation | | 167.00 | |
| 01-25-18 | State Sales Tax 8.375% | | 13.99 | |
| 01-25-18 | Occupancy Tax 3% | | 5.01 | |
| 01-25-18 | City Tax 3% | | 5.01 | |
| 01-25-18 | Parking | | 15.00 | |
| 01-26-18 | Mix Cafe Breakfast - Food | Room# 1011 : CHECK# 100883 | 85.70 | |
| 01-26-18 | | Room# 1011 : CHECK# 100915 | | |
| 01-26-18 | Accommodation | | 149.00 | |
| 01-26-18 | State Sales Tax 8.375% | | 12.48 | |

Crowne Plaza White Plains 66 Hale Avenue White Plains, NY 10601 Tel:(914)682-0050 Fax:(914)682-0405

# CROWNE PLAZA
## WHITE PLAINS - DOWNTOWN

06-24-19

| | | |
|---|---|---|
| **Karen Willis**<br>9115 Judicial Dr<br>San Diego CA 92122-4617<br>United States | Folio No. :<br>A/R Number :<br>Group Code :<br>Company :<br>Membership No. : PC<br>Invoice No. : | Room No. : 1011<br>Arrival : 01-23-18<br>Departure : 02-07-18<br>Conf. No. :<br>Rate Code : IDARP<br>Page No. : 5 of 5 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-06-18 | Parking | 15.00 | |
| 02-07-18 | Visa          XXXXXXXXXXXX7552 | | 1,741.52 |

Thank you for staying with us! Qualifying points for this stay will automatically be credited to your account. Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.

**Total** 4,460.15   4,460.15

**Balance** 0.00   −374.42

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

CC Currency:          Exchange Rate:          Amount:

CC Currency:          Exchange Rate:          Amount:

# CROWNE PLAZA
## WHITE PLAINS - DOWNTOWN

06-24-19

| | | |
|---|---|---|
| **Karen Willis**<br>9115 Judicial Dr<br>San Diego CA 92122-4617<br>United States | Folio No. :<br>A/R Number :<br>Group Code :<br>Company :<br>Membership No. : PC<br>Invoice No. : | Room No. : 1011<br>Arrival : 01-23-18<br>Departure : 02-07-18<br>Conf. No. :<br>Rate Code : IDARP<br>Page No. : 3 of 5 |

| Date | Description | | Charges | Credits |
|---|---|---|---:|---:|
| 01-29-18 | City Tax 3% | | 6.60 | |
| 01-29-18 | Parking | | 15.00 | |
| 01-30-18 | Mix Bar Dinner - Food | Room# 1011 : CHECK# 101186 | 28.42 | |
| 01-30-18 | Accommodation | | 272.00 | |
| 01-30-18 | State Sales Tax 8.375% | | 22.78 | |
| 01-30-18 | Occupancy Tax 3% | | 8.16 | |
| 01-30-18 | City Tax 3% | | 8.16 | |
| 01-30-18 | Parking | | 15.00 | |
| 01-31-18 | Visa | XXXXXXXXXXXX7552 | | 2,718.63 |
| 01-31-18 | ███████ | Room# 1011 : CHECK# 101269 | ████ | |
| 01-31-18 | Accommodation | | 237.00 | |
| 01-31-18 | State Sales Tax 8.375% | | 19.85 | |
| 01-31-18 | Occupancy Tax 3% | | 7.11 | |
| 01-31-18 | City Tax 3% | | 7.11 | |
| 01-31-18 | Parking | | 15.00 | |
| 02-01-18 | Accommodation | | 167.00 | |
| 02-01-18 | State Sales Tax 8.375% | | 13.99 | |
| 02-01-18 | Occupancy Tax 3% | | 5.01 | |
| 02-01-18 | City Tax 3% | | 5.01 | |
| 02-01-18 | Parking | | 15.00 | |
| 02-02-18 | ███████ | Room# 1011 : CHECK# 22970 | ████ | |
| 02-02-18 | ███████ | Room# 1011 : CHECK# 101519 | ████ | |
| 02-02-18 | ███████ | Room# 1011 : CHECK# 101528 | ████ | |
| 02-02-18 | Accommodation | | 140.00 | |
| 02-02-18 | State Sales Tax 8.375% | | 11.73 | |

Crowne Plaza White Plains 66 Hale Avenue White Plains, NY 10601 Tel:(914)682-0050 Fax:(914)682-0405

# CROWNE PLAZA
## WHITE PLAINS - DOWNTOWN

06-24-19

| | | |
|---|---|---|
| **Karen Willis**<br>9115 Judicial Dr<br>San Diego CA 92122-4617<br>United States | Folio No.      :<br>A/R Number  :<br>Group Code  :<br>Company      :<br>Membership No. : PC<br>Invoice No.    : | Room No.   : 1011<br>Arrival      : 01-23-18<br>Departure  : 02-07-18<br>Conf. No.   :<br>Rate Code  : IDARP<br>Page No.   : 4 of 5 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-02-18 | Occupancy Tax 3% | | 4.20 | |
| 02-02-18 | City Tax 3% | | 4.20 | |
| 02-02-18 | Parking | | 15.00 | |
| 02-03-18 | Accommodation | | 149.00 | |
| 02-03-18 | State Sales Tax 8.375% | | 12.48 | |
| 02-03-18 | Occupancy Tax 3% | | 4.47 | |
| 02-03-18 | City Tax 3% | | 4.47 | |
| 02-03-18 | Parking | | 15.00 | |
| 02-04-18 | Accommodation | | 167.00 | |
| 02-04-18 | State Sales Tax 8.375% | | 13.99 | |
| 02-04-18 | Occupancy Tax 3% | | 5.01 | |
| 02-04-18 | City Tax 3% | | 5.01 | |
| 02-04-18 | Parking | | 15.00 | |
| 02-05-18 | Mix Bar Dinner - Food | Room# 1011 : CHECK# 101651 | 28.00 | |
| 02-05-18 | Accommodation | | 184.00 | |
| 02-05-18 | State Sales Tax 8.375% | | 15.41 | |
| 02-05-18 | Occupancy Tax 3% | | 5.52 | |
| 02-05-18 | City Tax 3% | | 5.52 | |
| 02-05-18 | Parking | | 15.00 | |
| 02-06-18 | Room Service Dinner - Food | Room# 1011 : CHECK# 33590 | 53.75 | |
| 02-06-18 | | Room# 1011 : CHECK# 101794 | | |
| 02-06-18 | Accommodation | | 220.00 | |
| 02-06-18 | State Sales Tax 8.375% | | 18.43 | |
| 02-06-18 | Occupancy Tax 3% | | 6.60 | |
| 02-06-18 | City Tax 3% | | 6.60 | |

Crowne Plaza White Plains 66 Hale Avenue White Plains, NY 10601 Tel:(914)682-0050 Fax:(914)682-0405

# CROWNE PLAZA
## WHITE PLAINS - DOWNTOWN

06-24-19

| | | |
|---|---|---|
| **Karen Willis**<br>9115 Judicial Dr<br>San Diego CA 92122-4617<br>United States | Folio No.         :<br>A/R Number    :<br>Group Code    :<br>Company          :<br>Membership No. : PC ▓▓▓▓<br>Invoice No.       : | Room No.  : 1011<br>Arrival         : 01-23-18<br>Departure   : 02-07-18<br>Conf. No.   :<br>Rate Code  : IDARP<br>Page No.   : 2 of 5 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 01-26-18 | Occupancy Tax 3% | | 4.47 | |
| 01-26-18 | City Tax 3% | | 4.47 | |
| 01-26-18 | Parking | | 15.00 | |
| 01-27-18 | ▓▓▓▓ | Room# 1011 : CHECK# 21186 | ▓▓▓▓ | |
| 01-27-18 | Mix Cafe Breakfast - Food | Room# 1011 : CHECK# 100935 | 20.00 | |
| 01-27-18 | ▓▓▓▓ | Room# 1011 : CHECK# 100959 | ▓▓▓▓ | |
| 01-27-18 | ▓▓▓▓ | Room# 1011 : CHECK# 100961 | ▓▓▓▓ | |
| 01-27-18 | Accommodation | | 149.00 | |
| 01-27-18 | State Sales Tax 8.375% | | 12.48 | |
| 01-27-18 | Occupancy Tax 3% | | 4.47 | |
| 01-27-18 | City Tax 3% | | 4.47 | |
| 01-27-18 | Parking | | 15.00 | |
| 01-28-18 | ▓▓▓▓ | Room# 1011 : CHECK# 101001 | ▓▓▓▓ | |
| 01-28-18 | ▓▓▓▓ | Room# 1011 : CHECK# 101013 | ▓▓▓▓ | |
| 01-28-18 | Mix Bar Dinner - Food | Room# 1011 : CHECK# 101018 | 127.71 | |
| 01-28-18 | Mix Bar Dinner - Beer | Room# 1011 : CHECK# 101033 | 8.59 | |
| 01-28-18 | Accommodation | | 167.00 | |
| 01-28-18 | State Sales Tax 8.375% | | 13.99 | |
| 01-28-18 | Occupancy Tax 3% | | 5.01 | |
| 01-28-18 | City Tax 3% | | 5.01 | |
| 01-28-18 | Parking | | 15.00 | |
| 01-29-18 | ▓▓▓▓ | Room# 1011 : CHECK# 101061 | ▓▓▓▓ | |
| 01-29-18 | Accommodation | | 220.00 | |
| 01-29-18 | State Sales Tax 8.375% | | 18.43 | |
| 01-29-18 | Occupancy Tax 3% | | 6.60 | |

Crowne Plaza White Plains 66 Hale Avenue White Plains, NY 10601 Tel:(914)682-0050 Fax:(914)682-0405