**EXHIBIT C**

**From:** Avis
**Sent:** Monday, January 22, 2018 8:28 PM
**To:** KAREN@VICWIL.COM
**Subject:** Reservation Confirmation | John F Kennedy Intl Airport,JFK | 01/23/2018



View In Browser
Add avis@e.avis.com to your Address Book.

Reservations   Locations   Offers   Car Sales   Cars & Services

Please be aware that some tolls in this area may no longer accept cash as a method of payment. By driving through these tolls you will be participating in our e-Toll program by which you will be charged the full toll amount, plus a convenience fee of $3.95 per day, including days when you do not use e-Toll, to a maximum of $19.75 per month.

You can avoid the charge for e-Toll by using your own electronic toll device, or by avoiding cashless tolls and paying all tolls in cash. Read full e-Toll Terms.

## Thank you KAREN, your car has been reserved.

**CONFIRMATION NUMBER**
**07690463US4**

Modify/Cancel This Reservation

**PICK UP**
Tue Jan 23, 2018 at 10:00 PM

**DROP OFF**
Fri Jan 26, 2018 at 10:00 PM

**YOUR CAR**

**ESTIMATED TOTAL**
**$212.42**

| | |
|---|---:|
| Base Rate: | $151.38 |
| Rental Options: | $0.00 |
| $/dy C.r.f. Surcharge: | $1.50 |
| Transp Fac Chg: | $7.50 |

6/24/2019

| | |
|---|---|
| CHEVROLET CRUZE 2/4DR/5PSGR or similar<br>Mileage: Unlimited<br>Automatic Transmission | Concession Fee: $16.82<br>Taxes: $35.22<br><br>View complete summary of charges |

### PICK UP LOCATION

**John F Kennedy Intl Airport, JFK**
305 Federal Circle
Jamaica, NY 11430 US
(1) 718-244-5400
Sun - Sat open 24 hrs

### DROP OFF LOCATION

**John F Kennedy Intl Airport, JFK**
305 Federal Circle
Jamaica, NY 11430 US
(1) 718-244-5400
Sun - Sat open 24 hrs



**Important Message**
Automatic charges for toll roads apply. $3.95 per day, maximum of $19.75 per month.
Read Full e-Toll Terms>>



OFFERS DRIVEN TO YOUR INBOX.
Sign up to receive emails.
SIGN UP NOW



### HELPFUL TIPS

- Please bring your valid driver's license when you pick up the vehicle. If your driver's license is not issued in the US, then you must present your passport in addition to your driver's license.
- A credit card is required in order to pick up the vehicle. Avis accepts most major credit cards. At the time of the rental, we will request an authorization (hold) on your credit card for the estimated rental charges.
- If you are planning to use a debit card, please read our debit card terms and conditions for more information about the use of these types of cards. When using debit cards at airport locations, proof of a return flight that coincides with the rental must be shown.
- If during your rental you connect or pair your mobile device with the car (for instance via Bluetooth® or USB port), please unpair your device and delete any personal data stored on the car's infotainment system upon returning the car.
- If you have any questions in advance of your vehicle pick up, please call 1-800-633-3469
- Modify/Cancel This Reservation
- View full terms & conditions

## If you have any questions, please call 1-800-633-3469.
Outside of the USA, click here.

6/24/2019



Your privacy is important to us. Read our Privacy Statement.

Avis | 6 Sylvan Way | Parsippany, NJ 07054
© 2018 Avis Rent A Car System, LLC.
Thank you for not smoking. Avis maintains a 100% smoke-free fleet.

6/24/2019