**EXHIBIT D**

letter@sdbff.com



**From:** Avis
**Sent:** Friday, January 26, 2018 1:28 AM
**To:** KAREN@VICWIL.COM
**Subject:** Reservation Reminder | John F Kennedy Intl Airport,JFK | 01/26/2018



View In Browser
Add avis@e.avis.com to your Address Book.

Reservations    Locations    Offers    Car Sales    Cars & Services

**Make it a joyride with over 150 channels.**



Add SiriusXM Satellite Radio to your reservation. Get commercial-free music, plus sports, entertainment, talk and news at your fingertips, 24/7.

ADD SATELLITE RADIO

## KAREN, you're all set to go. Thank you for choosing Avis.

**CONFIRMATION NUMBER**
**08030332US2**

PICK UP

**Friday**
**January 26, 2018**
**2:00 PM**

John F Kennedy Intl Airport,JFK
305 Federal Circle
Jamaica, NY 11430 US
(1) 718-244-5400

DROP OFF

**Thursday**
**February 01, 2018**
**2:00 PM**

John F Kennedy Intl Airport,JFK
305 Federal Circle
Jamaica, NY 11430 US
(1) 718-244-5400

MODIFY RESERVATION

MODIFY RESERVATION

CANCEL RESERVATION

CANCEL RESERVATION

ESTIMATED TOTAL

**$294.89**

See full rental summary

YOUR CAR



FORD FOCUS 2/4DR/5PSGR or similar





**Important Message**
Automatic charges for toll roads apply. $3.95 per day, maximum of $19.75 per month.
Read Full e-Toll Terms>>

### If you have any questions, please call 1-800-633-3469.

Outside of the USA, click here.



SiriusXM is subject to availability and limited to vehicles in the 48 contiguous United States and D.C.

© 2018 Sirius XM Radio Inc. Sirius, XM, SiriusXM and all related marks and logos are trademarks of Sirius XM Radio Inc. All rights reserved.

Your privacy is important to us. Read our Privacy Statement.

Avis | 6 Sylvan Way | Parsippany, NJ 07054
© 2018 Avis Rent A Car System, LLC.
Thank you for not smoking. Avis maintains a 100% smoke-free fleet.

6/24/2019