**EXHIBIT A**

Kings Of Disco | Karen  Home  Find Friends  Create  10  2

Like | Following | Share



# Kings Of Disco
@OfficialKingsOfDisco

Home

About

Photos

Events

Videos

Posts

Community

Create a Page

Write a post...

Photo/Video    Tag Friends    Check in

**Photos**



All images on this page are historical.

Chat (12)

Kings Of Disco | Karen  Home  Find Friends  Create  10  2



**Kings Of Disco**
@OfficialKingsOfDisco

- Home
- About
- Photos
- Events
- Videos
- Posts
- Community

Create a Page

Like | Following | Share



See All

**Posts**

**Kings Of Disco**
June 18 at 5:51 PM ·

The boys are back, the boys are back...and ready to perform for you.



All images on this page are historical

Chat (12)

Kings Of Disco | Karen  Home  Find Friends  Create  10  2



**Kings Of Disco**
@OfficialKingsOfDisco

- Home
- About
- Photos
- Events
- Videos
- Posts
- Community

Create a Page

Like | Following | Share



**Jean Marc Becker** HiAlex Briley remember Alex in 1989 in Paris jean marc do not hesitate to contact me in mp.

Like · Reply · 3d

Write a reply...

**Kev Robson** Go west fav song and also love sex over the phone
Like · Reply · 6d  1

**Ava Odom Martin** Congrats!
Like · Reply · 6d  2

**Jorge Tamio** "Village People Megamix Live - the Toppers" ! My Favourite. Watch on YouTube...
Like · Reply · 6d  1

**Rafa Romero** Monterrey MX,,,,MTY,,,, You have a Lot of fans here for a full house concert
Like · Reply · 6d · Edited

**Ian Bair** UK would be good
Like · Reply · 6d · Edited

**Alexander Paul Walker** Need a Utah show!
Like · Reply · 6d  2

**Mandy Rosen** ill be there hopefully tasmania but maybe sydney melbourne
Like · Reply · 6d  1

**Teresa Crain** Bring it, my Kings!
Like · Reply · 6d  2

**Bruce Wayne** Should Never have been forced to change the name! VP FOREVER!!
Like · Reply · 5d  1

**Barbara Carucci Chatouan** Im in New Jersey. Come here or



All images on this page are historical

Chat (12)



Kings Of Disco



Like  Following  Share

Karen  Home  Find Friends  Create



## Kings Of Disco
@OfficialKingsOfDisco

- Home
- About
- Photos
- Events
- Videos
- Posts
- Community

[Create a Page]

Like · Reply · 6d  (3)



**Andreas Sundvor Johannessen** Steve Treadwell Ha, thats from the fun song sex over the phone right? That song is a perfect disco song and the music video is perfect.

Like · Reply · 6d · Edited  (1)

Write a reply...

 **JillSteve Antipas** Tour dates coming soon ?
Like · Reply · 6d  (1)

 **Mario L R Mira** V. P. The Best!
Like · Reply · 6d

 **Barbara Carucci Chatouan** My favorite
Like · Reply · 6d

 **Angie Nicole Casachahua Huaman** Genial, Where? When?
Like · Reply · 6d

 **Gary Dunaier** How about a post-game concert at Citi Field?
Like · Reply · 6d

 **Lynette Climas-ne Camilleri** Where and when are you guys touring?    Melbourne Australia
Like · Reply · 6d

 **Steven Cosenza** Cove Haven entertainment resorts?
Like · Reply · 6d

 **Steven Cosenza** Yonkers raceway?
Like · Reply · 6d

**Linda Adams** YMCA  (2)
Like · Reply · 6d

### We are the group you Know & Love

We are the group who toured the world for over 35 years performing the classic disco mega-hits inclu...

See More

### Community                     See All

- Invite your friends to like this Page
- 42,996 people like this
- 42,004 people follow this
- Gloria Caldwell-Ott and 4 other friends like this



### About                     See All

- 212-904-1626
- Musician · Musician/Band
- Suggest Edits

### Page Transparency           See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.



Chat (12)