UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Can't Stop Productions, Inc.,

                             Plaintiff(s)

           -against-

Sixuvus, Ltd., et al.,

                            Defendant(s).
----------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

7:17-CV-06513 (CS)

      A Status conference is scheduled for **July 18, 2019 at 10:00 a.m.** before the Honorable Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601in Courtroom 621.

                                                      /s/ Walter Clark, Courtroom Deputy

Dated:   June 27, 2019
           White Plains, New York