# EXHIBIT 1







screenshot-www.facebook.com-2019.07.08-22-36-31
https://www.facebook.com/OfficialKingsOfDisco/
08.07.2019





screenshot-www.facebook.com-2019.07.08-22-38-28
https://www.facebook.com/OfficialKingsOfDisco/
08.07.2019



screenshot-www.facebook.com-2019.07.08-22-38-52
https://www.facebook.com/OfficialKingsOfDisco/
08.07.2019



