# EXHIBIT 2

screenshot-www.facebook.com-2019.07.03-20-55-59
https://www.facebook.com/OfficialKingsOfDisco/?ref=br_rs
03.07.2019

