**EXHIBIT A**



Try Prime | CDs & Vinyl ▼ | **Prime Day deals on July 15 & 16**

Deliver to San Diego 92108 | Best Sellers  Gift Ideas  New Releases | EN ▼ | Hello, Sign in Account & Lists ▼ | Returns & Orders | Try Prime ▼ | 0 Cart

amazon music | Amazon Music Unlimited ▼   Prime Music ▼   CDs & Vinyl ▼   Download Store ▼ | Settings

**Chance to win daily prizes**  no purchase necessary  Learn more ›

CDs & Vinyl › Dance & Electronic › Disco





### The Best of Village People
The Village People    Format: Audio CD
82 customer reviews

See all 12 formats and editions

| Audio CD from $1.49 | Audio, Cassette from $61.03 |
|---|---|
| 59 Used from $1.49<br>15 New from $7.46<br>3 Collectible from $9.11 | 1 Used from $61.03 |

Share

77 used & new from $1.99
Deliver to San Diego 92108
[ See All Buying Options ]

[ Add to List ]

Have one to sell?  [ Sell on Amazon ]

Click image to open expanded view

## Sponsored products related to this item

Page 1 of 3

     

| Rock Dust Light Star | NATURE SOUNDS 4 CD Set - Ocean Waves, Forest Sounds, Thunder, Nature Sounds with Mu... | Takin' My Time | Karaoke: 80's Pop Hits 3 | Karaoke: 50's & 60's One Hit Wonders 2 | 80 British |
|---|---|---|---|---|---|
| 81 | 108 | 56 | 1 | 2 | |
| Audio CD | Audio CD | Audio CD | Audio CD | Audio CD | Audio CD |
| $11.06 | $24.56 | $10.99 | $11.99 | $24.86 | $14.61 |

Ad feedback

**What other items do customers buy after viewing this item?**

