**EXHIBIT B**



**Kings of Disco - Online Fan Club**
Like This Page · 15 hrs ·

## WELCOME TO ALL NEW MEMBERS ##

30     3 Shares

Like    Comment    Share

Write a comment...






Kings Of Disco | Karen | Home | Find Friends | Create



**Kings Of Disco**
@OfficialKingsOfDisco

Home
About
Photos
Events
Videos
Posts
Community

Create a Page

Like | Following | Share | Send Message

100 | 24 Comments

Like | Comment | Share

Most Relevant

Write a comment...

**Elaine Miraglia** Happy Birthday, David!
Like · Reply · 13h

**Lynette Climas-ne Camilleri** Happy birthday David
Like · Reply · 17h

View 21 more comments

**Kings Of Disco**
Yesterday at 6:33 AM ·

We are the group who toured the world for over 35 years performing the classic disco mega-hits including "Macho Man", "In the Navy", "San Francisco/Hollywood" and, of course, "YMCA" just to name a few. In 2017 we relinquished the name Village People to the original lead singer (from 1977-1979). We have transformed into the modernized Kings of Disco (as we have been described in Rolling Stone Magazine) and proudly wear the crown as disco royalty. We appreciate the continued support of all our fans who know & support us through this transition.

432 | 53 Comments  26 Shares

Like | Comment | Share

Most Relevant

Write a comment...

**Maureen Smith** It's not the name that makes the group but the TALENT!!! Keep on rockin that disco ball!!!!
Like · Reply · 9h

**Jim Midolo** Please come back & tour. Saw you at Topsfield Fair in Mass. 2 years ago and had a blast. I'm ready to lead the audience in singing & dancing to YMCA and more.
Like · Reply · 1d

View 40 more comments

**Kings Of Disco**
Yesterday at 6:30 AM ·



Chat (7)

Kings Of Disco     Karen   Home   Find Friends   Create

### Kings Of Disco
@OfficialKingsOfDisco

- Home
- About
- Photos
- Events
- Videos
- **Posts**
- Community

Create a Page

---

Like   Following   Share     Send Message

Like   Comment   Share

**Most Relevant**

Write a comment...

**Elke Beeken** very nice guys all 6 yummy yummy
Like · Reply · 1d

    **Kings Of Disco** You're amazing too
    Like · Reply · 1d

**Thorsten Sc** You all look fantastic Guys !
Like · Reply · 1d

View 16 more comments

---

**Kings Of Disco**
July 5 at 6:47 PM ·

Kings of Disco are Rockin the rehearsal so imagine what the show will be like!!! PLEASE NOTE: We are VERY clear that we are FORMER members of the group Village People and it is Known to our Fans that we have made this transition!!! Right fans?!?!



9,756 Views

**Sally Hodges**
July 3 at 10:11 PM

Andre JSO and Vrijthof people! at rehearsal tonight July 3rd 2019

132      49 Comments   16 Shares

Like   Comment   Share

Most Relevant



| Kings Of Disco |  Karen   Home   Find Friends   Create |

Like   Following   Share     Send Message



**Kings Of Disco**
@OfficialKingsOfDisco

Home
About
Photos
Events
Videos
**Posts**
Community

Create a Page



149        37 Comments 5 Shares

Like    Comment    Share   

Most Relevant

 Write a comment...

 **Margaret Sansom** Looking great guys in Maastricht. Just wish I was there. But getting to see lots of footage of the concerts here in Australia.

Like · Reply · 3d

      **Kings Of Disco**    Thank you SO much Margaret Sansom - we so want to come back to Australia too. Grateful you can see us nonetheless

     Like · Reply · 3d

 **Josh Powell Fussell** Guys this is wonderful     Love you all JPF Musicman xx

Like · Reply · 3d

      **Kings Of Disco**    Thanks Josh, Love you right back

     Like · Reply · 3d

View 10 more comments

See More

Chat (7)