# EXHIBIT C

Advertentie

**1limburg**  Voorpagina   Nieuws   Sport   112   Entertainment

*Belangrijk*

in Nieuws

Timmermans geen voorzitter Europese Commissie

## Village People surprise-act Vrijthofconcerten André Rieu
De redactie - Geplaatst op dinsdag 2 juli 2019 - 13:58

André Rieu heeft de Village People gestrikt als surprise act tijdens de Vrijthofconcerten. De Amerikaanse groep is onder meer bekend van het nummer YMCA.

Dat meldt De Limburger. Zoon en woordvoerder Pierre Rieu is teleurgesteld dat dit naar buiten is gebracht.

### Jammer
"Het heet niet voor niets een surprise act", zegt hij. Rieu wil de komst van Village People bevestigen noch ontkennen. "Het is leuk dat fans speculeren over welke artiest komt, maar het is jammer dat de media hier zo bovenop springt."

### Jubileum
De traditionele zomerconcerten van de Maastrichtse vioolvirtuoos met zijn Johann Strauss Orkest beginnen donderdag. Rieu viert dit jaar het 15-jarig jubileum van zijn Vrijthofconcerten, met daarin het honderdste concert en de miljoenste bezoeker.

### Sfeer
"Het gaat altijd om de sfeer. De mensen komen voor de sfeer", zegt André Rieu over zijn concerten. "Als je op de bühne staat, moeten je zenuwen helemaal open liggen. Je moet alles voelen, horen en zien. Tegelijkertijd moet je een blok beton zijn, want je moet dat kunnen", aldus de stehgeiger in gesprek met L1.

### Winterconcerten

Onlangs maakte de orkestleider in gesprek met L1 bekend dat rond de kerst een reeks concerten geven in het MECC in Maastricht. Daarmee wil hij een winterse tegenhanger introduceren voor de Vrijthofconcerten die inmiddels een traditie zijn geworden in de Limburgse hoofdstad.

**Lees ook:** André Rieu begint nieuwe wintertraditie in Maastricht

Het OLS 2019 volg je bij L1 en 1Limburg

Advertentie



Overzicht

Uitgelicht
### Win kaarten Bo:

Wij mogen kaarten v
vriend of vriendin gr
zien wat we van je vr

Meer info: 1limburg.i

Advertentie

**Informatie**

Nieuwsbrief 1Limburg

Over 1Limburg

Veelgestelde vragen

Persberichten

A-Z index

Van de redactie

**Contact**

Redactie

Adverteren

Tip ons

Vacatures

Download de Android-app

Download de iPhone-app

WhatsApp

Missie en visie

Disclaimer

Privacy Reglement

Privacy Statement

Cookieverklaring

**Mijn account**

Login

Registreer

**Advertentie**

Energie vergelijken

Zorgverzekering vergelijken

Adres: Ambyerstraat Zuid 77 B, 6226 AW Maastricht
© 2019 1Limburg of aan haar gelieerde bedrijven

**L1mburg**