**EXHIBIT D**





7/9/2019
Face Book