# EXHIBIT 1

screenshot-www.facebook.com-2019.07.15-18_28_22
https://www.facebook.com/OfficialKingsOfDisco/
15.07.2019

