Karen L. Willis, J.D.
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

July 15, 2019

**VIA EMAIL**

The Hon. Judge Cathy Seibel
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

**REQUEST TO MAKE TELEPHONIC APPEARANCE**

Dear Hon. Judge Seibel:

I hereby request to appear telephonically at the status conference hearing scheduled for July 18, 2019. The reason being is that I reside in Southern California and have prior commitments that are not easily rescheduled.

Respectfully submitted,

Karen L. Willis