Karen L. Willis, J.D.
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

July 18, 2019

**VIA EMAIL**

The Hon. Judge Cathy Seibel
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

**INTERVENOR'S PRELIMINARY INJUNCTION HEARING**

Dear Hon. Judge Seibel:

I am the Intervenor in the case of Can't Stop v. Sixuvus, Ltd., et al. I'd like to bring to the attention of the Court that since my TRO was clarified on the record today at the behest of Ms Matz, I am entitled to move forward with a hearing including but not limited to enjoining any further use of the Village People Facebook page renamed the Kings of Disco.

The Court suggested that this issue can be resolved at the summary judgment motion stage of the litigation. However, as the Court might recall, my preliminary injunction hearing remained, pending resolution of the Sixuvus motion to enforce.

Therefore, it seems the issue must instead be immediately resolved though a preliminary injunction hearing. A schedule with respect to the preliminary injunction was omitted in err from the status conference hearing of July 18, 2019.

If the Court has **denied** the preliminary injunction sua sponte, please state such for the record. Otherwise, I hereby request calendar preference on the matter.

Respectfully submitted,

*[signature]*

Karen L. Willis