# EXHIBIT 1

**From:** karen@harlemwestentertainment.com <karen@harlemwestentertainment.com>
**Sent:** Tuesday, June 18, 2019 6:31 PM
**To:** ChambersNYSDSeibel@nysd.uscourts.gov
**Cc:** 'Binns, Micheal L.'; Gary Adelman; Sarah Matz
**Subject:** NOTICE OF DISMISSAL OF ENTIRE COMPLAINT

Dear Hon. Judge Seibel:

I have double checked my schedule and cannot fulfil the briefing schedule with respect to the issues on standing, etc.  Moreover, an important purpose of the complaint was to obtain an injunction preventing the Sixuvus from using an official Village People photo as a cover at their Facebook Page. The defendants have voluntary removed the image in the past several days.  Since removing the Village People as their cover page was a major part of my efforts for an injunction and now their Facebook page reflect a photo of the Kings of Disco dressed as KOD, as opposed to Village People, that is significant relief for me.

Moreover, since an import part of the complaint is now frustrated in that a preliminary injunction would not be issued (if at all) for months down the road, due to the added briefing, and then after a decision on the briefing, if things go my way, the Sixuvus would still be entitled to pick up where they left off by calling witnesses, a decision on the preliminary injunction could easily be delayed until September, October if not December due to schedules.  That is what I mean when I say the preliminary injunction is now frustrated.  In any event, the complaint is dismissed in its entirety as to all remaining defendants.  A copy of which is being filed with the court through ECF.

Sincerely,
Karen L. Willis