Karen L. Willis, J.D.
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

August 23, 2019

**VIA EMAIL**

The Hon. Judge Cathy Seibel
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

**REQUEST FOR GUIDANCE**

Intervenor has leave to file a corrected proposed amended complaint, making the changes identified, above, no later than 8/26/19.

SO ORDERED.

*Cathy Seibel*  8/23/19
CATHY SEIBEL, U.S.D.J.

Dear Hon. Judge Seibel:

I am the Intervenor in the case of Can't Stop v. Sixuvus, Ltd. Upon review of the **proposed** amended complaint, the court will notice various areas of deletions, including causes of actions, with other areas being copied and pasted into the complaint. I just noticed a copy and paste error with respect to the re-alleging of allegations as follows:

With respect to the copy and paste of text on page 16, paragraph 67, the following was copy and pasted: "Intervenor repeats and re-alleges the allegations of Paragraphs 1-66, inclusive, as if set forth fully herein." Instead, the following was meant to have been copied and pasted:

**"Intervenor repeats and re-alleges the allegations of Paragraphs 1-66, and in intervention, each and every allegation in the complaint of Can't Stop Productions, Inc. inclusive, as if set forth fully herein."**

With respect to the copy and paste of text on page 17, paragraph 72, the following was copy and pasted: "Intervenor repeats and re-alleges the allegations of

Paragraphs 1-71, inclusive, as if set forth fully herein." Instead, the following was meant to have been copied and pasted:

"Intervenor repeats and re-alleges the allegations of Paragraphs 1-71, and in intervention, each and every allegation in the complaint of Can't Stop Productions, Inc. inclusive, as if set forth fully herein."

With respect to the copy and paste of text on page 18, paragraph 79, the following was copy and pasted: "Intervenor repeats and re-alleges the allegations of Paragraphs 1-78, inclusive, as if set forth fully herein." Instead, the following was meant to have been copied and pasted:

"Intervenor repeats and re-alleges the allegations of Paragraphs 1-78, and in intervention, each and every allegation in the complaint of Can't Stop Productions, Inc. inclusive, as if set forth fully herein."

Please advise as to the most efficient way to correct this technical copy and paste error with respect to the **proposed** amended complaint.

Respectfully submitted,

Karen L. Willis