UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Can't Stop Productions, Inc.,

                        Plaintiff(s)

      -against-

Sixuvus, Ltd., et al.

                        Defendant(s).
----------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

7:17-CV-06513 (CS)

A Bench Ruling on the pending motion(s) is scheduled for **January 28, 2020 at 11:30 a.m.** before the Honorable Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.

                                                /s/ Walter Clark, Courtroom Deputy

Dated:   January 2, 2020
           White Plains, New York