Karen L. Willis, J.D.
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

January 17, 2020

**VIA EMAIL**

The Hon. Judge Cathy Seibel
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

## REQUEST FOR COURT CALL

Dear Hon. Judge Seibel:

I am the Intervenor in the case of Can't Stop v. Sixuvus, Ltd. Due to my schedule already confirmed prior to the court's notice of conference, I am unable to appear in person at the upcoming hearing.

Accordingly, I hereby request to appear at the hearing by phone.

Respectfully submitted,

Karen L. Willis