Karen L. Willis, J.D.
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

January 17, 2020

VIA EMAIL

The Hon. Judge Cathy Seibel
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

REQUEST FOR COURT CALL

Dear Hon. Judge Seibel:

I am the Intervenor in the case of Can't Stop v. Sixuvus, Ltd. Due to my schedule already confirmed prior to the court's notice of conference, I am unable to appear in person at the upcoming hearing.

Accordingly, I hereby request to appear at the hearing by phone.

Respectfully submitted,

*Karen L. Willis*

---

*Handwritten order by the Court:*

I wish Ms. Willis had brought the pre-existing conflict to my attention two weeks ago when the date was set. She should contact counsel for the other parties to see if there is a date between 1/28/20 and 2/7/20 when all parties can be present in person. She should report back no later than 1/22/20. I will then decide whether to reschedule or whether Ms. Willis may appear by phone (which, as we know from prior conferences, makes communication much more difficult).

SO ORDERED.

*Cathy Seibel*    1/17/20
CATHY SEIBEL, U.S.D.J.