# EISENBERG HEFLER & LEVY LLP
NEW YORK | WHITE PLAINS

TELEPHONE: (212) 599-0777
TELECOPIER: (212) 599-0770

335 MADISON AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10017

707 WESTCHESTER AVENUE
WHITE PLAINS, NEW YORK 10604

January 27, 2020

**Email-chambersnysdseibel@nysd.uscourts.gov**
Hon. Judge Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Conference adjourned to 2/6/20 at 10:30 am. Assuming the settlement is consummated, counse for Plaintiff need not attend (although he is of course welcome).*

*SO ORDERED.*

*Cathy Seibel*
*CATHY SEIBEL, U.S.D.J.*
*1/27/20*

Re: Can't Stop Productions, Inc. v. S
Civil Action No. 17 cv. 06513(C

Dear Judge Seibel:

We are the attorneys for Can't Stop Productions, Inc., the plaintiff in the above-captioned action. This letter is written to inform the Court that yesterday plaintiff and all defendants in this action tentatively reached a settlement of their dispute in principal terms. A settlement document is circulating among the parties for signature.

We respectfully suggest that this settlement moots the request by Karen Willis doing business as Harlem West Entertainment, who is not a party to the document, to intervene in this action, and that the Court conference scheduled for tomorrow January 28, 2020 presumably to deal with the intervention motion, be postponed for a few days to enable the settling parties to obtain signatures on the settlement document.

Gary Adelman, the attorney for defendants, joins in this request.

Respectfully submitted,

Stewart L. Levy

1

**EISENBERG HEFLER & LEVY LLP**

cc: Gary Adelman, Esq. (email) - g@adelmanmatz.com
Adelman Matz, P.C.

Karen Willis (email) - karen@harlemwestentertainment.com
Attorney pro se for potential intervenor

2