Karen L. Willis, J.D.
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

February 4, 2020

**VIA EMAIL**

The Hon. Judge Cathy Seibel
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

**RESPONSE TO SETTLEMENT IN PRINCIPLE**

Dear Hon. Judge Seibel:

I am the Intervenor in the case of Can't Stop v. Sixuvus. In response to Mr. Levy's letter to the court, all I can say is, here we go again. The whole purpose of intervention is to prevent even settlement of a matter in such a way that might affect or seriously impact the rights of the Intervenor.

Therefore, the things represented in Mr. Levy's letter are highly dubious in that I fail to see how the court could endorse any notice or request for dismissal without me joining or agreeing to it. And if the case cannot be dismissed without my consent, any settlement that attempts to frustrate the intervention process is useless considering that I, as the Intervenor, could continue to prosecute Can't Stop's case with results that could easily make any settlement moot, notwithstanding an almost certain lengthy appeal that would prevent the exercise of any of the elements of a settlement without my consent.

2

Accordingly, if the parties are really interested in a settlement, I caution them to not attempt to do so without my consent.

Respectfully submitted,

Karen L. Willis