

SARAH M. MATZ
PARTNER
SARAH@ADELMANMATZ.COM
DIR: (646) 650-2213

February 5, 2020

**VIA ECF AND E-MAIL**
The Hon. Judge Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom: 621
White Plains, NY 10601-4150
chambersnysdseibel@nysd.uscourts.gov

    Re:   *Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al.* 7:17-cv-06513-CS

Hon. Judge Seibel:

    The undersigned counsel respectively represents Defendants Sixuvus, Ltd., Eric Anzalone, Alexander Briley, James F. Newman, Raymond Simpson, Felipe Rose and William Whitefield (the "Defendants") and Plaintiff Can't Stop Productions, Inc., ("Plaintiff") in the above-referenced action.

    We write, pursuant to Rule 1.A of Your Honor's Individual Practices. We are pleased to report that Plaintiff and Defendants have consummated a settlement agreement. Plaintiff and Defendants are jointly respectfully requesting that the Court dismiss the Action with prejudice pursuant to the attached proposed Order.

    We appreciate the Court's time and consideration, and should Your Honor need any further information, we are available at the Court's convenience.

                  Respectfully Submitted,

ADELMAN MATZ P.C.             EISENBERG HEFLER & LEVY LLP

By: *[signature]*                       *[signature]*

Sarah M. Matz, Esq.              Stewart Levy, Esq.
*Counsel for Defendants*            *Counsel for Plaintiff*

Cc:    (*Via ECF*)
       All Counsel of Record
       Karen Willis *Pro Se*

ADELMAN MATZ P.C.
PHONE: (646) 650-2207 • FAX: (646) 650-2108

MAILING:
1173A SECOND AVENUE, SUITE 153
NEW YORK, NEW YORK 10065

OFFICE:
780 THIRD AVENUE, 14TH FLOOR
NEW YORK, NEW YORK 10017