RECEIVED
SDNY DOCKET UNIT
2020 FEB -6 PM 2:17

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Can't Stop Productions, Inc.,
Karen L. Willis, Intervenor

(List the full name(s) of the plaintiff(s)/petitioner(s).)

7:17 CV 06513 ( C )( S )

-against-

**NOTICE OF APPEAL**

Sixuvus, LTD. et al

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Karen L. Willis, Intervenor

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☒ order   entered on: 2/6/2020

(date that judgment or order was entered on docket)

that: Denied Motion for Recovery on TRO Bond as to amount requested.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

2/6/2020
Dated

Signature

Willis, Karen L.
Name (Last, First, MI)

220 West G St. #E    San Diego, CA.    92101
Address              City          State    Zip Code

619 206-5311
Telephone Number

Karen@harlemwestentertainment.com
E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Can't Stop Productions, Inc.

**CERTIFICATE OF SERVICE***

Docket Number: 7:17 cv06513CS

v.

**Sixuvus, Ltd.**

I, MARIO CASCIANO, hereby certify under penalty of perjury that
(print name)
on 02/06/2020, I served a copy of **NOTICE OF APPEAL**
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery    **X** United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Steward Levy | 707 Westchester Avenue, Suite 300 | White Plains | NY | 10604 |
| Adelman Matz | 1173 Second Ave #183 | New York | NY | 10065 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

02/06/2020
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)