UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X--------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

                     Plaintiffs,

      -against-

SIXUVUS, LTD., ERIC ANZALONE, ALEXANDER BRILEY, FELIPE ROSE, JAMES F. NEWMAN, RAYMOND SIMPSON, and WILLIAM WHITEFIELD,

                    Defendants.
X--------------------------------------------------X

Case No.: 7:17-cv-06513-CS

**DEFENDANTS' NOTICE OF CROSS-MOTION TO DISMISS THE PROPOSED AMENDED INTERVENOR COMPLAINT**

     **PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law dated May 15, 2020, the Declaration of Sarah M. Matz sworn to on May 15, 2020, with the exhibits annexed thereto, and, and all prior proceedings had herein, the Defendants will move this Court before the Honorable Cathy Seibel, United States District Judge for the Southern District of New York, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, for an order pursuant to Fed. R. Civ. P. 12 dismissing Proposed Intervenor's complaint against Defendants with prejudice, and granting such further relief as the Curt deems just and proper.

     **PLEASE TAKE FURTHER NOTICE**, that Defendants respectfully request that the Court hear oral argument as it may assist the Court, on a date and at a time designated by the Court.

1

Dated: New York, New York       ADELMAN MATZ P.C.
       May 15, 2020

By:_____
     Sarah M. Matz, Esq.
     Gary Adelman, Esq.
1173A Second Avenue, Suite 153
New York, New York 10065
Tel: (646) 650-2207
Email: sarah@adelmanmatz.com
Email: g@adelmanmatz.com
*Attorneys for Defendants*

To:    (*Via ECF*)
       All Counsel of Record
       Karen Willis *Pro Se*

2