

**Sarah M. Matz**
Partner
sarah@adelmanmatz.com
Dir: (646) 650-2213

May 15, 2020

**VIA ECF AND E-MAIL**

The Hon. Judge Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom: 621
White Plains, NY 10601-4150
chambersnysdseibel@nysd.uscourts.gov

   Re: *Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al.* 7:17-cv-06513-CS

Hon. Judge Seibel:

   We represent the Sixuvus Defendants in the above referenced action. Pursuant to I.A and II.D of Your Honor's Individual Rules of Practice, we write to respectfully request oral argument in connection with (i) Proposed Intervenor Karen Willis' motion to intervene, and (ii) the Sixuvus Defendants' cross-motion to dismiss.

   We appreciate the Court's time and consideration, and should Your Honor need any further information, we are available at the Court's convenience.

     Respectfully Submitted,

     ADELMAN MATZ P.C.

     Sarah M. Matz, Esq.

Cc.  *(Via ECF and E-Mail)*
   All Counsel of Record
   Karen Willis *Pro Se*

**Adelman Matz P.C.**
Phone: (646) 650-2207 • Fax: (646) 650-2108
Mailing:         Office:
1173A Second Avenue, Suite 153   780 Third Avenue, 14th Floor
New York, New York 10065    New York, New York 10017