**MANDATE**

S.D.N.Y. – W.P.
17-cv-6513
Seibel, J.
Smith, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of April, two thousand twenty.

Present:
    Barrington D. Parker,
    Denny Chin,
    William J. Nardini,
        *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 29, 2020
```

Can't Stop Productions, Inc,

    *Plaintiff-Counter-Defendant*,

Karen Willis, DBA Harlem West Entertainment,

    *Intervenor-Appellant,*

v.    20-486

Sixuvus, Ltd, et al.,

    *Defendants-Counter-Claimants-Appellees.*

This Court has determined sua sponte that it lacks jurisdiction over this appeal because the district court has not issued a final order as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008). Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/29/2020