UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 X------------------------------------------------------X
 CAN'T STOP PRODUCTIONS, INC.,

                     Plaintiffs,                **ORDER**

 -against-

                                                              No. 17-CV-6513

 SIXUVUS, LTD., ERIC ANZALONE,
 ALEXANDER BRILEY, FELIPE ROSE,
 JAMES F. NEWMAN, RAYMOND SIMPSON,
 and WILLIAM WHITEFIELD,

                     Defendants.
 X------------------------------------------------------X

Seibel, J.

      On February 6, 2020, I ruled from the bench that the motion of Proposed Intervenor Willis on the $50,000 bond posted by Defendant Sixuvus was denied without prejudice to renewal, and that any recovery upon renewal would be limited to no more than $3,520.  On February 11, 2020, Sixuvus submitted a proposed Order providing, among other things, for the return of the difference, and Willis opposed entry of the same on the ground that she had filed a Notice of Appeal from the Court's February 6 ruling.  Now that that appeal has been dismissed, there appears to be no barrier to the entry of an Order memorializing in substance that Willis' motion is denied without prejudice to renewal after a final adjudication on the merits, limited to $3,520; that the bond is reduced to that amount; and that the Clerk shall release $46,480 to

Sixuvus as directed by its counsel.  Should either party object to such an order, it shall file a letter of no more than three pages, no later than June 3, 2020.

**SO ORDERED.**

Dated: June 1, 2020
      White Plains, New York

                                                         _____
                                                         CATHY SEIBEL, U.S.D.J.