Karen L. Willis, J.D.
220 West G Street, Suite E.
San Diego, CA. 92101
(619) 206-5311

June 9, 2020

**VIA EMAIL**

The Hon. Judge Cathy Seibel
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

**LETTER MOTION FOR CONFERENCE RE MOTION
QUESTIONING THE COURT'S JURISDICTION**

Dear Hon. Judge Seibel:

I intend to bring a motion questioning the Sixuvus' standing and this Court's jurisdiction over the Sixuvus' opposition to my motion to intervene as well as their cross-motion to dismiss.

In fact, I hereby evoke a question of this Court's jurisdiction considering that all claims between Can't Stop and the Sixuvus are purportedly released with a pending request for dismissal which simply awaits this Court's signature which is tantamout to, with all due respect, a charade.

In fact, as of the date of the fully executed settlement agreement between the parties, the Sixuvus standing ceased and they can no longer to assert, maintain, or oppose any matter before this Court related to Plaintiff's complaint, not to mention intervention.

Because the issue of standing and the court's jurisdiction is "the first and fundamental question," a motion questioning the court's subject matter jurisdition must be considered before all over challenges. See *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94-95 (1998), see also *Bell v. Hood*, 327 U.S. 678, 682 (1946).

Accordingly, I hereby request a conference on the matter or leave to file a motion to strike or for dismissal of the Sixuvus opposition to my motion to intervene, and cross-motion to dismiss, for lack of standing and want of subject matter jurisdiction.

Respectfully submitted,

Karen L. Willis