Case 7:17-cv-06513-CS   Document 262-1   Filed 02/05/20   Page 1 of 1

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X----------------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

              Plaintiffs,

    -against-

SIXUVUS, LTD., ERIC ANZALONE,

ALEXANDER BRILEY, FELIPE ROSE,
JAMES F. NEWMAN, RAYMOND SIMPSON,
and WILLIAM WHITEFIELD,

              Defendants.
X----------------------------------------------------------X

**ORDER**
No. 17-civ-06513-CS

Seibel, J.

    This action (the "Action"), its claims and counterclaims, pursuant to the terms of a settlement agreement entered into by those parties dated  February 5 , 2020 (the "Settlement Agreement"), is hereby discontinued with prejudice and without costs as between Plaintiff Can't Stop Productions, Inc. and Defendants Sixuvus, Ltd., Eric Anzalone, Alexander Briley, Felipe Rose, James F. Newman, Raymond Simpson, and William Whitefield.

1.  The Court retains jurisdiction only over open issues relating to the two bonds previously filed with the Clerk of Court.

~~1.  Upon the Court discontinuing the Action, the Clerk of the District Court shall return to Sixuvus, Ltd. the fifty thousand dollar ($50,000) bond it posted in the Action.~~

2.  This Action is dismissed, with prejudice, and each party shall bear its own attorney's fees and costs.

  SO ORDERED.

  DATED:  ~~February~~ 6/25, 2020
         White Plains, New York

                     *Cathy Seibel*

                    _____x
                   UNITED STATES DISTRICT JUDGE