

Sarah M. Matz
Partner
sarah@adelmanmatz.com
Dir: (646) 650-2213

July 2, 2020

**VIA ECF AND E-MAIL**
The Hon. Judge Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom: 621
White Plains, NY 10601-4150
chambersnysdseibel@nysd.uscourts.gov

Re:   *Can't Stop Productions, Inc. v. Sixuvus, Ltd. et al*. 7:17-cv-06513-CS

Hon. Judge Seibel:

We represent the Defendants in the above-referenced action. We write, pursuant to Rule 1.A of Your Honor's Individual Practices and the July 1, 2020 Order of the Court [Dckt. No. 289], in connection with Karen Willis' one thousand five hundred dollar ($1,500) security bond (the "Willis Bond") and the return of Defendants' remaining three thousand five hundred and twenty dollar ($3,520) security bond (the "Remaining TRO Bond").

As an initial matter, Defendants write to inform the Court that they do not intend to oppose the return of the Willis Bond to Willis.

Furthermore, as Your Honor declined any award of the Remaining TRO Bond to Willis [Dckt. No. 289], for the convenience of the Court we are providing Your Honor with a proposed order for the return of the Remaining TRO Bond to Defendants.

We appreciate the Court's time and consideration, and should Your Honor need any further information, we are available at the Court's convenience.

Respectfully Submitted,

ADELMAN MATZ P.C.

Sarah M. Matz, Esq.

Cc.   (*Via ECF*)
All Counsel of Record
Karen Willis *Pro Se*

Adelman Matz P.C.
Phone: (646) 650-2207 • Fax: (646) 650-2108

Mailing:
1173A Second Avenue, Suite 153
New York, New York 10065

Office:
780 Third Avenue, 14th Floor
New York, New York 10017