UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------X
CAN'T STOP PRODUCTIONS, INC.,

                      Plaintiffs,

-against-

SIXUVUS, LTD., ERIC ANZALONE,
ALEXANDER BRILEY, FELIPE ROSE,
JAMES F. NEWMAN, RAYMOND SIMPSON,
and WILLIAM WHITEFIELD,

                      Defendants.
X------------------------------------------------------X

Case No.: 7:17-cv-06513-CS

**[PROPOSED] ORDER RELEASING BOND NO. 64004566**

      **WHEREAS,** on December 1, 2017 this Court issued the December 1, 2017 Temporary Restraining Order, which was conditioned upon Defendants posting a $50,000 bond;

      **WHEREAS,** on December 4, 2017, Sixuvus posted a $50,000 surety bond by check number 64004566, and received a receipt therefore (Receipt No. 465404015221) (the "Sixuvus Bond");

      **WHEREAS,** on December 14, 2017, Hon. Cathy Seibel issued a new Temporary Restraining Order (the "December 14, 2017 TRO") which modified the December 1, 2017 Temporary Restraining Order and ordered that the December 14, 2017 TRO be conditioned "upon the previously posted undertaking of $50,000, which was posted by Sixuvus on December 4, 2017, to secure payment of costs and damages as may be suffered or sustained by any party who is wrongfully restrained hereby."

      **WHEREAS,** on February 16, 2018, Hon. Cathy Seibel lifted the December 14, 2017 TRO;

      **WHEREAS,** on June 24, 2019, Karen Willis ("Willis") filed a motion for recovery on the Sixuvus Bond (the "Bond Recovery Motion"), which Defendants opposed on August 19, 2019 and requested return of the Sixuvus Bond, and Willis filed her reply on September 9, 2019;

1

**WHEREAS,** in a bench ruling on February 6, 2020, the Court denied Willis' Bond Recovery Motion without prejudice and found that the maximum she could potentially recover was three thousand five hundred and twenty dollars ($3,520.00);

**WHEREAS,** on June 5, 2020, the Court ordered that the Sixuvus Bond be reduced to three thousand five hundred and twenty dollars ($3,520.00) (the "Reduced Bond"), and that the remaining forty-six thousand four hundred and eighty dollars ($46,480) plus any accrued interest on the Sixuvus Bond be released to Defendants;

**WHEREAS,** during a June 25, 2020 status conference, the Court ordered that Willis and Defendants submit a joint letter regarding the open issues relating to the Reduced Bond by June 30, 2020;

**WHEREAS,** on July 1, 2020, following Willis and Defendants' submission of their June 30, 2020 joint letter, the Court issued an order declining to award Willis any portion of the Reduced Bond;

**NOW THEREFORE, IT IS ORDERED BY THIS COURT THAT**, Defendants are hereby released from any and all liability in connection with the December 1, 2017 and December 14, 2017 Temporary Restraining Orders, the Sixuvus Bond, and the Reduced Bond, and the Clerk of the District Court for the Southern District of New York is directed to release the remaining three thousand five hundred and twenty dollars ($3,520.00) plus any accrued interest on the Reduced Bond by check made payable to "Raymond Simpson" mailed to 396 W Hudson Ave., Englewood, NJ 07631.

DATED: White Plains, New York
       July ___, 2020

_____
UNITED STATES DISTRICT JUDGE