RECEIVED
SDNY DOCKET

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CAN'T STOP PRODUCTIONS, INC.

KAREN L. WILLIS, INTERVENOR

(List the full name(s) of the plaintiff(s)/petitioner(s).)

7:17 CV 06513 ( C )( S )

-against-

**NOTICE OF APPEAL**

SIXUVUS, LTD

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: KAREN L. WILLIS

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☐ judgment   ☑ order   entered on: 2/6/2020; 6/5/20; 7/1/2020; 7/8/2020

(date that judgment or order was entered on docket)

that:

That Willis is entitled to less than $3,520 from the TRO bond; that subsequently, Willis is entitled to zero from the TRO bond.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

7/08/2020
Dated

Signature

KAREN L. WILLIS, INTERVENOR
Name (Last, First, MI)

220 West G Street, Suite E.   San Diego, CA.   92101
Address                        City          State    Zip Code

619 206-5311                              karen@harlemwestentertainment.com
Telephone Number                          E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Can't Stop Productions, Inc.

**CERTIFICATE OF SERVICE***

Docket Number: 7:17 cv06513CS

v.

Sixuvus, Ltd.

I,_____, hereby certify under penalty of perjury that
(print name)
on 02/06/2020 _____, I served a copy of NOTICE OF APPEAL
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery          X United States Mail          ___ Federal Express or other Overnight Courier

___ Commercial Carrier         ___ E-Mail (on consent)

on the following parties:

| Steward Levy | 707 Westchester Avenue, Suite 300 | White Plains | NY | 10604 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Adelman Matz | 1173 Second Ave #183 | New York | NY | 10065 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

7/8/2020
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)

```
DUPLICATE

Court Name: District Court
Division: 7
Receipt Number: 465407018007
Cashier ID: Dhowie
Transaction Date: 07/10/2020
Payer Name: KAREN WILLIS
-----------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: KAREN WILLIS
 Amount:         $505.00
-----------------------------
CHECK
 Check/Money Order Num: 30626101
 Amt Tendered:   $505.00
-----------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

17CV6513
```