# MANDATE

S.D.N.Y.–W.P.
17-cv-6513
Seibel, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of September, two thousand twenty.

Present:
    Robert D. Sack,
    Robert A. Katzmann,
    Richard C. Wesley,
        *Circuit Judges.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 01 2020
```

In Re: Karen Willis,　　　　　　　　　　　　　　　　　　　20-1639

        *Petitioner.*

Petitioner, pro se, has filed a petition for a writ of mandamus seeking to vacate a district court's order. She also moves to stay the order, pending the resolution of this petition, and to supplement her mandamus petition. Upon due consideration, it is hereby ORDERED that the motion to supplement the mandamus petition is GRANTED, but the mandamus petition is DENIED because Petitioner has not demonstrated that she lacks an adequate, alternative means of obtaining relief. *See Cheney v. U.S. Dist. Court for D.C.*, 542 U.S. 367, 380–81 (2004). It is further ORDERED that the stay motion is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/01/2020