**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **January 6, 2021**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of November, two thousand twenty,

Can't Stop Productions, Inc,

    Plaintiff-Counter-Defendant,

v.

Sixuvus, Ltd, Eric Anzalone, Alexander Briley, Felipe Rose, James F. Newman, Raymond Simpson, William Whitefield,

    Defendants-Counter-Claimants-Appellees,

Karen Willis, DBA Harlem West Entertainment,

    Intervenor - Appellant.

**ORDER**
Docket Number: 20-2227

A notice of appeal was filed on July 13, 2020. Appellant's brief and any required appendix, due November 3, 2020 has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal is dismissed effective December 1, 2020, if the brief and any required appendix are not filed by that date. No extension of time to file will be granted.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/06/2021